UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TELEPHONIC STATUS CONFERENCE Calendar

Honorable Janet C. Hall, U.S.D.J.
915 Lafayette Boulevard
Bridgeport
Chambers Room #417

OCTOBER 14, 2003

9:30 a.m.

*STATUS CONFERENCE HELD  Date: 10/14/03*

CASE NO.   3-02-cv-1312 Tilley v Anixter Inc
-----------------------------------------------------------

COUNSEL OF RECORD:

| | |
|---|---|
| William M. Bloss | Jacobs, Grudberg, Belt & Dow, P.C., 350 Orange St., Po Box 606, New Haven, CT  203-772-3100 |
| Steven David Ecker | Cowdery, Ecker & Murphy, 750 Main St. Suite 910, Hartford, CT  860-278-5555 |
| Robert B. Muchinsky | 39 Russ St., Hartford, CT   860-297-0037 |
| James Ross Smart | Cowdery, Ecker & Murphy, 750 Main St. Suite 910, Hartford, CT  860-278-5555 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Counsel are requested to participate in this conference via telephone. This conference call is to be arranged between counsel. Once all parties are on the line, please telephone Chambers at (203) 579-5554