FILED

2003 OCT 21 A 11: 17

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN TILLEY | : |
| Plaintiff | : |
| | : CIVIL ACTION NO. |
| v. | : 3-02-cv-1312 (JCH) |
| | : |
| ANIXTER INC., ET AL | : |
| Defendants | : OCTOBER 20, 2003 |

### ORDER RE: RULE 26(f) REPORT

The Report of Parties Planning Meeting (Dkt. No. 25) is approved, except as follows. With respect to:

1. Section V, paragraph E - All discovery will be completed by May 31, 2004, or 4 ½ months after a decision has been rendered on the Motion for Judgment on the Pleadings.

2. Section V, paragraph F - Dispositive motions are to be filed by June 30, 2004, or 5 ½ months after a decision has been rendered on the Motion for Judgment on the Pleadings.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 20th day of October, 2003.

Janet C. Hall
United States District Judge