UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN C. TILLEY, | : | |
| | : | No. 3:02CV1312 (JCH) |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| ANIXTER INCORPORATED, | : | |
| PACER/ANIXTER, INC. and | : | |
| DAVID G. TILLEY, | : | OCTOBER 30, 2003 |
| | : | |
| Defendants. | : | |

**DEFENDANTS ANIXTER INC. AND PACER/ANIXTER,
A DIVISION OF ANIXTER INC.'S
<u>MOTION FOR JUDGMENT ON THE PLEADINGS</u>**

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, defendants Anixter Inc. and Pacer/Anixter, a division of Anixter Inc. (collectively, "the Corporate Defendants"), respectfully move that this Court enter judgment on the pleadings in favor of defendants and dismiss plaintiff's complaint with prejudice. As explained further in the accompanying memorandum of law, plaintiff's claim for intentional infliction of emotional distress -- the only count that remains in the case -- fails to state a claim upon which relief can be granted because it is barred by the common law absolute privilege for communications or testimony in connection with an ongoing judicial proceeding.

WHEREFORE, Anixter Inc. and Pacer/Anixter, a division of Anixter Inc., respectfully move this Court to enter judgment on the pleadings in favor of the Corporate Defendants.

       Respectfully submitted,

       DEFENDANTS
       ANIXTER INC. and PACER/ANIXTER, A
       DIVISION OF ANIXTER INC.


By: /s/ James R. Smart
    James R. Smart (ct20982)
    Steven D. Ecker (ct03762)
    Cowdery, Ecker & Murphy L.L.C.
    750 Main Street
    Hartford, CT  06103
    (860) 278-5555
    (860) 249-0012 Fax
    E-mail: jsmart@cemlaw.com

 – Their Attorneys

**CERTIFICATE OF SERVICE**

      This is to certify that on October 30, 2003, a copy of the foregoing was mailed, postage prepaid, to:

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT 06106;

William M. Bloss, Esq.
350 Orange Street
P.O. Box 606
New Haven, CT 06503.

                                                                  /s/ James R. Smart
                                                                  James R. Smart