UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV -3 P 12: 20

US DISTRICT COURT
BRIDGEPORT CT

SUSAN C. TILLEY,

        Plaintiff,

v.

ANIXTER INCORPORATED,
PACER/ANIXTER, INC. and
DAVID G. TILLEY,

        Defendants.

No. 3:02CV1312 (JCH)

OCTOBER 31, 2003

## MOTION TO JOIN IN MOTION FOR JUDGMENT ON THE PLEADINGS FILED BY CO-DEFENDANTS

The defendant DAVID G. TILLEY hereby moves to join in and adopt the motion for judgment on the pleadings filed by his co-defendants ANIXTER INCORPORATED, and PACER/ANIXTER, INC., on the ground that this matter should be dismissed for the reasons stated in their motion and no useful purpose would be served by repeating the arguments raised in their motion.

DEFENDANT
DAVID G. TILLEY

By: _____
William M. Bloss (CT01008)
JACOBS, GRUDBERG, BELT & DOW, P.C.
P.O. Box 606
New Haven, CT 06503-0606
(203) 772-3100
(203) 772-1691 fax
bbloss@jacobslaw.com

## CERTIFICATE OF SERVICE

This is to certify that on October 31, 2003, a copy of the foregoing Motion to Adopt Motion for Judgment on the Pleadings was mailed, postage prepaid, to:

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT 06106

James Smart, Esquire
Cowdery, Ecker & Murphy L.L.C.
750 Main Street
Hartford, CT 06103

_____
William M. Bloss