UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 NOV -3 P 12: 20
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| SUSAN C. TILLEY, | : |
| Plaintiff, | : No. 3:02CV1312 (JCH) |
| v. | : |
| ANIXTER INCORPORATED, PACER/ANIXTER, INC. and DAVID G. TILLEY, | : |
| Defendants. | : OCTOBER 31, 2003 |

### MOTION TO JOIN IN MOTION FOR JUDGMENT ON THE PLEADINGS FILED BY CO-DEFENDANTS

The defendant DAVID G. TILLEY hereby moves to join in and adopt the motion for judgment on the pleadings filed by his co-defendants ANIXTER INCORPORATED, and PACER/ANIXTER, INC., on the ground that this matter should be dismissed for the reasons stated in their motion and no useful purpose would be served by repeating the arguments raised in their motion.

DEFENDANT
DAVID G. TILLEY

By: _____
William M. Bloss (CT01008)
JACOBS, GRUDBERG, BELT & DOW, P.C.
P.O. Box 606
New Haven, CT 06503-0606
(203) 772-3100
(203) 772-1691 fax
bbloss@jacobslaw.com

MOTION GRANTED.
SO ORDERED.
Janet C. Hall, U.S.D.J. 11/13/03