UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Susan C. Tilley,<br>    Plaintiff, | : | <u>Civil Action Number</u><br>3:02cv1312(JCH) |
| | : | |
| v. | : | |
| | : | |
| Anixter Incorporated,<br>Pacer/Anixter, Inc., and<br>David G. Tilley,<br>    Defendants. | :<br>:<br>:<br>: | November 19, 2003 |

**Plaintiff's Reply to Defendants' Anixter Inc. and
<u>Pacer/Anixter, A Division of Anixter, Inc. Counterclaim dated October 30, 2003</u>**

Plaintiff, Susan C. Tilley, as a Reply to the Counterclaim of Defendant Anixter, Inc. and Pacer/Anixter, a Division of Anixter, Inc. ("Anixter"), dated October 30, 2003, states the following to the allegations, by paragraph, made against the Plaintiff. All allegations not specifically addressed herein are denied.

1. Admitted, upon information and belief.

2. Admitted.

3. Admitted.

4. Admitted.

Page 1 of 4

Robert B. Muchinsky, Attorney At Law ♦ Juris No. 101514
39 Russ Street ♦ Hartford CT 06106 ♦ Tel 860-297-0037 ♦ Fax 860-297-0040

## FIRST COUNTERCLAIM (Breach of Contract)

1-4. No response required.

5. Plaintiff admits that Anixter is liable for damages caused to her resulting from the fraudulent concealment from her of the true income of Plaintiff's former husband, Anixter employee David G. Tilley. The remainder of Paragraph "5" is denied.

6. Plaintiff admits the first sentence of Paragraph "6", "In June of 1998 Plaintiff filed an action in Connecticut Superior Court against, among others, Pacer and Anixter. The second sentence of Paragraph "6" is denied. The gravamen of the June 1998 complaint was a shortfall of Forty-Eight Dollars and Fifty-Four cents ($48.54) in child support payments for eighty-one (81) consecutive weeks, from approximately October 18, 1994 to April 16, 1996 from Pacer Electronics to Plaintiff.

7. Plaintiff admits the first sentence of Paragraph "7", that is, that "At the time of the June 1998 complaint, the parent corporation of Anixter was on the verge of completing the acquisition of Pacer. Admit that Plaintiff was paid $10,000 to settle the June 1998 case. The remainder of Paragraph "7" is denied as Plaintiff has no knowledge of Anixter's then intentions.

8. Admit that plaintiff signed an agreement to release Pacer, Anixter, and the parent corporation of Anixter as well as others to claims specifically defined in the release as "more particularly all claims or damages in law or equity arising or asserted in or in connection with an action pending in the Superior Court of the State of Connecticut for the Judicial District of

Page 2 of 4

Robert B. Muchinsky, Attorney At Law ♦ Juris No. 101514
39 Russ Street ♦ Hartford CT 06106 ♦ Tel 860-297-0037 ♦ Fax 860-297-0040

Hartford/New Britain at Hartford, Docket # CV-98-580678S." The remainder of Paragraph "8" is denied.

9. Denied. Plaintiff's July 2002 Complaint and her claims in the instant action against Anixter, Inc. and its division Pacer/Anixter do not constitute a breach of contact. Plaintiff's claim against Anixter, Inc., and its division Pacer/Anixter, arose after Anixter completed its acquisition of Pacer in or around June of 1998 and were subsequent to an agreement and release signed by Plaintiff in early June 1998.

10. Denied.

Respectfully submitted,<br>
**The Plaintiff,**<br>
**Susan C. Tilley**<br>
<br>
By: _____<br>
Robert B. Muchinsky<br>
*HER ATTORNEY*<br>
39 Russ Street<br>
Hartford, CT 06106<br>
Telephone: (860) 297-0037<br>
Federal Bar No. CT12702

Page 3 of 4

Robert B. Muchinsky, Attorney At Law ♦ Juris No. 101514
39 Russ Street ♦ Hartford CT 06106 ♦ Tel 860-297-0037 ♦ Fax 860-297-0040

## Certification

I hereby certify that a true and correct copy of the foregoing was mailed, postage pre-paid to the parties and counsel of record on November 19, 2003.

**Defendant,**
**Anixter Inc. & Pacer/Anixter**

Steven D. Ecker, Atty.
Cowdery, Ecker & Murphy, LLC
750 Main Street
Hartford, CT 06103
Federal Bar No. ct03762

**Defendant**
**David G. Tilley**

William M. Bloss, Esq.
350 Orange Street
PO Box 606
New Haven, CT 06503

ROBERT B. MUCHINSKY

Robert B. Muchinsky, Attorney At Law ♦ Juris No. 101514
39 Russ Street ♦ Hartford CT 06106 ♦ Tel 860-297-0037 ♦ Fax 860-297-0040