

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 APR 11 P 2: 39
US DISTRICT COURT
BRIDGEPORT CT

SUSAN C. TILLEY,

        Plaintiff,

v.

ANIXTER INCORPORATED,
PACER/ANIXTER, INC. and
DAVID G. TILLEY,

        Defendants.

No. 3:02CV1312 (JCH)

April 11, 2003

### JOINT MOTION TO EXTEND THE TIME TO FILE A RULE 26(f) REPORT

Pursuant to Rule 7(b) of the Local Rules of this Court, defendants Anixter Inc. and Pacer/Anixter, A Division of Anixter Inc. (collectively "Anixter"), defendant David G. Tilley and plaintiff, Susan C. Tilley, respectfully move to extend the time to file a Report under Fed. R. Civ. P. 26(f) until fourteen (14) days after the Court rules on defendants' pending Motion to Dismiss (Pacer Docket No. 10). In support of this motion, the parties represent as follows:

1. On October 2, 2002, pursuant to Fed. R. Civ. P. 12(b)(1), Anixter filed a Motion to Dismiss the Complaint on the basis of the domestic relations exception to diversity jurisdiction. On that same date, defendant David G. Tilley filed a Motion to Join in Motion to Dismiss. The Motion to Dismiss remains pending.

2. Because the pending Motion to Dismiss questions subject matter jurisdiction, the parties agree that discovery should not proceed until after the Court has ruled upon that motion.

**ORAL ARGUMENT NOT REQUESTED**

[Handwritten annotations in margins: "Motion Granted nunc pro tunc. So Ordered. [signature] 2/6/04"]