UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                        :
SUSAN C. TILLEY,                        :
                                        :   No. 3:02CV1312 (JCH)
        Plaintiff,                      :
                                        :
v.                                      :
                                        :
ANIXTER INCORPORATED,                   :
PACER/ANIXTER, INC. and                 :
DAVID G. TILLEY,                        :   JUNE 4, 2004
                                        :
        Defendants.                     :
_____  :

### AMENDED ANSWER BY DEFENDANT DAVID G. TILLEY

1. This allegation does not make a factual representation and no response is required.

2. This allegation does not make a factual representation and no response is required.

3. Defendant denies that federal jurisdiction is proper but admits that he resides in North Carolina.

4. This defendant admits these allegations based on present information and belief.

5. This defendant admits these allegations based on present information and belief.

6. This defendant admits these allegations based on present information and belief.

1

7. Denied.

8. Admitted.

9. Admitted.

10. Admitted.

11. Defendant admits that the parties were divorced and denies all other allegations of this paragraph.

12. Denied.

13. Denied

## FIRST COUNT

14. The answers to paragraphs 1-13 are incorporated by reference.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

## SECOND COUNT

20. The answers of paragraphs 1-19 are incorporated by reference.

21. Denied.

22. Denied.

23. Denied.

24. Denied

THIRD COUNT

25. The responses to paragraphs 1-24 are incorporated by reference.

26. Denied.

27. Denied.

28. Denied.

29. Defendant denies that any alleged actions have caused any of the injuries listed in paragraph 29.

## AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE

The cause of action is barred in whole or in part for failure to state a claim upon which relief may be granted.

SECOND AFFIRMATIVE DEFENSE

Any alleged representations by the defendant are absolutely privileged as being made within an ongoing judicial proceeding.

THIRD AFFIRMATIVE DEFENSE

The cause of action is barred in whole or in part by the doctrines of waiver and/or estoppel.

FOURTH AFFIRMATIVE DEFENSE

The cause of action is barred in whole or in part by the doctrines of collateral estoppel and/or res judicata.

FIFTH AFFIRMATIVE DEFENSE

The cause of action is barred in whole or in part by the statute of limitations contained in Conn. Gen. Stat. § 52-577.

SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by her failure to mitigate her alleged damages including her failure to pursue a pending motion for modification of the judgment of the Superior Court.

                          THE DEFENDANT
                          DAVID G. TILLEY


                          By: _____
                              William M. Bloss (CT01008)
                              Koskoff Koskoff & Bieder PC
                              350 Fairfield Avenue
                              Bridgeport, CT 06604
                              (203) 336-4421
                              (203) 368-0105 fax
                              bbloss@koskoff.com

## **CERTIFICATE OF SERVICE**

      This is to certify that on June 4, 2004, a copy of the foregoing Answer was mailed, postage prepaid, to:

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT 06106

James Smart, Esquire
Cowdery, Ecker & Murphy L.L.C.
750 Main Street
Hartford, CT 06103

 

                                                                            _____
                                                                            William M. Bloss