FILED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

2004 JUL 28  A 11: 52

U.S. DISTRICT COURT
BRIDGEPORT. CONN

| | |
|---|---|
| Susan C. Tilley, | :   **Civil Action Number** |
|     Plaintiff | :   **3:02cv1312(JCH)** |
| | : |
| v. | : |
| | : |
| Anixter Incorporated, | : |
| Pacer/Anixter, Inc., and | : |
| David G. Tilley, | : |
|     Defendants. | :   **July 27, 2004** |

## PLAINTIFF'S MOTION FOR
## AN EXTENSION OF TIME TO FILE DISCOVERY

The Plaintiff in the above captioned matter respectfully request that the court extend certain deadlines contained in the case management plan. The Plaintiff requests that the close of discovery and the period to depose witnesses be extended forty-five (45) days from October 4, 2004 to November 18, 2004. The reasons for this request is as follows:

1. The parties have not completed discovery. The parties had intended to complete discovery in the month of July, however they have been unable to complete discovery.

2. Attorney Muchinsky was out of work for three weeks in June of 2004 due to unexpected surgery and was unable to move forward in this matter during that time.

3. Attorney Muchinsky is presently scheduled to commence trial on August 3, 2004 in the matter entitled *Craig Raye v. Wesleyan University*, Docket #CV02-0098865-S.

4. Following the Craig Raye trial, Attorney Muchinsky expects to begin trial in the

Robert B. Muchinsky, Attorney At Law ◆ Juris No. 101514
39 Russ Street ◆ Hartford CT 06106 ◆ Tel 860-297-0037 ◆ Fax 860-297-0040

matter entitled *State of Connecticut v. Heidi Mlyniec*, Docket # CR03-118364-T, at

Part A, in Danielson, CT some time in September of 2004.

5.  Furthermore, some of the depositions in this action are required to be taken outside

    the State of Connecticut (the applicable Anixter Incorporated's offices are located in

    the State of North Carolina).

6.  The undersigned has contacted defendant Anixter Incorporated's attorney, James

    Smart, and Attorney Smart has consented to this motion.

7.  The undersigned has attempted to contact defendant David Tilley's Attorney, William

    Bloss, but was unable to speak with Mr. Bloss directly.

8.  This is the Plaintiff's first request for an extension of time to extend discovery.

    WHEREFORE, the Plaintiff respectfully moves for an extension of 45 days to extend

the discovery period up to and including November 18, 2004.

<div style="margin-left: 50%;">

Respectfully submitted,
**The Plaintiff**,
**Susan C. Tilley**

By: _____

Robert B. Muchinsky
*HER ATTORNEY*
39 Russ Street
Hartford, CT 06106
Telephone: (860) 297-0037
Federal Bar No. CT12702

</div>

**Certification**

I hereby certify that a true and correct copy of the foregoing was mailed, postage pre-paid to

the parties and counsel of record on July 27, 2004.

**Defendant,**
**Anixter Inc. & Pacer/Anixter**

Steven D. Ecker, Atty.
James Smart, Atty.
Cowdery, Ecker & Murphy, LLC
750 Main Street
Hartford, CT 06103
Federal Bar No. ct03762

**Defendant**
**David G. Tilley**

William M. Bloss, Esq.
Kosskoff, Kosskoff & Beider
PO Box 1661
Bridgeport, CT  06604

ROBERT B. MUCHINSKY