IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN C. TILLEY, | : |
| | : No. 3:02CV1312 (JCH) |
| Plaintiff, | : |
| v. | : |
| | : |
| ANIXTER INCORPORATED, | : |
| PACER/ANIXTER INC. and | : |
| DAVID G. TILLEY, | : June 16, 2004 |
| | : |
| Defendants. | : |

## CORPORATE DEFENDANTS' FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF

TO:  Plaintiff Susan Tilley

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, undersigned counsel for defendants Anixter Inc. and Pacer/Anixter, a division of Anixter Inc., hereby propounds the following interrogatories upon the plaintiff Susan Tilley, and requests that she provide written answers under oath within thirty (30) days of the date of service hereof. These interrogatories are deemed to be continuing and thereby require that supplemental answers be provided promptly as set forth in Fed. R. Civ. P. 26(e).

These interrogatories are propounded in addition to, and not in lieu of, the mandatory disclosure required under Fed. R. Civ. P. 26(a).

### Definitions and Instructions

The definitions set forth in Local Rule of Civil Procedure 26 shall govern this request. Without limiting the generality of the foregoing, it is expressly stated that the word "documents"

shall include, without limitation, any responsive, non-privileged document of any kind, including without limitation communications, writings, drawings, graphs, charts, photographs, recordings, data compilations from which information can be obtained, correspondence, memoranda, drafts, files, reports, test results, video tapes, transcripts, contracts, invoices, bids, receipts, calendars, diaries, daybooks, notes, handbooks, standards, procedures, guidelines, manuals, accountings, inventories, cancelled checks, evaluations, reviews, e-mail, computer records on drive, disk or hard copy, and all data of any kind stored, kept or recorded electronically, by any means. In addition to the foregoing, the following definitions and instructions shall apply to this request:

1. The term "Litigation" refers to the above-captioned action.

## Interrogatories

1.  Provide the name and address of any and all therapists, psychologists, counselors, psychiatrists or other emotional or mental healthcare providers who have treated, counseled, diagnosed, or performed any services for you, or conducted any diagnostic or other testing on you, at any time from June 1990 to the present.

Response:

2. Provide the name and address of any and all doctors or medical care providers who examined, treated, diagnosed, or performed any medical services for you, or conducted any diagnostic or other medical testing on you, at any time from June 1990 to the present.

<u>Response:</u>

3. Identify all persons whom you intend to call as expert witnesses at trial.

<u>Response:</u>

4. For each witness identified in response to Interrogatory #13, provide the information required by Fed. R. Civ. P. 26(a)(2)(B), including, "a complete statement of all opinions to be expressed and the basis and reasons therefore; the data or other information considered by the witness in forming the opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and the testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years."

<u>Response:</u>

5.  List all cases in which you have testified at trial or by deposition, provide the dates of such testimony, and describe the nature of your testimony.

<u>Response:</u>

6.  Identify all witnesses whom you believe have any knowledge concerning the allegations of the Complaint, and describe the nature and basis of that knowledge.

<u>Response:</u>

7.  Identify all witnesses whom you intend to call at trial of this matter, and describe the anticipated subject matter of their testimony.

<u>Response:</u>

Respectfully submitted,

DEFENDANTS

ANIXTER INC. and PACER/ANIXTER, A DIVISION OF ANIXTER INC.

By: _____
James R. Smart (ct20982)
Steven D. Ecker (ct03762)
Cowdery, Ecker & Murphy L.L.C.
750 Main Street
Hartford, CT 06103
(860) 278-5555
(860) 249-0012 Fax
E-mail: jsmart@cemlaw.com

-- Their Attorneys

## CERTIFICATE OF SERVICE

    This is to certify that on June 16, 2004, a copy of the foregoing was faxed and mailed, postage prepaid, to:

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT 06106

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604.

_____
James R. Smart