UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN C. TILLEY, | : |
| | : No. 3:02CV1312 (JCH) |
| Plaintiff, | : |
| v. | : |
| | : |
| ANIXTER INCORPORATED, | : |
| PACER/ANIXTER INC. and | : |
| DAVID G. TILLEY, | : August 17, 2004 |
| | : |
| Defendants. | : |

## NOTICE OF DEPOSITION

The defendants Anixter Inc. and Pacer/Anixter, a division of Anixter Inc., hereby give notice that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, its counsel will take the deposition of plaintiff Susan Tilley, at 9:30 AM on Friday, September 3, 2004, at the law offices of Cowdery, Ecker & Murphy, L.L.C., 750 Main Street, Hartford, Connecticut 06103. The deposition will be held before competent authority, and it will be recorded by stenographic means. It will continue from day to day until completed.

DEFENDANTS
ANIXTER INC. and PACER/ANIXTER, A
DIVISION OF ANIXTER INC.

By: _____
James R. Smart (ct20982)
Steven D. Ecker (ct03762)
Cowdery, Ecker & Murphy L.L.C.
750 Main Street
Hartford, CT 06103
(860) 278-5555
(860) 249-0012 Fax
E-mail: jsmart@cemlaw.com

Their Attorneys

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was sent via facsimile and U.S. Mail, first-class, postage pre-paid, on August 17, 2004, to all counsel of record as follows:

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT 06106

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604.

James R. Smart