LAW OFFICES OF

## COWDERY, ECKER & MURPHY, L.L.C.

750 MAIN STREET

HARTFORD, CONNECTICUT 06103-2703

www.cemlaw.com

JAMES T. COWDERY
STEVEN D. ECKER
THOMAS J. MURPHY
JAMES R. SMART
SARAH A.L. MERRIAM
GEORGE C. JEPSEN, OF COUNSEL

TELEPHONE (860) 278-5555
FACSIMILE (860) 249-0012

WRITER'S E-MAIL:
jsmart@cemlaw.com

July 19, 2004

**BY FACSIMILE AND U.S. MAIL**

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT 06106

    Re:  <u>Susan C. Tilley v. Anixter Incorporated, et al.</u>
         No. 3:02CV1312 (JCH)

Dear Robert:

    I am writing in connection with the discovery schedule in the above matter.

    Responses to our requests for documents and interrogatories were due July 16, 2004. When can we expect your responses and production? As you know, Judge Hall has given us very little time to complete discovery in this case.

    Thank you.

                                        Very truly yours,

                                        James R. Smart

JRS:

cc: William Bloss, Esq.

LAW OFFICES OF
## COWDERY, ECKER & MURPHY, L.L.C.
750 MAIN STREET

HARTFORD, CONNECTICUT 06103-2703

www.cemlaw.com

JAMES T. COWDERY
STEVEN D. ECKER
THOMAS J. MURPHY
JAMES R. SMART
SARAH A.L. MERRIAM
GEORGE C. JEPSEN, OF COUNSEL

TELEPHONE (860) 278-5555
FACSIMILE (860) 249-0012

July 22, 2004

**BY FACSIMILE AND U.S. MAIL**

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT 06106

    Re: <u>Susan C. Tilley v. Anixter Incorporated, et al.</u>
        No. 3:02CV1312 (JCH)

Dear Robert:

    I am writing in connection with the discovery schedule in the above matter.

    I understood from our communications earlier this week that we would receive responses to our requests for documents and interrogatories very soon. I still have not received them. When can we expect your responses and production? Because of the very tight discovery schedule, we need to obtain your responses and production very soon.

    At this point, we will very likely need to delay Ms. Tilley's deposition, which is currently scheduled for July 28th.

    Please advise where things stand.

    Thank you.

Very truly yours,

James R. Smart

JRS:

cc: William Bloss, Esq.

LAW OFFICES OF

## COWDERY, ECKER & MURPHY, L.L.C.

750 MAIN STREET

HARTFORD, CONNECTICUT 06103-2703

www.cemlaw.com

JAMES T. COWDERY
STEVEN D. ECKER
THOMAS J. MURPHY
JAMES R. SMART
SARAH A.L. MERRIAM
GEORGE C. JEPSEN, OF COUNSEL

TELEPHONE (860) 278-5555
FACSIMILE (860) 249-0012

WRITER'S E-MAIL:
jsmart@cemlaw.com

August 11, 2004

**BY FACSIMILE AND U.S. MAIL**

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT 06106

Re:  Susan C. Tilley v. Anixter Incorporated, et al.
     No. 3:02CV1312 (JCH)

Dear Robert:

I am writing again in connection with your client's overdue discovery responses and production in the above matter.

I understood from our telephone conversation on July 23, 2004, that we would receive responses to our requests for documents and interrogatories by July 28, 2004. I still have not received them. When are we going to get your responses and production?

I have been very willing to be flexible and accommodating on the discovery schedule. But because of the tight discovery schedule, we really need to obtain your responses and production very soon. As you know, the Court has not yet responded to your motion for continuance of the discovery deadline. Accordingly, we can't afford to let the failure to respond go unaddressed much longer. We will have to raise this matter before the Court if we don't receive your discovery materials very soon.

Please advise where things stand.

Thank you.

Very truly yours,

James R. Smart

JRS:
cc: William Bloss, Esq. (by fax)

LAW OFFICES OF

# COWDERY, ECKER & MURPHY, L.L.C.

750 MAIN STREET

HARTFORD, CONNECTICUT 06103-2703

www.cemlaw.com

JAMES T. COWDERY
STEVEN D. ECKER
THOMAS J. MURPHY
JAMES R. SMART
SARAH A.L. MERRIAM
GEORGE C. JEPSEN, OF COUNSEL

TELEPHONE (860) 278-5555
FACSIMILE (860) 249-0012

WRITER'S E-MAIL:
jsmart@cemlaw.com

August 17, 2004

**BY FACSIMILE AND U.S. MAIL**

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT 06106

    Re:  <u>Susan C. Tilley v. Anixter Incorporated, et al.</u>
          No. 3:02CV1312 (JCH)

Dear Robert:

    As we discussed yesterday, I am forwarding a draft copy of the motion to compel that I plan to file with the Court tomorrow absent full compliance with our outstanding discovery. Unfortunately, the lack of responses from plaintiff to date, in conjunction with the short discovery period prescribed by the Court make this step necessary.

    As we discussed, I would welcome any production and/or responses, even partial in nature, as early as you are able to provide them. If you are able to provide partial production before my express mail deadline this evening, I will revise the motion accordingly.

    Please don't hesitate to contact me with any questions or comments.

                                                Very truly yours,

                                                James R. Smart

JRS:

cc: William Bloss, Esq.