LAW OFFICES
# Robert B. Muchinsky, LLC

FACSIMILE
(860) 297-0040

39 RUSS STREET
HARTFORD, CONNECTICUT 06106

JUL 2 1 2004

(860) 297-0037

July 19, 2004

James Smart, Esq.
Cowdery, Ecker & Murphy, LLC
750 Main Street
Hartford, CT 06103

  **Re: Susan C. Tilley v. Anixter Incorporated, et al.**
    **Docket No. 3:02cv1312 (JCH)**

Dear James:

  I am in receipt of your letter dated July 19, 2004. In order to respond to your request for documents and interrogatories, we have been required to review voluminous documents that the plaintiff has accumulated over the years. The plaintiff and I have been diligently sorting through the documents in an attempt to organize them by date, subject matter and relevance. I will contact you by end of day today with an update as to the status of our disclosure.

           Very truly yours,

           ROBERT B. MUCHINSKY

RBM/car