*LAW OFFICES*

# Robert B. Muchinsky, LLC

FACSIMILE
(860) 297-0040

39 RUSS STREET
HARTFORD, CONNECTICUT 06106

(860) 297-0037

August 17, 2004

**Via Hand Delivery**

James Smart, Esq.
Cowdery, Ecker & Murphy, LLC
750 Main Street
Hartford, CT 06103

    Re:  **Susan C. Tilley v. Anixter Incorporated, et al.**
          **Docket No. 3:02cv1312 (JCH)**

          **Plaintiff's Initial Production**

Dear Attorney Smart:

    Enclosed herewith please find Plaintiff's initial production in response to Corporate Defendant's Requests for production 1 through 5, dated June 16, 2004, as follows:

    Request #1 – See plaintiff's initial production dated August 17, 2004, specifically, bates-stamped "00001 through 000230".

    Request #2 – See plaintiff's initial production dated August 17, 2004, specifically, bates-stamped "000749 through 000778".

    Request #3 - See plaintiff's initial production dated August 17, 2004, specifically, bates-stamped "000231 through 000748".

    Request #4 - See plaintiff's initial production dated August 17, 2004, specifically, bates-stamped "000779 through 000918".

    Request #5 - See plaintiff's initial production dated August 17, 2004, specifically bates-stamped "000919 through 001254". Please note that items "f", "g", "h", "i", "j" and

"l" have been requested of the Plaintiff and said items will be provided to Corporate Defendant upon receipt.

                                          Very truly yours,

                                          *[signature]*

RBM/car                                 ROBERT B. MUCHINSKY
Encs.