# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN TILLEY | : CIVIL ACTION NO. 3:02CV1312 (JCH) |
| *Plaintiff* | : |
| | : |
| v. | : |
| | : |
| ANIXTER, INC., ET AL. | : |
| *Defendants* | : OCTOBER 29, 2004 |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Please enter the appearance of the undersigned in this action on behalf of Timothy Broderick, a non-party witness deponent.

        NON-PARTY WITNESS
        TIMOTHY BRODERICK

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____
        Robert A. Nagy
        Assistant Attorney General
        Federal Bar No. ct08601
**Argument Requested**        55 Elm Street
**Testimony May Be Required**    P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5150
        Fax: (860) 808-5383

## **CERTIFICATION**

I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Appearance was sent by facsimile and also by first class mail, postage prepaid, this 29th day of October, 2004, to:

Steven D. Ecker, Esq.
James R. Smart, Esq.
750 Main Street
Hartford, CT  06103
Tel. (860) 278-5555
Fax  (860) 249-0012

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT  06106
Tel. (860) 297-0037
Fax (860) 297-0040

William B. Bloss, Esq.
Koskoff, Koskoff & Beider, P.C.
350 Fairfield Avenue
Bridgeport, CT  06604
Tel. (203) 336-4421
Fax  (203) 368-3244

_____
Robert A. Nagy
Assistant Attorney General