UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN TILLEY          : | CIVIL ACTION NO. 3:02CV1312 (JCH) |
| *Plaintiff*          : | |
|              : | |
| v.            : | |
|              : | |
| ANIXTER, INC., ET AL.    : | |
| *Defendants*         : | OCTOBER 29, 2004 |

**MOTION TO QUASH SUBPOENA**
**AND/OR FOR PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. Pro. 45(c)(3)(A)(i), (iii) and (iv), the non-party deponent Timothy Broderick, an employee of the Support Enforcement Services division within the Judicial Branch of the State of Connecticut, (hereinafter SES), hereby moves for an order quashing the subpoena duces tecum, a copy of which is attached hereto as Exhibit A, and/or for a protective order barring disclosure of documents and records listed in the attached subpoena duces tecum, all testimony concerning same as well as testimony concerning any aspect of the child support activities of the Support Enforcement Services division relating to Susan Tilley on grounds that the subpoena (1) fails to allow reasonable time for compliance, and/or (2) requires disclosure of privileged or otherwise protected matters and no exception or waiver applies and/or (3) subjects the said witness and his employer to undue burden.

In support of this motion the movant respectfully represents that:

1. He is employed by SES as a Support Enforcement officer.

2.  His duties, in general, relate to the enforcement of support orders entered by a court or tribunal of competent jurisdiction against a non-custodial parent.

3.  He received the subpoena attached hereto on October 26, 2004.

4.  Said subpoena commands him to bring with him to a deposition, to be held on November 2, 2004, any and all records in the possession of SES pertaining to the enforcement of support orders entered in a matter entitled *Susan C. Tilley v. David G. Tilley*, Docket No. FA-92-0513362.

5.  The subject records are of such nature and in such form as to render their production on November 2, 2004 unreasonable.

6.  Said records are protected from disclosure by state and federal law.

7.  The production of said documents and the attendance of the witness at a deposition imposes an undue burden on him and his employer in the context of child support enforcement activities of the State of Connecticut.

WHEREFORE, the non-party deponent requests that an order enter quashing the subpoena and for a protective order barring any and all disclosure and testimony as to any aspect of his activities in the referenced support action.

    Respectfully Submitted,

    NON-PARTY WITNESS
    TIMOTHY BRODERICK

    RICHARD BLUMENTHAL
    ATTORNEY GENERAL

BY: _____
    Robert A. Nagy
    Assistant Attorney General
    Federal Bar No. ct08601
    55 Elm Street
    P.O. Box 120
    Hartford, CT  06141-0120
    Tel: (860) 808-5150
    Fax: (860) 808-5383

## **CERTIFICATION**

I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, a copy of the foregoing Motion was sent by facsimile and also by first class mail postage prepaid, this 29th day of October, 2004, to:

Steven D. Ecker, Esq.
James R. Smart, Esq.
750 Main Street
Hartford, CT  06103
Tel. (860) 278-5555
Fax (860) 249-0012

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT  06106
Tel. (860) 297-0037
Fax (860)297-0040

William B. Bloss, Esq.
Koskoff, Koskoff & Beider, P.C.
350 Fairfield Avenue
Bridgeport, CT  06604
Tel. (203) 336-4421
Fax (203) 368-3244

_____
Robert A. Nagy
Assistant Attorney General