UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN C. TILLEY,<br><br>　　　　Plaintiff,<br>v.<br><br>ANIXTER INCORPORATED, et al.<br><br>　　　　Defendants. | No. 3:02CV1312 (JCH)<br><br><br><br>November 2, 2004 |

## **DEFENDANTS ANIXTER INCORPORATED AND PACER/ANIXTER, A DIVISION OF ANIXTER INCORPORATED'S MOTION FOR EXTENSION OF TIME**

The defendants Anixter Incorporated and Pacer/Anixter, a Division of Anixter Incorporated ("Anixter"), through their undersigned counsel, respectfully move pursuant to Rule 7(b) of the Local Rules of this Court for an extension of time within which to complete the depositions of certain witnesses. Specifically, with respect to the deposition of Timothy Broderick of Connecticut Support Enforcement Services (currently the subject of Mr. Broderick's Motion to Quash), Anixter asks for ten days from the date of the Court's ruling on the pending Motion to Quash; and with respect to certain family members and associates disclosed by Ms. Tilley as witnesses (Michael Cavasino, Nathan Tilley, Elizabeth Pongratz, Valerie Slayton, Rebecca Harris, and Denise Morin), Anixter asks for an extension of eleven days – or until November 19, 2004. Anixter also seeks a corresponding extension of time with respect to the filing of a dispositive motion, as described further below. In support of this motion, Anixter represents as follows:

　　1. Undersigned counsel for Anixter has spoken with Attorney Robert Muchinsky, plaintiff's counsel, and Attorney William Bloss, counsel for defendant David Tilley, and they consent to the granting of this motion for extension of time.

2. Pursuant to the Court's order dated August 18, 2004, the current discovery deadline is November 8, 2004.

3. Undersigned counsel has issued a subpoena duces tecum commanding the appearance of Timothy Broderick of Connecticut Support Enforcement Services for a deposition and the production of certain documents on November 2, 2004. On November 1, 2004, a Motion to Quash Subpoena and/or for a Protective Order was filed on behalf of Mr. Broderick. Anixter intends to submit its opposition to that motion before the expiration of the twenty-one day period allowed by Rule 7(a) of the Local Rules of this Court. (Counsel anticipates that this opposition will be filed by November 10, 2004.) On behalf of Anixter, undersigned counsel requests an extension of time to complete discovery with respect to Mr. Broderick until ten days from the Court's ruling on the pending Motion to Quash.

4. Due to the fact that Anixter has been engaged in serious, good faith settlement discussions with plaintiff, Anixter has refrained from pursuing the depositions of certain acquaintances and family members of Ms. Tilley (Michael Cavasino, Nathan Tilley, Elizabeth Pongratz, Valerie Slayton, Rebecca Harris, and Denise Morin), all of whom plaintiff has disclosed as witnesses. Insofar as settlement discussions reached an impasse yesterday, it is now necessary for Anixter to depose these individuals.

5. Undersigned counsel has today issued subpoenas duces tecum commanding the appearance of these six individuals for depositions and the production of certain documents at the time of their depositions. In light of the current discovery deadline, it has been necessary to schedule these depositions for the end of this week and this coming Monday, November 8, 2004. Two additional depositions (of plaintiff's doctor, Karen Devassey, M.D., and defendant David

Tilley) and are also scheduled for this period. To ease the scheduling of these depositions and to minimize any inconvenience to the witnesses (particularly the recently subpoenaed witnesses) and to opposing counsel, Anixter seeks an extension of eleven days, or until November 19, 2004, to complete these depositions.

6. In light of the Court's orders dated August 18, 2004, and October 20, 2003, undersigned counsel understands that the current due date for dispositive motions is one month after the current November 8, 2004 discovery closing date. In accordance with the foregoing, Anixter seeks an extension of time for the filing of a dispositive motion until the later of: (1) 30 days after the deposition of Mr. Broderick, (2) 30 days after the Court's ruling on the pending Motion to Quash, or (3) December 19, 2004 (30 days following the requested deadline for deposition of the aforementioned six witnesses).

7. This is Anixter's first motion for extension of time with respect to these deadlines.

WHEREFORE, Anixter Inc. and Pacer/Anixter, A Division of Anixter Inc. respectfully request an extension of time, as described above.

Respectfully submitted,

DEFENDANTS
ANIXTER INC. and PACER/ANIXTER, A
DIVISION OF ANIXTER INC.

By: _____
James R. Smart (ct20982)
Cowdery, Ecker & Murphy L.L.C.
750 Main Street
Hartford, CT  06103
(860) 278-5555
(860) 249-0012 Fax
E-mail: jsmart@cemlaw.com

## CERTIFICATE OF SERVICE

This is to certify that on November 2, 2004, I caused a copy of the foregoing to be faxed and mailed, postage prepaid, to:

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT 06106

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Robert Nagy, Esq.
Assistant Attorney General
55 Elm Street
P.O. Box 120 Hartford, CT 06141-0120
(fax: 808.5383).

_____
James R. Smart