UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN C. TILLEY, <br><br> Plaintiff, <br><br> v. <br><br> ANIXTER INCORPORATED, ET AL. <br><br> Defendants. | CIVIL ACTION NO. 3:02CV1312 (JCH) <br><br><br> November 10, 2004 |

## PARTIES' JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

WHEREAS, each party to this action has agreed on the need for confidentiality concerning certain information that will be produced in this action; and

WHEREAS, the parties have reached an agreement concerning the appropriate manner with which this information will be handled in this action; and

WHEREAS, the parties agree that the Stipulated Protective Order attached hereto at Tab A accurately sets forth the agreement of the parties;

NOW THEREFORE, the parties jointly present the attached Stipulated Protective Order, and jointly move that it be accepted by the Court and entered as the Protective Order applicable to this case.

Respectfully Submitted,

DEFENDANTS,
ANIXTER INC. and PACER/ANIXTER,
A DIVISION OF ANIXTER INC.

By: /s/ Steven D. Ecker
Steven D. Ecker (ct03762)
James R. Smart (ct 20982)
Cowdery, Ecker & Murphy L.L.C.
750 Main Street
Hartford, CT 06103
(860) 278-5555
(860) 249-0012 Fax
E-mail: ecker@cemlaw.com,
jsmart@cemlaw.com


DEFENDANT,
DAVID G. TILLEY

By /s/ William M. Bloss
William M. Bloss (ct01008)
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604
Tel. (203)-336-1421
Fax (860) 368-3244
E-mail: bbloss@koskoff.com


PLAINTIFF,
SUSAN C. TILLEY

By /s/ Robert Muchinsky
Robert Muchinsky, Esq. (ct12702)
39 Russ Street
Hartford, CT 06106
Tel. (860) 297-0037
Fax (860) 297-0040
E-mail: rbm@muchinsky-law.com