# Exhibit B




RICHARD BLUMENTHAL
ATTORNEY GENERAL

55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Office of The Attorney General
# State of Connecticut

Collections/Child Support Department
55 Elm St., P.O. Box 120
Hartford, CT 06141-0120

Tel: (860) 808-5150
Fax: (860) 808-5383

## TELEFAX COMMUNICATION

| | |
|---|---|
| Date: | October 29, 2004 |
| To: | Steven D. Ecker, Esq., James R. Smart, Esq. |
| Telefax #: | 249-0012 |
| Number of Pages: (including this) | 15 /19 |
| From: | Robert A. Nagy, Assistant Attorney General |
| Telefax #: | 808-5383 |
| Information faxed by: | Susan DeVito |

COMMENTS: Enclosed is a copy of a Motion to Quash the deposition subpoena issued to Timothy Broderick of the Support Enforcement Services division of the Judicial Branch, a memorandum in support of the motion and my appearance on behalf of the non-party deponent. The documents will be filed with the court later today or Monday morning. In view of this motion, Mr. Broderick will not appear on Tuesday November 2, 2004.

*NOTICE: This telecopy transmission and any accompanying documents may contain confidential or privileged information. They are intended only for use by the individual or entity named on this transmission sheet. If you are not the intended recipient, you are not authorized to disclose, copy, distribute or use in any manner the contents of this information. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange retrieval of the faxed documents.*