Exhibit C

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Susan C. Tilley,<br>    Plaintiff | : | <u>Civil Action Number</u><br>3:02cv1312(JCH) |
| | : | |
| v. | : | |
| | : | |
| Anixter Incorporated,<br>Pacer/Anixter, Inc., and<br>David G. Tilley,<br>    Defendants. | :<br>:<br>:<br>: | September 2, 2004 |

## Plaintiff's Answer to Corporate Defendant's
## First Set of Interrogatories dated June 16, 2004

Plaintiff, Susan C. Tilley, hereby provides the following Answer's to Corporate Defendant's First Set of Interrogatories dated June 16, 2004.

1. Provide the name and address of any and all therapists, psychologists, counselors, psychiatrist or other emotional or mental healthcare providers who have treated, counseled, diagnosed, or performed any services for you, or conducted any diagnostic or other testing on you, at any time from June 1990 to the present.

ANSWER: Ms. Tilley received counseling treatment at Community Child Guidance Clinic, located at 317 North Main Street, Manchester, CT 06040 sometime in 1992 and/or 1993. Plaintiff's counsel has requested a copy of the medical records and provides herewith a copy of its letter of request. Documents in connection with the Community Child Guidance Clinic will be provided upon receipt.

2. Provide the name and address of any and all doctors or medial care providers who examined, treated, diagnosed, or performed any medical services for you, or conducted any diagnostic or other medical testing on you, at any time from June 1990 to the present.

**ANSWER:** Ms. Tilley's primary physician is Karen Devassy MD of the Connecticut Multispecialty, 112 Main Street, Suite 1B, Broad Brook, CT 06016.

Ms. Tilley has also been treated by the following physicians:

Ronald J. Bloom, MD
Cottage Grove Cardiology
701 Cottage Grove Road
Bloomfield, CT 06002

Raymond Kurker, MD
South Windsor Medical Arts
23 Oakland Road
South Windsor, CT

3. Identify all persons whom you intend to call as expert witnesses at trial.

**ANSWER:** Plaintiff does not intend to call any expert witnesses to testify in connection with this matter.

4. For each witness identified in response to Interrogatory #3, provide the information required by Fed. R. Civ. P. 26 (a)(2)(B), including, "a complete statement of all opinions to be expressed and the basis and reasons therefore; the data or other information considered by the witness in forming the opinions; the qualifications of the witness, including a list of all

publications authorized by the witness within the preceding of ten years; the compensation to be paid for the study and the testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years."

ANSWER: Please see response to Interrogatory "3" above.

5. List all cases in which you have testified at trial or by deposition, provide the dates of such testimony, and describe the nature of your testimony.

ANSWER: **Plaintiff testified in her divorce trial matter entitled Tilley v. Tilley, docket number FA-92-0513362-S) in late 1994 before The Honorable Thelma Santos in the Hartford Superior Court.**

6. Identify all witnesses whom you believe have any knowledge concerning the allegations of the Complaint, and describe the nature and basis of that knowledge.

ANSWER: **Valerie Slayton, Becky Harris, Denise Moran, Michael Cavasino, Betty L. Pongraf and Nathan Tilley. Ms. Pongraf is Plaintiff's mother and will testify as to her knowledge, observation and involvement in Plaintiff's affairs and claims in this action.**

**Nathan Tilley is the Plaintiff's son and will also testify as to his knowledge and observations of the Plaintiff and/or her claims in this action.**

**All others are friends, family and witnesses who have knowledge concerning the plaintiff's claims in this action.**

7. Identify all witnesses whom you intend to call at trial of this matter, and describe the anticipated subject matter of their testimony.

ANSWER: Please see response to Interrogatory #6 above. In addition to those witnesses identified in paragraph 6 above, plaintiff intends to call but is not limited to the following witnesses:

David Tilley. Mr. Tilley has knowledge of the events surrounding the falsification of his payroll records.

Terri Tilley. Ms. Tilley has knowledge of the events surrounding the falsification of her payroll records as well as the payroll records of David Tilley's payroll.

Michael Rosa. Mr. Rosa has knowledge of the events surrounding the falsification of the payroll records of David Tilley and Terri Tilley.

Thomas Perrozzi. Mr. Perrozzi has knowledge of the events surrounding the falsification of the payroll records of David Tilley and Terri Tilley.

George Fan. Mr. Fan is Support Enforcement Officer for the State of Connecticut and participated in plaintiff's case and has knowledge of matters relative thereto.

Karen S. Devassy, M.D. Dr. Devassy is plaintiff's treating physician and will testify as to her treatment of the plaintiff.

Respectfully submitted,
The Plaintiff,
Susan C. Tilley

By: /s/ Robert B. Muchinsky
Robert B. Muchinsky
*HER ATTORNEY*
39 Russ Street
Hartford, CT 06106
Telephone: (860) 297-0037
Federal Bar No. CT12702

## Certification

I hereby certify that a true and correct copy of the foregoing was hand delivered to Attorney Steven D. Ecker and mailed, by postage prepaid, to Attorney William Bloss, the counselors of record on September 3, 2004.

**Defendant,
Anixter Inc. & Pacer/Anixter**

Steven D. Ecker, Atty.
Cowdery, Ecker & Murphy, LLC
750 Main Street
Hartford, CT 06103

**Defendant
David G. Tilley**

William M. Bloss, Esq.
Kosskoff, Kosskoff & Beider
PO Box 1661
Bridgeport, CT 06604

_____
ROBERT B. MUCHINSKY