Exhibit E

**NOTICE TO EMPLOYER:** Make corrections to your address and State employer number here:

## EMPLOYEE INFORMATION

Full Name of employee: David G Tilley

Address: 4230 Lakeshore Rd. S, Denver, NC 28037

Social Security #: 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   Date of Birth: 2/21/59   Number of dependents: 4

Date Employed: 1/1/99 Amxter (2/1/94 Rcr)   Job Title: Location Sales Mgr.

Rate of pay: $45,760.00 per year   Average number of hours per week: ____

How often paid (check one):  ☐ Weekly  ■ Bi-Weekly  ☐ Monthly  ☐ Semi-Monthly

If paid Weekly or Bi-Weekly, state day of the week paid: Friday   Date last paid: 1/8/99

If paid Semi Monthly, state dates paid: ____   Date last paid: ____

Worksite Address: ____

Date terminated: ____
and termination reason: ____   If terminated, list the name and address of new employer

Complete the information below for the last four pay periods.

| Date Paid | Gross Wages | Bonus/ Commission | Federal Tax | State Tax | FICA | Retirement | Net Wages |
|---|---|---|---|---|---|---|---|
| 1/8/99 | 972.31 | — | 94.04 | 37.33 | 60.28 / 14.10 | | |
| 1/22/99 | 1944.62 | | 222.05 | 83.16 | 116.65 / 27.28 | | |
| 2/5/99 | 1944.62 | | 222.05 | 83.16 | 116.64 / 27.28 | | |
| 2/19/99 | 1944.62 | | 222.05 | 83.16 | 116.65 / 27.28 | | |

## MEDICAL INSURANCE INFORMATION FOR MINOR CHILDREN

(✓) Available as of (date) 12-8-98   ( ) Will be available as of (date) ____
( ) Not Available

Insurance Company Name: Cigna

Insurance Company Address: PPDV 10392 Des Moines, IA 50306   Tel#: ____

Policy Number: 2034055   Employee certificate/ID#: ____

Type of Coverage: PPP   Amount of Deductible: ____

Cost to employee to cover self/dependents: $105.99 a month

Individuals covered/effective date: David, Terri, Tyler, Zachary, Nathan eff 12-8-98

Completed by: Michelle Majew   Title: Payroll   Date: 2/17/99

DSS-4462 (3/98)
CSE/ACTS   Employer Tel. #: 847 715-2029

000214