Exhibit F

July 9, 1998

Susan Tilley
14 Pillsbury Hill
Vernon, CT 06066

State of Connecticut
Support Enforcement Division
Review and Adjustment Unit
414A Chapel Street
PO Box 9691
New Haven, CT 06536



DEFENDANT'S EXHIBIT

Dear Ellen,

Here is the information I said I would send. I have spent a great deal of time researching my file after I was divorced and found some shocking facts that my lawyer never saw or brought up in court when representing me.

My child support has been based on his fraudulent misrepresentation of his wages for the past 7 years through our separation, during and after the final divorce.

I only want what is fair for my children. I don't want to kill him in child support I only want the fair child support amount based on his real and true earnings.

He owes hundreds of dollars in medical for the children and I have not seen one of his income tax statements in 5 years as was ordered by the court.

Please read over these files and my notes. I tried to be as clear as possible.

I received a letter from Support Enforcement May 20, 1998, and they say I am receiving more than 40% of the child support guidelines according to his income now. What this is telling me is that he has NOT brought in ONE new account to Pacer in 5 years of working there, yet he states more than once that he is paid on business he brings into the company. Why would Pacer keep him on as Branch Manager if this is the case. This also means that Mike Rosa is still deducting $400.00 out of his gross pay per week to pay back the attorney fees incurred in the lawsuit between Pacer and his ex-employer 4 years ago. He was originally hired at $1212.00 per week then his pay was lowered to $500.00 per week and then raised to $800.00 per week, not including Bonuses and Commissions. Also Pacer won the law suite and David was able to contact his accounts that he had from IMS his previous employer. He was their TOP SALESMAN. There was only an injunction placed on 4 of his accounts and that was only for a short time period. All this

information is in the files enclosed.

Come October 3, 1999 he will no longer have to pay the court ordered $100.00 per week alimony because it will be 5 years. This will mean I will receive $100.00 less per week and only receive $260.00 per week for my three children. This will mean that I will have to give up the place I am living, move my children away from their friends and get low income housing somewhere. My rent is $677.00 per month now and I can hardly make ends meet as it is. The children have been through enough these past 5 years and I don't want to disturb what they are now comfortable and happy with. I am renting a home in a nice neighborhood where they have lots of friends and a good school.

Based on the facts in the folders and all the past fabrication of his wages I am begging someone to please take the time to review these facts and investigate his wages extensively. His employer is masking his income, I am positive of it. Seeing as he is now married to the women who took his income in the past to help him evade his child support obligations I am sure it's not to difficult to pay her part of his wages now.

What exactly did my ex-husband give support enforcement for wage information to make them believe that I am now and for the past 5 years been receiving more than 40% of the child support guidelines.

My children mean the world to me and I only want to do my best to make sure they are able to grow up in a happy and healthy environment during their childhood years.

I would gladly work 3 jobs to provide for them but that would only hurt them emotionally as I could not be there for them when they need me. I am the only parent they have with all the responsibility as he has not contacted them or seen them for over 6 years. Daycare is expensive and it would not be worth the impact it would have on my children. I am working two jobs out of my home now and it has allowed me to be there for them when they need me at school functions, baseball games, soccer games etc. A full time job out of the home would only mean outrageous daycare expenses and not allow me more income than I am making now when all is said and done.

He also is able to claim all three of the children on his income tax every year according to the court order, yet he barely provides for them with the $260.00 dollars per week in child support.

I know you won't be the one to go into court for me but I only hope that who ever does reads through the facts in my files. Every Affidavit he ever submitted to the court has been a lie and the proof is in these files. If the court accepts another fabricated affidavit from him with no questions then my children will suffer as a result.

Thank you for reviewing my child support case and if you have any questions please contact me at home at 872-2764.

Sincerely,


Susan Tilley

```
FTEST45                                                              356115*1 CPW
PLAINTIFF
OFFICIAL NOTICE
```

                        STATE OF CONNECTICUT
                          JUDICIAL BRANCH
                      SUPPORT ENFORCEMENT DIVISION

                                                    06/02/98

TO:  SUSAN  TILLEY                      SUPERIOR COURT
     14 PILLSBURY HILL                  SUPPORT ENFORCEMENT DIVISION
                                        999 ASYLUM AVENUE
     VERNON, CT 06066                   P.O. BOX 320650
                                        HARTFORD, CT  06105

------------------------------------------------------------------FOLD
                          OFFICAL NOTICE

CASE:  SUSAN TILLEY VS DAVID TILLEY        FILE: 10142683

     PLEASE REFER TO THE BOX MARKED "X" FOR YOUR INFORMATION:

[ ]  YOU ARE HEREBY NOTIFIED TO BE PRESENT:

     ON:
     NAME OF OFFICE   [ ]  SUPPORT ENFORCEMENT  [ ]  COURT
     AT:

     REGARDING:


     AT THIS MEETING YOU MAY BE ASKED TO ACCEPT A SUMMONS OR SOME OTHER
     FORM OF CIVIL PROCESS.

[ ]  WE ARE UNABLE TO PROCEED WITH YOUR CASE UNTIL YOU PROVIDE THE
     FOLLOWING DOCUMENTS OR INFORMATION:


[X]  OTHER/COMMENTS:

     ENCLOSED IS THE RESPONSE WE RECEIVED FROM THE NORTH CAROLINA SUPPORT
     DIVISION TO PURSUING AN ARREARAGE PAY PLAN.

