UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SUSAN C. TILLEY,

   Plaintiff,

v.

ANIXTER INCORPORATED, et al.

   Defendants.

No. 3:02CV1312 (JCH)

December 15, 2004

## MOTION FOR ORDER CLARIFYING DUE DATE OF DISPOSITIVE MOTIONS

The defendants Anixter Incorporated and Pacer/Anixter, a Division of Anixter Incorporated ("Anixter"), through their undersigned counsel, respectfully move pursuant to Rule 7(b) of the Local Rules of this Court for an order clarifying that dispositive motions are due at the later of: (1) 30 days after the Court's ruling on the pending Motion to Quash concerning the deposition of Timothy Broderick of Connecticut Support Enforcement Services, or (2) 30 days after the deposition of Mr. Broderick (if it is allowed to proceed). In support of this motion, Anixter states as follows:

  1. Undersigned counsel for Anixter has communicated with Attorney Robert Muchinsky, plaintiff's counsel, and Attorney William Bloss, counsel for defendant David Tilley, and they have no objection to this motion.

  2. On November 2, 2004, Anixter filed a Motion for Extension of Time (Docket # 51), seeking, among other things, an extension of the due date for dispositive motions. Anixter sought to extend the deadline to ensure time for the Court to first rule on the pending Motion to Quash filed by Mr. Broderick of Support Enforcement Services (Docket # 49) and (if the Court

denied the Motion to Quash) for the parties to complete discovery of Support Enforcement Services. (See Docket # 51).

3. On November 17, 2004, the Court ruled on Anixter's November 2, 2004 Motion for Extension of Time and forwarded an electronic notice to counsel. (Docket # 55.) Insofar as that notice stated that the Court had granted the motion, counsel have understood the Court's order as extending the dispositive motion deadline as requested (that is, until the later of 30 days after the deposition of Mr. Broderick or 30 days after the Court's ruling on the pending Motion to Quash). However, the Court's notice specifically referenced only a separate portion of Anixter's motion (namely, Anixter's request for an extension "until 11/19/00 to complete depositions of certain witnesses" (Docket # 55)). Thus, ambiguity potentially exists as to whether the dispositive motion deadline was extended to allow time for the ruling on the motion to quash and deposition of Mr. Broderick, or only until December 19, 2004 (i.e., thirty days after the extended deadline for "complet[ion of] depositions of certain witnesses." (Id.)).

4. Accordingly, to avoid any possible ambiguity or misunderstanding regarding the dispositive motion deadline, undersigned counsel is seeking clarification that dispositive motions are due at the later of: (1) 30 days after the Court's ruling on the pending Motion to Quash concerning the deposition of Timothy Broderick of Connecticut Support Enforcement Services, or (2) 30 days after the deposition of Mr. Broderick.

WHEREFORE, Anixter Inc. and Pacer/Anixter, A Division of Anixter Inc. respectfully request an order clarifying that dispositive motions are due at the later of: (1) 30 days after the Court's ruling on the pending Motion to Quash concerning the deposition of Timothy Broderick of Connecticut Support Enforcement Services, or (2) 30 days after the deposition of Mr. Broderick.

        Respectfully submitted,

        DEFENDANTS
        ANIXTER INC. and PACER/ANIXTER, A
        DIVISION OF ANIXTER INC.

By: _____
        James R. Smart (ct20982)
        Cowdery, Ecker & Murphy L.L.C.
        750 Main Street
        Hartford, CT 06103
        (860) 278-5555
        (860) 249-0012 Fax
        E-mail: jsmart@cemlaw.com

**CERTIFICATE OF SERVICE**

       This is to certify that on December 15, 2004, I caused a copy of the foregoing to be faxed and mailed, postage prepaid, to:

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT 06106

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Robert Nagy, Esq.
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
(fax: 808.5383).

_____
James R. Smart