UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN C. TILLEY,  :  Plaintiff, : v. : ANIXTER INCORPORATED, et al. : Defendants. : | No. 3:02CV1312 (JCH) February 10, 2005 |

**NOTICE OF RECEIPT OF PRODUCTION MATERIALS
AND FIXING OF DISPOSITIVE MOTION DUE DATE**

The defendants Anixter Incorporated and Pacer/Anixter, a Division of Anixter Incorporated ("Anixter"), through their undersigned counsel, respectfully submit notice to the Court and to all counsel of record that they have received production material from non-party witness Timothy Broderick of Connecticut Support Enforcement Services. Said material was produced in response to the subpoena of the undersigned, pursuant to the January 19, 2005 agreement resolving the non-party witness' motion to quash. The material was received on this date, February 10, 2005. Accordingly, under the Court's order dated January 3, 2005 (Pacer document # 58), dispositive motions are now due Monday, March 14, 2005.

Respectfully submitted,

DEFENDANTS
ANIXTER INC. and PACER/ANIXTER, A
DIVISION OF ANIXTER INC.

By: _____
James R. Smart (ct20982)
Cowdery, Ecker & Murphy L.L.C.
750 Main Street
Hartford, CT 06103
(860) 278-5555
(860) 249-0012 Fax
E-mail: jsmart@cemlaw.com

## **CERTIFICATE OF SERVICE**

      This is to certify that on February 10, 2005, I caused a copy of the foregoing to be mailed, postage prepaid, to:

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT 06106

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

Robert Nagy, Esq.
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
(fax: 808.5383).

                                                                    _____
                                                                    James R. Smart