UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**IN RE:**

| | |
|---|---|
| Tilley v. Anixter, Inc., et al | 3-02-cv-1312 (JCH) |
| Johnson v. Corrections | 3-03-cv-1129 (JCH) |
| Taylor v. Levesque, et al | 3-03-cv-1347 (JCH) |
| Shabazz v. Dept. of Children, et al | 3-03-cv-2256 (JCH) |
| LeDuc v. Devito, et al | 3-04-cv-793 (JCH) |
| Doe v. Carbone, et al | 3-04-cv-915 (JCH) |
| Rodriguez, et al v. Lee | 3-04-cv-950 (JCH) |
| Hall v. Choinski, et al | 3-04-cv-1059 (JCH) |
| Franklin v. Henry | 3-04-cv-1345 (JCH) |
| Calderon, et al v. State of CT, et al | 3-04-cv-1562 (JCH) |
| Longshore-Pfizer v. State of CT, et al | 3-04-cv-1601 (JCH) |
| Coles v. Moore, et al | 3-04-cv-1623 (JCH) |
| Smith v. Lanati, et al | 3-04-cv-1701 (JCH) |
| Mierzwa v. State of CT, et al | 3-04-cv-2056 (JCH) |
| Doe v. Norwalk Community College, et al | 3-04-cv-1976 (JCH) |
| Burruss v. Lantz, et al | 3-03-cv-1850 (JCH) |

## DISCLOSURE NOTICE

In May of 2004, the undersigned's spouse undertook the representation of John Rowland, Governor of Connecticut, in a state civil lawsuit filed against him and others. Town of New Hartford, et al v. John G. Rowland, et al, Superior Court, Judicial District of Hartford, CV-04-0832158S.  He was retained by the Office of the Connecticut Attorney General, and his fees will be approved and paid by that Office.  He is not involved in any way in any of the above-captioned actions or the subject matters of them.

It is the conclusion of this court that there is no basis to disqualify myself from any of these matters under Canon 3C of the Judicial Code of Conduct.  Thus, I do not intend to recuse or to initiate the remittal process, nor am I seeking the consent of the parties to hear and decide any of these cases.

If any party objects to the court's action, a motion should be filed within 20 days of this Order.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 9th day of February, 2005.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge

- 2 -