UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN C. TILLEY, | : |
| | : No. 3:02CV1312 (JCH) |
| Plaintiff, | : |
| v. | : |
| | : |
| ANIXTER INCORPORATED, et al. | : March 7, 2005 |
| | : |
| Defendants. | : |

**MOTION ON CONSENT FOR EXTENSION OF TIME BY
DEFENDANTS ANIXTER INCORPORATED AND
PACER/ANIXTER, A DIVISION OF ANIXTER INCORPORATED**

The defendants Anixter Incorporated and Pacer/Anixter, a Division of Anixter Incorporated ("Anixter"), through their undersigned counsel, respectfully move pursuant to Rule 7(b) of the Local Rules of this Court for a thirty-two day extension of time (or until April 15, 2005) within which to file a dispositive motion. Counsel for the other parties to this case have been consulted and they consent to this motion. In support of this motion, Anixter represents as follows:

1. On February 10, 2005, undersigned counsel received production materials from non-party witness Timothy Broderick of Connecticut Support Enforcement Services, which was produced in response to the subpoena of the undersigned, pursuant to the parties' agreement resolving the non-party witness's motion to quash. Upon receipt of these materials, which completed discovery in this matter, the undersigned submitted a Notice of Receipt of those materials on that same date. The next day the Court set the present dispositive motion due date of March 14, 2005.

2. The extension of time sought herein is necessary because counsel has been and will remain extremely busy with other criminal and civil trial court matters. Specifically, the undersigned has had to, and must continue to, devote significant amounts of time to the preparation of pretrial motions and memoranda in U.S. v. Ellef, et al., No. 3:04CR00284(PCD), a complex federal criminal action in which our firm represents defendant William Tomasso and various Tomasso entities. Said motions have required extensive investigation and research by the undersigned, and their preparation will continue to require significant amounts of time until they are due on April 4, 2005. In addition, the undersigned has been very busy with Century Indemnity Co., et al. v. Crane Co., et al., No. FST-CV-05-4003122S, a complex asbestos coverage dispute in state court in which the undersigned represents plaintiffs and in which a show cause hearing on plaintiff's motion for a temporary injunction was held on February 22, 2005. These commitments – on top of various other professional obligations (including a mediation on April 13, 2004 in Rubin v. U.S.A., 3:04CV01247 (CFD), in which the undersigned represents counterclaim defendant Richard Rubin) – have required significant commitments of time by the undersigned in the last four weeks, and will continue to do so through early April. These continuing obligations will impede counsel's ability to properly complete preparation of the Corporate Defendants' dispositive motion in this matter on the existing schedule.

3. This is Corporate Defendants' first motion for extension of time with respect to any fixed or firm date for dispositive motions. (On November 2, 2004, while the non-party witness's motion to quash was pending, the Corporate Defendants filed a motion requesting, in part, extension of the time for filing dispositive motions until a certain number of weeks after the

resolution of the discovery dispute, to give the Court time to first rule on the then-pending motion to quash and to leave time thereafter for production by the non-party witness.)

4. Undersigned counsel for Anixter has conferred with Attorney Robert Muchinsky, plaintiff's counsel, and Attorney William Bloss, counsel for defendant David Tilley, and they consent to the granting of this motion for extension of time.

WHEREFORE, Anixter Inc. and Pacer/Anixter, A Division of Anixter Inc., respectfully request a thirty-two day extension of time (or until April 15, 2005) within which to file dispositive motions.

                                      Respectfully submitted,

                                      DEFENDANTS
                                      ANIXTER INC. and PACER/ANIXTER, A
                                      DIVISION OF ANIXTER INC.

By: _____
        James R. Smart (ct20982)
        Cowdery, Ecker & Murphy L.L.C.
        750 Main Street
        Hartford, CT 06103
        (860) 278-5555
        (860) 249-0012 Fax
        E-mail: jsmart@cemlaw.com

## CERTIFICATE OF SERVICE

This is to certify that on March 7, 2005, I caused a copy of the foregoing to be mailed first class, postage prepaid, to:

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT 06106

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder
350 Fairfield Avenue
Bridgeport, CT 06604

James R. Smart