FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 APR 15 P 4: 33

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| Susan C. Tilley, | : | Civil Action Number |
|     Plaintiff | : | 3:02cv1312(JCH) |
| v. | : | |
| Anixter Incorporated, | : | |
| Pacer/Anixter, Inc., and | : | |
| David G. Tilley, | : | |
|     Defendants. | : | April 15, 2005 |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT[1]

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff, Susan C. Tilley, hereby moves for summary judgment on Corporate Defendants Counterclaim. Support for this motion is contained in the accompanying memorandum with attached affidavit and other exhibits.

Respectfully submitted,
**The Plaintiff,**
Susan C. Tilley

By: _____
Robert B. Muchinsky
*HER ATTORNEY*
39 Russ Street
Hartford, CT 06106
Telephone: (860) 297-0037
Federal Bar No. CT12702

---

[1] **Oral Argument Requested – Testimony Not Required**

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing was mailed, postage pre-paid to the parties and counsel of record on April 15, 2005.

**Defendant,**
**Anixter Inc. & Pacer/Anixter**

Steven D. Ecker, Atty.
Cowdery, Ecker & Murphy, LLC
750 Main Street
Hartford, CT 06103
Federal Bar No. ct03762

**Defendant**
**David G. Tilley**

William M. Bloss, Esq.
Kosskoff, Kosskoff & Beider
PO Box 1661
Bridgeport, CT 06604

**Filing Location:**

Clerk of Court
U.S. District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
ROBERT B. MUCHINSKY