FILED

2005 APR 15 P 4: 33

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Susan C. Tilley, | : | Civil Action Number |
| Plaintiff | : | 3:02cv1312(JCH) |
| | : | |
| v. | : | |
| | : | |
| Anixter Incorporated, | : | |
| Pacer/Anixter, Inc., and | : | |
| David G. Tilley, | : | |
| Defendants. | : | April 15, 2005 |

PLAINTIFF'S LOCAL RULE 56(a) 1
STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT
ON CORPORATE DEFENDANT ANXTER'S COUNTERCLAIM

Pursuant to Rule 56(a) 1 of the Local Rules of Civil Procedure, Plaintiff, Susan C. Tilley submits that there is no genuine issue to be tried with respect to the following:

1.  The Plaintiff, Susan C. Tilley is a resident of the State of Connecticut and resides at 14 Pillsbury Hill in Vernon. (Plaintiff's Aff. ¶1, 3).

2.  The corporate defendant, Anixter Incorporated is a duly authorized Delaware corporation doing business in Connecticut with its principal place of business located at 2301 Patriot Boulevard, Glenview, Illinois. (Answer ¶6).

3.  Defendant, David G. Tilley, resides in Denver, North Carolina and is an employee of Anixter Incorporated. (Answer ¶8).

4.  In June of 1998, in case number CV98-580678S, Plaintiff sued Pacer Electronics,

Inc., Michael Rosa, Summit Investors III, L.P., Summit Ventures IV, L.P. and Anixter International, Inc.

5. On June 17, 1998, Susan Tilley agreed to settle case number CV98-580678S in return for a payment of $10,000.00, plaintiff signed an agreement pledging to release Pacer, Anixter, the parent corporation of Anixter, and others not only from the fraud allegations alleged in the June 1998 Complaint, but also, more generally, "from all debts, obligations, reckonings...controversies, suits, actions, causes of actions, trespasses, variances, ...damages, claims or demands, in law or in equity, which ... [she] ever had, now has or hereafter can, shall, or may have... arising or asserted in or in connection with her action. (Counterclaim ¶8, Plaintiff Aff. ¶5).

6. Pursuant to a subpoena Plaintiff received from Anixter Incorporated in late August of 1999 the payroll records of her former husband, David G. Tilley as well as the payroll records of his present wife, Terri Tilley. (Plaintiff Aff. ¶6).

Respectfully submitted,
**The Plaintiff**,
Susan C. Tilley

By: _____
Robert B. Muchinsky
*HER ATTORNEY*
39 Russ Street
Hartford, CT 06106
Telephone: (860) 297-0037
Federal Bar No. CT12702

## CERTIFICATION

I hereby certify that a true and correct copy of the foregoing was mailed, postage pre-paid to the parties and counsel of record on April 15, 2005.

**Defendant,**
**Anixter Inc. & Pacer/Anixter**

Steven D. Ecker, Atty.
Cowdery, Ecker & Murphy, LLC
750 Main Street
Hartford, CT 06103
Federal Bar No. ct03762

**Defendant**
**David G. Tilley**

William M. Bloss, Esq.
Kosskoff, Kosskoff & Beider
PO Box 1661
Bridgeport, CT 06604

**Filing Location:**

Clerk of Court
U.S. District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

ROBERT B. MUCHINSKY