**FILED**

UNITED STATES DISTRICT COURT   2005 APR 15  P 4: 33
DISTRICT OF CONNECTICUT

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| SUSAN C. TILLEY, | : | Civil Action No. |
| Plaintiff, | : | 3:02cv1312(JCH) |
| | : | |
| v. | : | |
| | : | |
| ANIXTER INCORPORATED, | : | |
| PACER/ANIXTER, INC.; and | : | |
| DAVID G. TILLEY, | : | |
| Defendants. | : | April 15, 2005 |

### AFFIDAVIT OF SUSAN C. TILLEY

1. My name is Susan C. Tilley and I reside at 14 Pillsbury Hill, in Vernon, Connecticut.

2. I am over the age of 18 and know the obligations of an oath.

3. I am the plaintiff in civil action number 3:02cv1312.

4. I was also the plaintiff in the matter entitled *Susan C. Tilley vs. Pacer Electronic, Inc. et al.*, docket number CV98-580578-S in Hartford Superior Court dated June 8, 1998. This case was brought to collect unpaid child support that had been withheld from me by the Defendant in that matter. The amount consisted of 81 consecutive weeks of child support in the amount of $48.54 per week.

5. On June 17, 1998, Case CV98-580578-S was settled in the amount of $10,000.00, which included $5,000.00 in attorney's fees. When I signed the release in this case, I was told that it only pertained to the matters in the said case CV98-580578-S. (Attachment "A" hereto).

6. In late August of 1999, in response to a subpoena by my then lawyer in a family matter, I received payroll information from Anixter, Incorporated, which reflected that the payroll records of my former husband, David G. Tilley, had been altered and significantly reduced. On February 22, 1999, David Tilley's salary was increased by $29,240.00. On that

same date, February 22, 1999, David Tilley's wife, Terri Tilley, who also works for Anixter Incorporated, had her salary reduced in the amount of $29,280.00. The records also reflect that the date of Terri Tilley's salary reduction was subsequently scratched out and changed from February 22, 1999 to April 5, 1999. I am suing the Defendants in civil action number 3:02cv1312 (JCH) base upon this payroll information. (Attachment "B" hereto).

Susan C. Tilley

Sworn to before me this
15th day of April 2005.

Notary Public
My Commission Expires: 10/3/05

# To all to whom these Presents shall Come or may Concern,

**Greeting: Know Ye,** That    SUSAN TILLEY of Vernon, Connecticut

hereinafter designated as the Releasor,

for and in consideration of the sum of

Ten Thousand ($10,000.00) Dollars

lawful Money of the United States of America, to the Releasor in hand paid by PACER ELECTRONICS, INC., MICHAEL ROSA, SUMMIT INVESTORS III, L.P., SUMMIT VENTURES IV, L.P., and ANIXTER INTERNATIONAL, INC., and their officers, directors, partners, predecessors, successors, parents, subsidiaries, affiliates and assigns (hereinafter collectively referred to as RELEASEES),

~~hereinafter designated as the Releasee,~~

the receipt whereof is hereby acknowledged, has remised, released and forever discharged, and by these Presents does remise, release and forever discharge the said Releasees of and from all debts, obligations, reckonings, promises, covenants, contracts, endorsements, bonds, specialties, controversies, suits, actions, causes of actions, trespasses, variances, judgments, extents, executions, damages, claims or demands, in law or in equity, which against the said Releasees the Releasor ever had, now has or hereafter can, shall, or may have, for, upon or by reason of any matter, cause or thing whatsoever, from the beginning of the world to the day of the date of these Presents.

More particularly all claims or demands in law or equity arising or asserted in or in connection with an action pending in the Superior Court of the State of Connecticut for the Judicial District of Hartford/New Britain at Hartford, Docket No. CV-98-580678S.

This Release is not intended to release claims Susan Tilley may have directly against David Tilley.

Wherever in this instrument any party shall be designated or referred to by name or general reference, such designation is intended to and shall have the same effect as if the words "heirs, executors, administrators, personal or legal representatives, successors and assigns" had been inserted after each and every such designation and all the terms, covenants and conditions herein contained shall be for and shall inure to the benefit of and shall bind the respective parties hereto, and their heirs, executors, administrators, personal or legal representatives, successors and assigns, respectively.

In all references herein to any parties, persons, entities or corporations the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.

SUSAN TILLEY    the said Releasor has signed and sealed this instrument or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed this  17th  day of    June    19 98 .

Signed, Sealed and Delivered in the presence of or Attested by

_____    _____Susan C Tilley_____(L.S.)
Robert L. Fiedler                              Susan Tilley
Witness

_____    _____(L.S.)

                                   By _____
         Secretary                                    President

State of Connecticut  } ss.    June 17, 1998
County of             }

Personally Appeared    SUSAN TILLEY, the

Signer and Sealer of the foregoing Instrument, and acknowledged the same to be    her free act and deed before me.

