UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN C. TILLEY, | No. 3:02CV1312 (JCH) |
| Plaintiff, | |
| v. | |
| ANIXTER INCORPORATED, PACER/ANIXTER INC. and DAVID G. TILLEY, | APRIL 15, 2005 |
| Defendants. | |

## CORPORATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendants Anixter Inc. and Pacer/Anixter, a Division of Anixter, Inc. (collectively, the "Corporate Defendants"), hereby move that summary judgment enter in their favor on the remaining count of the Complaint, Count Three, which alleges intentional infliction of emotional distress. This claim fails as a matter of law for at least the following four reasons: (1) plaintiff lacks standing to pursue the claim because it remains the property of her bankruptcy estate, due to her failure to disclose it during her bankruptcy proceeding; the claim is also barred by judicial estoppel due to this same failure; (2) the claim is time-barred under the applicable statute of limitations; (3) the June 17, 1998 Release signed by plaintiff bars the action; and (4) pursuant to the absolute privilege for communications in connection with a judicial proceeding, the only portion of the claim with a causal connection to plaintiff's alleged damages is non-actionable.

**ORAL ARGUMENT REQUESTED**

The grounds for this motion are more fully set forth in the memorandum of law in support of this motion, together with the Local Rule 56(a)(1) Statement and supporting affidavit and other materials, filed herewith.

WHEREFORE, defendants Anixter Inc. and Pacer/Anixter, a Division of Anixter, Inc. respectfully move that summary judgment enter in their favor on the remaining count of plaintiff's Complaint.

>
> DEFENDANTS
> ANIXTER INC. and PACER/ANIXTER, A
> DIVISION OF ANIXTER INC.
>
> By: _____
> James R. Smart (ct20982)
> Steven D. Ecker (ct03762)
> Cowdery, Ecker & Murphy L.L.C.
> 750 Main Street
> Hartford, CT  06103
> (860) 278-5555
> (860) 249-0012 Fax
> E-mail: jsmart@cemlaw.com
>
>  -- Their Attorneys

## CERTIFICATION

This is to certify that I caused a copy of the foregoing to be sent on April 15, 2005, via first-class mail, postage pre-paid to all counsel of record as follows:

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT 06106

William M. Bloss, Esq.
Jacobs, Grudberg, Belt & Dow, P.C.
P.O. Box 606
New Haven, CT 06503-0606

Robert A. Nagy, Esq.
Assistant Attorney General
Office of the Attorney General
55 Elm Street
Hartford, CT 06106

_____
James R. Smart