COPY

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

------------------------X
SUSAN C. TILLEY,                 | CIVIL ACTION NO.
    Plaintiff,                   | 3:02CV1312(JCH)
 
    vs.                          | December 13, 2004

ANIXTER INCORPORATED,
PACER/ANIXTER INC. and
DAVID G. TILLEY,
    Defendants.
------------------------X

DEPOSITION of DAVID G. TILLEY

Taken before Elzbieta A. Sirois, RPR, LSR 350, a Court Reporter and Notary Public within and for the State of Connecticut, pursuant to Notice and the Federal Rules of Civil Procedure, at the offices of Cowdery, Ecker & Murphy, LLC, 750 Main Street, Hartford, Connecticut on December 13, 2004, commencing at 1:30 p.m.

FALZARANO COURT REPORTERS
117 North Saddle Ridge
West Simsbury, CT 06092
860-651-0258

```
 1   school called Westledge.
 2       Q    Westledge?
 3       A    Westledge in Simsbury.
 4       Q    Was that a prep school?
 5       A    Yes.
 6       Q    Did you graduate from Westledge or
 7   Farmington?
 8       A    Neither.
 9       Q    Any college?
10       A    No, sir.
11       Q    Where are you currently employed?
12       A    Anixter or Pacer/Anixter as we call it.
13       Q    How long have you been at Anixter or
14   Pacer/Anixter?
15       A    I believe it will be 11 years this
16   January.
17            MR. BLOSS:  Are you counting Pacer as
18            well as Anixter?
19            MR. MUCHINSKY:  Let me ask him.
20   BY MR. MUCHINSKY:
21       Q    Well, let's go back one more.  Where were
22   you before you worked for Pacer and/or Anixter?
23       A    IMS.
24       Q    When you left IMS, where did you go to
25   work?
```

```
 1        A    Pacer.
 2        Q    What was the name of the company at the
 3   time?
 4        A    Pacer Electronics.
 5        Q    That was in what time?
 6        A    '93 or '94.
 7
 8             (Plaintiff's Exhibit A:
 9             Marked for Identification.)
10
11   BY MR. MUCHINSKY:
12        Q    Let me hand you Plaintiff's Exhibit A,
13   maybe that will help refresh your recollection.
14        A    I recognize it.
15        Q    What is Plaintiff's Exhibit A?
16        A    My resignation letter in 1994.
17        Q    Does that help you remember when you
18   began?
19        A    It's dated January 3rd, 1994.
20        Q    So you began work at Pacer Electronics in
21   January of 1994?
22        A    Shortly thereafter.
23        Q    At some time did Pacer Electronics -- was
24   Pacer acquired by Anixter at some time?
25        A    I think that's technically what it was,
```

— Falzarano Court Reporters —

```
 1      A    H-o-m-a.
 2      Q    H-o-m-n?
 3      A    A.
 4      Q    A. Do you know what their titles are?
 5      A    I do not.
 6      Q    Do you know where they're located?
 7      A    I do not.
 8      Q    Where were they located when you reported
 9   to them?
10      A    I don't know.
11      Q    You never called them?
12      A    No, I didn't.  It wasn't a good time.
13   They're another division, and they've since moved,
14   and they have different titles.
15      Q    Did you ever report to Mike Rosa?
16      A    Yes.
17      Q    When did you stop reporting to Mike Rosa?
18      A    Prior to Bob Graham and Joe Homa.
19      Q    What's Mike Rosa's position?
20      A    When?
21      Q    When you reported to him.
22      A    I don't know his actual title.  He was in
23   charge of Pacer.
24      Q    Is he still in the company?
25      A    No.
```

1    A    That would have been commissions.  Those I
2  see a report, and those I am sure I'm exactly up to
3  date on.
4    Q    Do you receive monthly commissions?
5    A    Correct.
6    Q    I'm still unclear as to what the $5,000 is
7  for.
8    A    For year 2003.
9    Q    Is that the half year or the end of the
10 fiscal year?
11   A    The quarter.
12   Q    The quarter, quarterly payments?
13   A    Yes.
14   Q    Let me handing Exhibit V.  Let's turn to
15 page 12.  Now, this is a similar document as
16 Exhibit U except it's Terri J. Tilley's, correct;
17 do you see her name up on top?
18   A    Yes.
19   Q    Terri J. Tilley is your wife; is that
20 correct?
21   A    Correct.
22   Q    She's also your employee?
23   A    She works for the same company, yes.
24   Q    You're her manager?
25   A    Yes.