**WITHHOLDING ORDER FOR SUPPORT**
JD-FM-1 Rev. 2-94
C.G.S. § 52-362

**STATE OF CONNECTICUT**
**SUPERIOR COURT**

REDACTED

**INSTRUCTIONS TO PREPARER**
1. Complete Part I and Part III.
2. Print or type original and make 2 copies. File original and 1 copy with the clerk, retain remaining copy for your records
3. If withholding order issues immediately against a nonappearing obligor, complete form JD-FM-70, Notice to Nonappearing Obligor.

## PART I

| JUDICIAL DISTRICT OF | "X" ONE OR BOTH | DOCKET NO. |
|---|---|---|
| Hartford | [X] NEW ORDER   [ ] STIPULATION | FA 92-0513362S |

| ADDRESS OF COURT (No., street, town and zip code) | EMPLOYEE'S SOCIAL SECURITY NO. |
|---|---|
| 95 Washington Street, Hartford, CT 06106 | |

| NAME OF EMPLOYEE | ADDRESS OF EMPLOYEE (No., street, town, state and zip code) |
|---|---|
| David G. Tilley | 6817B-1 Fishers Farm Lane, Charlotte, NC 28277 |

**MAKE CHECK PAYABLE TO** (Name of individual, institution or agency to which checks are payable) (Place file no. on check, if applicable)
Susan C. Tilley

**MAIL CHECK TO** (No., street, town and zip code of recipient)
1105 Main Street, Coventry, CT 06238

| NAME OF PERSON PREPARING THIS FORM | ADDRESS OF PREPARER (No., street, town, state and zip code) | TELEPHONE NO. |
|---|---|---|
| Brenda A. Draghi | 18 Main Street, Ellington, CT 06029 | 872-8301 |

**PREPARER TO COMPLETE PART A AND IF THERE IS AN ARREARAGE COMPLETE B OR C ("X" applicable boxes)**

[X] **A.** The Court ordered current support at: Child Support - $260.00 / Alimony - $100.00
(NOTE: Withholding for current support shall continue after any arrearage has been paid in full.)
SUPPORT/WEEK  $ 360.00

[ ] **B.** The Court ordered weekly payments on arrearage to be taken by way of a wage withholding at: $ _____
until the total arrearage of $ _____ owed as of (date) _____ is paid in full.
ARREARAGE PYMT./WK.

[ ] **C.** The Court did not order a specific payment on arrearage, therefore .............
should be deducted until the total arrearage of $ _____ owed as of (date) _____ is paid in full.
This amount is determined by the greater of $10.00 per week or 20% of the current support order.
ARREARAGE PYMT./WK.  $

**TOTAL WITHHOLDING ORDER ▶**   TOTAL/WEEK  $ 360.00

## PART II

**TO ANY PROPER OFFICER:** You are hereby ordered to make due service of this withholding order on the employer of the above-named employee according to law.

**TO EMPLOYER:** You are hereby ordered to deduct from the salary or wages due said employee and to make payable as prescribed above, the amount you must calculate on the reverse side. You are further ordered to comply with the requirements of Part IV of this order "Notice to Employer of Withholding Order".

| EFFECTIVE DATE OF WITHHOLDING ORDER ▶ | EFFECTIVE DATE | DATE OF COURT ORDER |
|---|---|---|
| | | 10/18/94 |

| SIGNED, (Judge, Family Support Magistrate, Assistant Clerk) | DATE SIGNED | NAME OF JUDGE, FAMILY SUPPORT MAGISTRATE |
|---|---|---|
| [signature] | 12/2/94 | Santos |

## PART III

**SUPPORT CATEGORY** (Preparer to place an "X" in the appropriate box below)

[ ] **A.** Obligor is supporting a spouse or dependent child other than the spouse or child with respect to whose support the order is issued.

[X] **B.** Obligor is not supporting a spouse or dependent child other than the spouse or child with respect to whose support the order is issued.

[ ] **C.** Obligor is supporting a spouse or dependent child other than the spouse or child with respect to whose support the order is issued AND there is an arrearage of 12 weeks or greater in length.

[ ] **D.** Obligor is not supporting a spouse or dependent child other than the spouse or child with respect to whose support the order is issued AND there is an arrearage of 12 weeks or greater in length.

## PART IV — NOTICE TO EMPLOYER OF WITHHOLDING ORDER

You are being served with a withholding order, a court order requiring you to withhold nonexempt wages from a person employed by you. This notice is to inform you of the actions you must take in order to comply with the law regarding withholding orders. Please read each section carefully.

**WITHHOLDING ORDER EFFECTIVE IMMEDIATELY** - You must begin making deductions from your employee's wages from the Effective Date of Withholding Order shown above. Commencing no later than the first pay period that occurs after fourteen days following the date of service of this order for withholding and thereafter within ten days of the date the obligor is paid you must pay the sums withheld to the person or agency in whose favor the withholding order was issued as set forth in the box "Make Check Payable To" above. **If this withholding order is payable to the Bureau of Collection Services, you must specify the dates on which each withholding occurred and the amount withheld on those dates for the above-named employee.**

(CONTINUED ON REVERSE SIDE)