SUMMONS

To Any Proper Officer:

By authority of the state of Connecticut you are hereby commanded to summon the defendant in the foregoing action to appear before a judge of the superior court at the place and time specified in the foregoing order, then and there to show cause why a temporary injunction should not remain in effect against him as prayed for in the foregoing complaint and application, by serving in the manner provided by statute for the service of process a true and attested copy of the foregoing writ and verified complaint, application, order and this summons on the defendant on or before the 15th day of June, 1998.

Hereof fail not, but due service and return make.

Dated at Hartford, Connecticut, this 8th day of June, 1998.

*Beth Stitterland*

Commissioner of Superior Court

A TRUE COPY
ATTEST

WALTER KUPCHUNOS, JR.
SHERIFF
COUNTY OF HARTFORD

Return Date: July 7, 1998          :          SUPERIOR COURT

SUSAN TILLEY, plaintiff            :          J.D. HARTFORD/NEW BRITAIN

V.                                 :          AT HARTFORD

PACER ELECTRONICS, INC.,           :

MICHAEL ROSA, SUMMIT PARTNERS,:

INC., and ANIXTER, INC.,           :          JUNE 8, 1998

defendants.

## ORDER TO SHOW CAUSE

Whereas, the foregoing complaint with prayer and motion for
~~an ex parte~~ temporary injunction, duly verified, has been
presented to the court, and

Whereas, upon application of the plaintiff, it appears that
an order should be issued directing the defendant in this action
to appear before the court to show cause why a temporary
injunction should not ~~continue in effect~~ issue

Now therefore, it is ordered that the defendant be summoned
to appear before the Superior Court for the Judicial District of
Hartford/New Britain at Hartford, 95 Washington Street, on 22
day of June, 1998 at 9:30 Am Courtroom 312 o'clock then and there to show
cause why a temporary injunction should not ~~remain in effect~~ issue
against him as prayed for in the foregoing complaint and
application.

Dated at Hartford, Connecticut, this 8th day of June, 1998.

By the Court,

A TRUE COPY
ATTEST

WALTER KUPCHUNOS, JR.
SHERIFF
COUNTY OF HARTFORD

_____

Judge/Clerk/Asst. Clerk                          J. O'Neil