24

May 12, 1998                                         Susan C. Tilley
                                                     14 Pillsbury Hill
                                                     Vernon, CT. 06066
                                                     Tel. # (860)872-2764

Support Enforcement
P.O. Box 320650
Hartford, CT. 06132

To whom it may concern:

I am requesting a review of my case for a child support modification. I would like a wage verification of my ex-husband's income. I have asked for this for the past three years as you have been aware according to your files and have gotten no response as of yet.

I also asked for a copy of his income tax statement as it is a court order that I receive one every year for 5 years in our divorce decree and have not received on yet. I don't know if this is something that your agency can enforce or not. Also an arrearage amount is still owed and nothing has been done to try and collect on it. I filled out a financial affidavit two years ago on myself as I was asked to do yet I've not received a wage verification for him. I was told that Support Enforcement in North Carolina has 6 weeks to reply but have heard nothing in 3 years.

Here is a letter I was told to send to you so that you can forward it to your Review and Adjustment Office.

Thank you for your attention in this matter.

My file # is 10142683 and my social security # is  REDACTED

Sincerely,


Susan C. Tilley

C: Congressman
   Sam Gejdenson



000195

356115*1 CPW

STATE OF CONNECTICUT
SUPPORT ENFORCEMENT DIVISION
999 ASYLUM AVENUE
P.O. BOX 320650
HARTFORD, CT  06105

MAY 18 1998

TO: LINCOLN CO CHILD SUPPORT ENF
    DEPT OF SOCIAL SERVICES
    PO BOX 130

    LINCOLNTON NC 28093

RE: SUSAN TILLEY **REDACTED** vs. DAVID TILLEY
ssn:
REF NUMBERS YOURS: 0001580953        OURS: DSS 771 C/95X **REDACTED**

1. [ ] Receipt is hereby acknowledged of papers in above action.

2. [ ] Address of respondent is not in this jurisdiction, therefore this case has been transferred to:

3. [ ] We cannot locate the respondent. Please advise if you have any current information on respondent's address or employment.

4. [ ] A hearing on this case has been scheduled, or continued to:

5. [ ] A certified copy of the court order on this case is enclosed

6. [ ] May we please be advised of the present status of this case.

7. [X] Other:

   THE PETITIONER IS REQUESTING THAT ACTIONS BE TAKEN TO PURSUE PAYMENT ON THE ARREARAGES OWED. PLEASE TAKE THE APPROPRIATE STEPS TO DO SO AND INFORM US OF ANY ACTIONS TAKEN.
   THANKS FOR YOUR RESPONSE TO THIS REQUEST.

_____     05/14/98     (860) 566-4098
Support Officer/Clerk              Date         Telephone Number

000196