```
FTEST45                                                    356115*1 CPW
PLAINTIFF
OFFICIAL NOTICE
```

                        STATE OF CONNECTICUT
                           JUDICIAL BRANCH
                     SUPPORT ENFORCEMENT DIVISION

                                                    06/02/98

TO:   SUSAN   TILLEY                   SUPERIOR COURT
      14 PILLSBURY HILL                SUPPORT ENFORCEMENT DIVISION
                                       999 ASYLUM AVENUE
      VERNON, CT  06066                P.O. BOX 320650
                                       HARTFORD, CT  06105


-------------------------------------------------------------------FOLD
                           OFFICAL NOTICE

CASE:  SUSAN  TILLEY  VS DAVID  TILLEY       FILE:  10142683

       PLEASE REFER TO THE BOX MARKED "X" FOR YOUR INFORMATION:

[ ]  YOU ARE HEREBY NOTIFIED TO BE PRESENT:

     ON:
     NAME OF OFFICE    [ ]  SUPPORT ENFORCEMENT   [ ]  COURT
     AT:

     REGARDING:


     AT THIS MEETING YOU MAY BE ASKED TO ACCEPT A SUMMONS OR SOME OTHER
     FORM OF CIVIL PROCESS.

[ ]  WE ARE UNABLE TO PROCEED WITH YOUR CASE UNTIL YOU PROVIDE THE
     FOLLOWING DOCUMENTS OR INFORMATION:


[X]  OTHER/COMMENTS:

     ENCLOSED IS THE RESPONSE WE RECEIVED FROM THE NORTH CAROLINA SUPPORT
     DIVISION TO PURSUING AN ARREARAGE PAY PLAN.

                                              DEFENDANT'S
                                               EXHIBIT
                                                 12
                                              10-6-04 EAS

** IF YOU NEED REASONABLE ACCOMODATION IN ACCORDANCE WITH THE AMERICANS
WITH DISABILITIES ACT, CONTACT THIS OFFICE AT THE PHONE NUMBER BELOW **

                                                (860) 566-4098
SUPPORT OFFICER/CLERK                           TELEPHONE

                                                         000204

```
LINCOLN COUNTY CHILD SUPPORT ENFORCEMENT          05/20/1998
LINCOLN COUNTY DSS                   IV-D CASE #   0001580953
PO BOX 130                           CLIENT MPI #  0000239155
LINCOLNTON, NC 28093                 AP MPI #      0000239156
                                     RESPONSIBLE AGENT  LINC1888
```

DSS771C/95X

CT JUDICIAL DEPARTMENT

SUPPORT ENFORCEMENT DIVISION
P.O. BOX 320650
HARTFORD, CT 06132-0650


RE: Client       : SUSAN C TILLEY           Our Case No. : 0001580953
    Absent Parent: DAVID TILLEY             Your Case No.: 10142683-1

The following case status information is being provided :

( ) Absent parent's mailing address has been verified


                                                  Effective Date :

( ) Absent parent's employment has been verified


                                                  Effective Date :

( ) The support order amount changed to
    effective

( ) The support order amount was unchanged

( ) The amount of income withheld changed to
    effective

( ) Withholding order was terminated because:
    ( ) absent parent is no longer employed in North Carolina or with an
        employer who does business in North Carolina
    ( ) absent parent no longer resides in North Carolina and the employer does
        not do business in North Carolina
    ( ) support order terminated due to emancipation of children and all
        arrearages have been paid
    ( ) initiating state requested termination of withholding

( ) Payee for current support

( ) Case has been transferred to:

( ) Absent parent is deceased          *see next page*

                                                           Cont'd...

000205

18-A

( ) Absent parent has requested genetic testing

( ) Case was closed due to:

( ) Support order was terminated effective

( ) Hearing date scheduled for

( ) Income withholding notice has been forwarded to absent parent

( ) Income withholding notice has been forwarded to the employer

( ) Income withholding contested by AP:


( ) Outcome of appeal:


( ) Review for adjustment completed

( ) Absent parent has medical insurance available
    Policy number    :
    Insurance Company :


( ) Absent parent no longer provides Medical Insurance

( ) Participant ( ) Added ( ) Deleted

(X) IN ANSWER TO REQUEST REC'D 5/18/98 FOR ADD/ $ FOR ARREARS/AT THE PRESENT TIME THE AP HAS AGREED TO PAY ABOVE THE 40% ALLOWED DEDUCTED AMOUNT FROM HIS PAY. THIS IS NORTH CAROLINA LAW. WE CANNOT REQUEST ANY ADDITIONAL MONEIS TO BE DEDUCTED FROM HIS PAY. NO OTHER ACTION CAN BE TAKEN AT THIS TIME. THANK YOU

*Rebecca H Huss*

REBECCA H HUSS
CHILD SUPPORT AGENT
(704)736-8619

Enclosure

*Is he stating that he is still earning the same amount of $ as he was 5 years ago?*

DSS-4493
CSE/ACTS

000006