## Attorney Beth J. Rittenband

(860) 541-8930

Post Office Box Number 5173
Rocky Hill, CT 06067

### FEE AGREEMENT

This agreement is made between Susan Tilley "Client" and Beth J. Rittenband "Attorney" in the matter of a civil action for monies owed by named defendants for wrongful witholding of wage garnishments ordered by the Court to be paid to Client.

The Attorney agrees to represent Client in the above action in investigation, research, filing of the complaint, settlement negotiations, all court appearances and litigation processes up to and including trial. Client agrees to pay a retainer fee of $500 (five hundred dollars) up front to be subtracted from the total legal fees, which will be 1/3 of any settlement or judgment or an hourly rate of $150 per hour if attorneys fees may be collected at a minimum of $5,000. Client further agrees to pay any court fees or costs including but not limited to filing fees, sheriffs' fees or other necessities that may arise during the course of said litigation.

*Susan C. Tilley*                    *Beth Rittenband*  5/29/9



DEFENDANT'S EXHIBIT
18
10-6-04 EAS

*Federal Bar Number CT15140*
*Juris Number 410159*