C 20—RELEASE—GENERAL (Revised)  A D G R V S T—1   Copyright 1973© by ALL-STATE LEGAL SUPPLY CO.
Ind. or Corp.                                      One Commerce Drive, Cranford, N. J. 07016

### To all to whom these Presents shall come or may Concern,

**Greeting: Know Ye,** *That*   SUSAN TILLEY of Vernon, Connecticut

*hereinafter designated as the Releasor,*

*for and in consideration of the sum of*

Ten Thousand ($10,000.00) *Dollars*

*lawful Money of the United States of America, to the Releasor in hand paid by* PACER ELECTRONICS, INC., MICHAEL ROSA, SUMMIT INVESTORS III, L.P., SUMMIT VENTURES IV, L.P., and ANIXTER INTERNATIONAL, INC., and their officers, directors, partners, predecessors, successors, parents, subsidiaries, affiliates and assigns (hereinafter collectively referred to as RELEASEES),

~~*hereinafter designated as the Releasee*~~ *the receipt whereof is hereby acknowledged, has remised, released and forever discharged, and by these Presents does remise, release and forever discharge the said Releasees of and from all debts, obligations, reckonings, promises, covenants, agreements, contracts, endorsements, bonds, specialties, controversies, suits, actions, causes of actions, trespasses, variances, judgments, extents, executions, damages, claims or demands, in law or in equity, which against the said Releasees the Releasor ever had, now has or hereafter can, shall, or may have, for, upon or by reason of any matter, cause or thing whatsoever, from the beginning of the world to the day of the date of these Presents.*

More particularly all claims or demands in law or equity arising or asserted in or in connection with an action pending in the Superior Court of the State of Connecticut for the Judicial District of Hartford/New Britain at Hartford, Docket No. CV-98-580678S.

This Release is not intended to release claims Susan Tilley may have directly against David Tilley.

*Wherever in this instrument any party shall be designated or referred to by name or general reference, such designation is intended to and shall have the same effect as if the words "heirs, executors, administrators, personal or legal representatives, successors and assigns" had been inserted after each and every such designation and all the terms, covenants and conditions herein contained shall be for and shall inure to the benefit of and shall bind the respective parties hereto, and their heirs, executors, administrators, personal or legal representatives, successors and assigns, respectively.*

*In all references herein to any parties, persons, entities or corporations the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.*

SUSAN TILLEY   *the said Releasor has signed and sealed this instrument or caused these presents to be signed by its proper corporate officers and its corporate seal to be hereto affixed this* 17th *day of* June 19 98.

**Signed, Sealed and Delivered in the presence of or Attested by**

_____        _____(L.S.)
Robert L. Fiedler                                  Susan Tilley
Witness

_____        _____(L.S.)

_____     By _____
Secretary                                          President

**State of Connecticut** } ss.    June 17, 1998
**County of** _____

*Personally Appeared*   SUSAN TILLEY, the *Signer and Sealer of the foregoing Instrument, and acknowledged the same to be* her *free act and deed before me.*

_____ Notary Public
Commissioner of the Superior Court


DEFENDANT'S EXHIBIT 30
10-6-04 ENS