                                              DEFENDANT'S
                                                EXHIBIT
                                                  12
                                               10-6-04 EdS

** IF YOU NEED REASONABLE ACCOMODATION IN ACCORDANCE WITH THE AMERICANS
WITH DISABILITIES ACT, CONTACT THIS OFFICE AT THE PHONE NUMBER BELOW **

                                                   (860) 566-4098
SUPPORT OFFICER/CLERK                              TELEPHONE

                                                        000204

```
LINCOLN COUNTY CHILD SUPPORT ENFORCEMENT                      05/20/1998
LINCOLN COUNTY DSS                      IV-D CASE #          0001580953
PO BOX 130                              CLIENT MPI #         0000239155
LINCOLNTON, NC 28093                    AP MPI #             0000239156
                                        RESPONSIBLE AGENT    LINC1888
```

D) SS771 C/95X

CT JUDICIAL DEPARTMENT

SUPPORT ENFORCEMENT DIVISION
P.O. BOX 320650
HARTFORD, CT 06132-0650

```
RE: Client        : SUSAN C TILLEY           Our Case No. : 0001580953
    Absent Parent: DAVID TILLEY              Your Case No.: 10142683-1
```

The following case status information is being provided :

( ) Absent parent's mailing address has been verified

                                                                                                               Effective Date :

( ) Absent parent's employment has been verified

                                                                                                              Effective Date :

( ) The support order amount changed to
    effective

( ) The support order amount was unchanged

( ) The amount of income withheld changed to
    effective

( ) Withholding order was terminated because:
    ( ) absent parent is no longer employed in North Carolina or with an
        employer who does business in North Carolina
    ( ) absent parent no longer resides in North Carolina and the employer does
        not do business in North Carolina
    ( ) support order terminated due to emancipation of children and all
        arrearages have been paid
    ( ) initiating state requested termination of withholding

( ) Payee for current support

( ) Case has been transferred to:

( ) Absent parent is deceased                   *see next page*

                                                                                                                Cont'd...

000205

18-A

( ) Absent parent has requested genetic testing

( ) Case was closed due to:

( ) Support order was terminated effective

( ) Hearing date scheduled for

( ) Income withholding notice has been forwarded to absent parent

( ) Income withholding notice has been forwarded to the employer

( ) Income withholding contested by AP:


( ) Outcome of appeal:


( ) Review for adjustment completed

( ) Absent parent has medical insurance available
    Policy number    :
    Insurance Company :


( ) Absent parent no longer provides Medical Insurance

( ) Participant ( ) Added ( ) Deleted

(X) IN ANSWER TO REQUEST REC'D 5/18/98 FOR ADD/ $ FOR ARREARS/AT THE PRESENT TIME THE AP HAS AGREED TO PAY ABOVE THE 40% ALLOWED DEDUCTED AMOUNT FROM HIS PAY. THIS IS NORTH CAROLINA LAW. WE CANNOT REQUEST ANY ADDITIONAL MONEIS TO BE DEDUCTED FROM HIS PAY. NO OTHER ACTION CAN BE TAKEN AT THIS TIME. THANK YOU

*Rebecca H Huss*

REBECCA H HUSS
CHILD SUPPORT AGENT
(704)736-8619

Enclosure

*[handwritten: Is he stating that he is still earning the same amount of $ as he was 5 years ago?]*

DSS-4493
CSE/ACTS

May 12, 1998

Susan C. Tilley
14 Pillsbury Hill
Vernon, CT. 06066
Tel. # (860)872-2764

Support Enforcement
P.O. Box 320650
Hartford, CT. 06132

To whom it may concern:

I am requesting a review of my case for a child support modification. I would like a wage verification of my ex-husband's income. I have asked for this for the past three years as you have been aware according to your files and have gotten no response as of yet.

I also asked for a copy of his income tax statement as it is a court order that I receive one every year for 5 years in our divorce decree and have not received on yet. I don't know if this is something that your agency can enforce or not. Also an arrearage amount is still owed and nothing has been done to try and collect on it. I filled out a financial affidavit two years ago on myself as I was asked to do yet I've not received a wage verification for him. I was told that Support Enforcement in North Carolina has 6 weeks to reply but have heard nothing in 3 years.

Here is a letter I was told to send to you so that you can forward it to your Review and Adjustment Office.

Thank you for your attention in this matter.

My file # is 10142683 and my social security # is 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.

Sincerely,


Susan C. Tilley

C: Congressman
   Sam Gejdenson



000195

TEST24

356115*1 CPW

STATE OF CONNECTICUT
SUPPORT ENFORCEMENT DIVISION
999 ASYLUM AVENUE
P.O. BOX 320650
HARTFORD, CT 06105

MAY 18 1998

TO: LINCOLN CO CHILD SUPPORT ENF
DEPT OF SOCIAL SERVICES
PO BOX 130

LINCOLNTON NC 28093

---

RE: SUSAN TILLEY                              vs.   DAVID TILLEY
ssn:   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                                  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
REF NUMBERS   YOURS: 0001580953              OURS: DSS 771 C/95X

---

1.[ ] Receipt is hereby acknowledged of papers in above action.

2.[ ] Address of respondent is not in this jurisdiction, therefore this case has been transferred to:

3.[ ] We cannot locate the respondent. Please advise if you have any current information on respondent's address or employment.

4.[ ] A hearing on this case has been scheduled, or continued to:

5.[ ] A certified copy of the court order on this case is enclosed

6.[ ] May we please be advised of the present status of this case.

7.[X] Other:

THE PETITIONER IS REQUESTING THAT ACTIONS BE TAKEN TO PURSUE PAYMENT ON THE ARREARAGES OWED. PLEASE TAKE THE APPROPRIATE STEPS TO DO SO AND INFORM US OF ANY ACTIONS TAKEN.
THANKS FOR YOUR RESPONSE TO THIS REQUEST.

_____        05/14/98      (860) 566-4098
Support Officer/Clerk                   Date         Telephone Number

000196