_____Beth [signature]_____
          Notary Public
Commissioner of the Superior Court

# ANIXTER

Exh B
231848

**Personnel Action**

R= 3373.86

## Current Information (Complete for all transactions)

| Employee Name (Last, First, M.I.) | Prefix | Social Security Number | Region | Phys. Location | Business Segment | Location | Department |
|---|---|---|---|---|---|---|---|
| Tilley David | | 04760 2235 | | Charlotte | 30 | C49 | 3700 |

| Job Code | Position Title | Bonus Target Amount | Pay Rate | |
|---|---|---|---|---|
| 511 | Location Manager | $ | $ 45,760 | Annual ☒ Hourly ☐ |

Regular ☒  Temporary ☐  Full Time ☐  Part Time ☐  Standard Hours per Week: 35 ☐  40 ☐  Other ☒

## Personal Information (Complete for new employees or those who have a change to this information)

| Street Address | City | State | Zip Code | Home Telephone |
|---|---|---|---|---|

| Date of Birth | Sex | Military Status | Referral Source | Ethnic Code | Citizenship Status |
|---|---|---|---|---|---|

## Action Type (Indicate the type of change; you may include up to two transactions)

Hire ☐  Position Change ☐  Termination ☐
Rehire ☐  Leave of Absence ☐  Suspension ☐
Pay Change ☒  Return from Leave ☐

| Action Effective Date | Reason Code(s) | Pay Through Date |
|---|---|---|
| 2/22/99 | See Below  MKT | |

## Position Changes (Complete for all transactions involving a new job)

| Job Code | Position Title | Region | Phys. Location | Business Segment | Location | Department |
|---|---|---|---|---|---|---|

Regular ☐  Temporary ☐  Full Time ☐  Part Time ☐  Standard Hours per Week: 35 ☐  40 ☐  Other ☐

## Pay Changes (Complete for all transactions involving a change in pay or pay status)

| Last Change Date | Last Change Reason | Last Change Amount | Last Change Percent |
|---|---|---|---|
| 3/29/99 | Promotion ☐  Merit ☐  Market ☐ | $ | % |

| Next Review Date | New Pay Rate | | Change Amount | Percent Change | Reason for Change |
|---|---|---|---|---|---|
| 2-22-00 | $ 75,000 | Annual ☒ Hourly ☐ | $ 29,240 | 64 % | Promotion ☐  Merit ☐  STD—2/3 Pay ☐  Demotion ☐ |

| Bonus Amount | | | | |
|---|---|---|---|---|
| $ 20,000 | Target Bonus ☒ | Actual Bonus ☐ | Net ☐ | Gross ☐ |

## Comments

Branch Manager True-up to Average - See Toni Pilozzi
See decrease on Terri Tilley.

RECEIVED MAR 29

## Approvals

Originator: _____
Controller: _____ 3/26/99
VP: _____
Executive VP: _____
President: _____
Human Resources: _____

S-2115-38

**Current Information** (Complete for all transactions)

Responsibility Cen

| Employee Name (Last, First, M.I.) | Prefix | Social Security Number | Region | Phys. Location | Business Segment | Location | Departme |
|---|---|---|---|---|---|---|---|
| Tilky Terry | | 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 | | Charlotte | 30 | 000 | 258 |

| Job Code | Position Title | Bonus Target Amount | Pay Rate | |
|---|---|---|---|---|
| 513 | Outside Sales | $ | $ 84,286 | Annual ☒ / Hourly ☐ |

Regular ☐   Temporary ☐   Full Time ☐   Part Time ☐   Standard Hours per Week: 35 ☐  40 ☐  Other ☐

**Personal Information** (Complete for new employees or those who have a change to this information)

| Street Address | City | State | Zip Code | Home Telephone |
|---|---|---|---|---|

| Date of Birth | Sex | Military Status | Referral Source | Ethnic Code | Citizenship Status |
|---|---|---|---|---|---|

**Action Type** (Indicate the type of change; you may include up to two transactions)

| Hire ☐ | Position Change ☐ | Termination ☐ | Action Effective Date | Reason Code(s) | Pay Through Date |
|---|---|---|---|---|---|
| Rehire ☐ | Leave of Absence ☐ | Suspension ☐ | 4-5-99 | see below MGT | |
| Pay Change ☒ | Return from Leave ☐ | | | | |

**Position Changes** (Complete for all transactions involving a new job)

Responsibility Cent

| Job Code | Position Title | | Region | Phys. Location | Business Segment | Location | Department |
|---|---|---|---|---|---|---|---|

Regular ☐   Temporary ☐   Full Time ☐   Part Time ☐   Standard Hours per Week: 35 ☐  40 ☐  Other ☐

**Pay Changes** (Complete for all transactions involving a change in pay or pay status)

| Last Change Date | Last Change Reason | Last Change Amount | Last Change Percent |
|---|---|---|---|
| 3/29/99  46/00 | Promotion ☐  Merit ☐  Market ☐ | | |

| Next Review Date | New Pay Rate | Change Amount | Percent Change | Reason for Change |
|---|---|---|---|---|
| | $55,000 Annual ☒ / Hourly ☐ | $ (29,286) | 35 % | Promotion ☐  Merit ☐  STD—2/3 Pay ☐  Demotion ☐ |

| Bonus Amount | | | |
|---|---|---|---|
| $ 10,000 | Target Bonus ☒  Actual Bonus ☐ | Net ☐ | Gross ☐ |

**Comments**

Outside Sales true-up to Average. See Tom Pero 221

APR -6 1999

RECEIVED MAR 29

**Approvals**

| Originator | | Executive VP | |
|---|---|---|---|
| Controller | | President | |
| VP | 3/26/99 | Human Resources | |

*For these fields see back of this sheet

#183207  15K  7/98          PAYROLL          Z0505100  ©1997 Anixter