UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN C. TILLEY, : | |
| Plaintiff : | No. 3:02CV1312 (JCH) |
| v. : | |
| ANIXTER INCORPORATED, et al. : | |
| Defendants : | FEBRUARY 10, 2005 |

## AFFIDAVIT OF TIMOTHY BRODERICK
## OF SUPPORT ENFORCEMENT SERVICES

I, Timothy Broderick, being duly sworn, hereby depose and say:

1. I am over eighteen years of age and I believe in the obligations of an oath.

2. I am employed by the State of Connecticut as a Support Enforcement Officer in the Support Enforcement Services within the Judicial Branch ("SES"). As such, my job responsibilities include, in general, matters related to the establishment, enforcement and, in some instances, modification of child support orders entered by a court or tribunal of competent jurisdiction in dissolution of marriage and other family actions. My job responsibilities specifically include the enforcement in out-of-state jurisdictions, through the Uniform Interstate Family Support Act pursuant to Conn. Gen. Stat. §46b-212, et seq., of Connecticut established or entered child support orders owed by out-of-state obligors.

3. I have worked at SES since August 20, 1995 when I was assigned to SES' Hartford District Office located at 999 Asylum Avenue, Hartford, Connecticut as a Support Enforcement

CONFIDENTIAL

Officer Trainee. One year later I was promoted to a Support Enforcement Officer and I have held that position since then to the present time, continuously assigned to the Hartford District Office.

4. Among the several Support Enforcement Officers employed by SES at the Hartford District Office, cases are presently assigned on an alphabetical basis by the last name of the obligor/payor of the child support order. Currently, my case assignments include responsibility for matters with the letters Sr through Z and, therefore, include responsibility for the child support order originally entered by the Connecticut Superior Court at Hartford in that certain case entitled Susan C. Tilley v. David G. Tilley, and therein bearing docket number FA-92-0513362-S ("Tilley Matter").

5. In the course of performing the duties and responsibilities of my employment as a Support Enforcement Officer at SES' Hartford District Office, I was assigned, and I am presently responsible for, the Tilley Matter and, therefore, I have access to all existing files and records concerning the Tilley Matter that are in the possession, custody and control of, or available to, SES. SES' files and records for the Tilley Matter consist of a hard copy file which includes, among other things, written correspondence, notes and documentation and other written communications received by SES from Susan Tilley. SES' files and records for the Tilley Matter also consist of computer files which include, among other things, notes, reports and other records, in computerized form, memorializing verbal and written communications received by SES from Ms. Tilley.

6. On or about October 26, 2004, I was served with a subpoena issued by Attorney James R. Smart in his capacity as the attorney for Anixter Incorporated and Pacer/Anixter, a Division of




2

Anixter Incorporated, in connection with the above-captioned matter. I am informed that an agreement has been reached in connection with that subpoena, whereby I am obligated to produce all information and documents (as defined in the October 26, 2004 subpoena, including without limitation all applicable computer records) in SES's possession, custody or control constituting or reflecting communications from Susan Tilley to SES concerning (1) any requests by her for review or modification of the support orders in the Tilley Matter, (2) any requests by her for information concerning the income earned by, or compensation paid to, David G. Tilley, and (3) any allegations or claims by her of fraudulent or deceitful conduct related to, or the shielding or concealing of, David G. Tilley's income or earnings by any of David G. Tilley's employer(s), including Pacer Electronics, Anixter Incorporated, or Michael Rosa.

7. I have conducted a diligent and thorough search of all existing files and records in the possession, custody or control of SES including, without limitation, the applicable hard copy files and computer file notes and I have identified all documents, notes, reports and other records meeting the description stated in Paragraph 6 hereinabove.

8. True and accurate copies of these documents, notes, reports and other records have been made, and they have been numbered Exhibits 1 through 39, inclusive and those Exhibits numbered 1 through 39 inclusive are being produced herewith (the "Production" or "Produced Documents"). The Production includes, among other things, all documents, notes, reports and other records in the possession, custody or control of SES constituting written communications from Susan Tilley on the three topics enumerated in Paragraph 6 hereinabove, and all notes or records by SES personnel memorializing verbal communications from Susan Tilley on those topics.

 3 

9. Based on my training and experience at SES, I am aware that written communication(s) with the obligees of support orders, such as Susan Tilley, is a routine business occurrence at SES. As part of SES' business practices, any written communications received by SES from such persons are recorded, retained and filed in SES' hard copy file where they are saved as a record of those communications. It is the also a routine business occurrence for SES personnel to engage in verbal communications with such persons and, as part of SES' business practices, SES personnel who engage in such verbal communications are required to contemporaneously record the substance of such communications in the form of computer file notes or memoranda. Because SES personnel rely upon such computer file notes and records in the conduct of SES business, all such computer file notes and records are required to be accurate.

10. The SES computer file notes and records regarding or reflecting verbal or written communications from Susan Tilley which are part of the Produced Documents were made at or near the time of such communications by SES personnel having knowledge of those communications. Such computer file notes and records were and are maintained in the course of the regularly conducted business activities of SES, and it was and is the regular business practice of SES to make such notes and records.

11. Additional relevant information in the possession, custody or control of SES includes the following: None.

12. As used in the Produced Documents, the following abbreviations or terms have the meanings indicated:

| | |
|---|---|
| "ADV" | Advise/advised |
| "AE" | Automated Enforcement |
| "AP" | Absent Parent |

4



| | |
|---|---|
| "ARRS" | Arrearage |
| "ASST SUP/SUP" | Assistant Supervisor/Supervisor |
| "CCSES" | Connecticut Child Support Enforcement System |
| "CP | Custodial Parent |
| "CR" | Credit |
| "CS" | Child Support |
| "C/S" | Child Support/Current Support |
| "CSE" | Child Support Enforcement |
| "C-Side" | UIFSA |
| "CT" | Connecticut |
| "DEF" | Defendant |
| "DF" | Defendant |
| "DEFT" | Defendant |
| "DISP" | Disposition Account |
| "DPTS" | Dependents |
| "DSS" | Department of Social Services |
| "EFF" | Effective |
| "EMP" | Employer |
| "ENF" | Enforce/Enforcement |
| "Fin Affid" | Financial Affidavit |
| "FJ" | Foreign Jurisdiction |
| "FR" | From |
| "GS" | Genevieve Salvatore |
| "INFO" | Information |
| "IPRU" | Information and Problem Resolution Unit |
| "IVD" | IV-D |
| "IW" | Income Withholding |
| "IWW" | Immediate Wage Withholding |
| "LM" | Left Message |
| "MED EXP" | Medical Expenses |
| "MOD" | Modification |
| "MTM" | Motion to Modify |
| "NEC" | Necessary |
| "NC" | North Carolina |
| "NCP" | Noncustodial Parent |
| "OS" | Outstanding Support |
| "OSA" | Out of State Agency (other State's IV-D Office) |
| "P3" | Current Support Account |
| "PAYMT" | Payment |
| "PAYMNT" | Payment |
| "PYMT" | Payment |
| "PET" | Petitioner |
| "PL" | Plaintiff |



| | |
|---|---|
| "PREV" | Previous |
| "PRU" | Problem Resolution Unit |
| "PW" | Per Week |
| "R & A" | Review and Adjustment |
| "RCVD" | Received |
| "REC'D" | Received |
| "RECVD" | Received |
| "REFER" | Referral |
| "REQ" | Request/Requested |
| "REQ'D" | Requested |
| "RESP" | Respondent |
| "SEA" | Support Enforcement Assistant |
| "SED" | Support Enforcement Services |
| "SEO" | Support Enforcement Officer |
| "SES" | Support Enforcement Services |
| "S/R" | Supervising Relative |
| "SSN" | Social Security Number |
| "ST" | State |
| "STAT ADD ON" | Statutory Add-On a/k/a Administrative Enforcement Acct. |
| "TC" | Telephone Call |
| "T/C" | Telephone Call |
| "TERM" | Terminated |
| "UNREIMB" | Unreimbursed |
| "UNREIMB MED" | Unreimbursed Medical |
| "WAGE VER" | Wage Verification |
| "WX" | Wage Execution/Income Withholding Order |
| "X" | By |

13. As used in the Produced Documents, the following initials refer to the employees indicated:

| | |
|---|---|
| "YRJ" | Yvonne Jordan |
| "LFD" | Leanne Shaughnessy |
| "MXM" | Maureen Maloney |
| "CCO" | Colin O'Neill |
| "TFB" | Timothy Broderick |
| "RGM" | Raychel Carey |
| "DOP" | Donna Pedrolini |
| "RLB" | Robert Brennan |
| "GXF" | George Fan |
| "PSB" | Pam Burtchell |
| "MDM" | Michele Field |

6


CONFIDENTIAL

| | |
|---|---|
| "RPT" | Richard Terbrusch |
| "SHE" | Shelley Goess |
| "EXD" | Ellen Daly |
| "CPW" | Cassandra Wilson |
| "DJR" | Darrell Richards |
| "JEA" | Jennifer Alleyne |
| "GAP" & "GS" | Genevieve Salvatore |
| "JMA" | Jon Mahoney |
| "DMH" | Diane Harvey |
| "J. Dolge" | Johanna Dolge |

14. The statements contained in this affidavit are based on my own personal knowledge.

Dated at Hartford, Connecticut, this 10th day of February, 2005.

_____
Timothy Broderick
Support Enforcement Officer
Connecticut Support Enforcement Services


Subscribed and sworn to before me on this 10th day of February, 2005.

_____
Thomas R. Ventre
Notary Public
My Commission Expires: 6-30-09

**CONFIDENTIAL**    7

```
356115*1    DAVID TILLEY              SUSAN TILLEY
Msg   1 of 120  Entered By: LFD       01-11-05  10:45
For Case Note Category: ALL CASE NOTES
```

CP CAME INTO THE SES OFFICE LAST WEEK WITH PAPERWORK FROM OCT 2002 TO
SEPT 10, 2004 SHOWING THE NCP'S EARNINGS/BONUSES/COMMISSIONS. SHE
ALSO PROVIDED A COPY OF ALL OF THE CHECKS THAT SHE RECEIVED DIRECTLY FROM
THE NCP. THE COURT ORDER STATES THAT THE NCP IS TO PAY 25% OF THE NET
OF THE COMMISSIONS/BONUSES TO THE CP IN ADDITION TO CHILD SUPPORT.
SPOKE WITH YRJ AND SHE STATED THAT THE CLAIMED ARREARS CAN BE DEBITED
ON THE ACCOUNT. REVIEWED PAPERWORK, DEBITED THE DELINQ ON THE P3
AND SENT A DELINQ NOTICE TO THE NCP. ALSO ADVISED CP OF THE FIGURES
USED. CP IS HOPING THAT THE TAXES WILL BE INTERCEPTED TO PAY THIS BALANCE.
OSA IS ENFORCING THIS ORDER SO A STAT-ADD-ON WAS NOT DONE. CP MAY FILE A
MTM IN THE NEAR FUTURE. SHE HAS SEVERAL ISSUES THAT IS OUT OF THE SCOPE OF
SUPPORT SERVICES.

**CONFIDENTIAL**

--- Page 1 of 1 ---



**CONFIDENTIAL**

```
| 356115*1    DAVID TILLEY                    SUSAN TILLEY
| Msg  13 of 120  Entered By: MXM             03-13-03  14:31
| For Case Note Category: ALL CASE NOTES
---------------------------------------------------------------
```

PET CALLED, ADVISED SHE WILL BE BRINGING THIS CASE BACK TO COURT ON A MTM. REQUESTED WE GET FINANCIAL INFORMATION FROM RESP EMPLOYER.  SHE WILL BE CALLING US WITH THE COURT DATE.



--- Page 1 of 1 ---



```
  356115*1     DAVID TILLEY              SUSAN TILLEY
  Msg  17 of 120  Entered By: CCO        09-24-02   11:54
  For Case Note Category: ALL CASE NOTES
----------------------------------------------------------------
```

PET TC AS SHE HAS MTM ON FOR NEXT WEEK UPSTAIRS
SHE WANTS TO COME TO SES TO REVIEW GUIDELINES
I EXPLAINED SHE CAN COME TO THE OFFICE DURING NORMAL BUSINESS HOURS



CONFIDENTIAL

--- Page 1 of 1 ---



```
356115*1    DAVID TILLEY             SUSAN TILLEY
Msg  18 of 120  Entered By: TFB      08-26-02  15:29
For Case Note Category: ALL CASE NOTES
```
---

PL WALK IN.  PL SUBMITTED WRITTEN REQUEST FOR R&A.  THIS IS A CT
DISSOLUTION SO ANY MTM WOULD BE HEARD HERE.  PL STATED THAT AP HIDES HIS
ASSETS IN PRESENT SPOUSE NAME.  PL ALSO STATES THAT ANY WAGE VERIFICATION
THAT SES MAY OBTAIN WILL HAVE BEEN COMPLETED BY AP HIMSELF.

**CONFIDENTIAL**

--- Page 1 of 1 ---



```
356115*1     DAVID TILLEY              SUSAN TILLEY
Msg   23 of 120   Entered By: RGM      11-20-01   09:40
For Case Note Category: ALL CASE NOTES
```

RECVD LETTER FROM PET ASKING THAT SHE BE ALLOWED TO CLAIM THE CHILDREN ON HER TAXES. WILL ADV HER THAT WE DO NOT NEGOTIATE THAT ASPECT OF THE CASE. SHE ALSO WANTS A WAGE HISTORY ON THE DEF HOWEVER AS OSA NC IS HANDLING THIS CASE, WE WOULD NEED TO REQ THAT THEY LOOK INTO THIS. WE CANNOT PROVIDE HER WITH IT AS WE MAY NOT BE UPDATED AS TO DEF RECENT EMPLOYER. SHE CLAIMS DEF IS TO PAY A PERCENTAGE OF HIS BONUSES AND COMMISSIONS HOWEVER I DO NOT SEE ANY NOTIES TO THIS IN CCSES. WILL PULL FILE AND RESEARCH. LETTER BEING SENT TO PET ADV HER OF MY ACTIONS.

CONFIDENTIAL

--- Page 1 of 1 ---



```
| 356115*1    DAVID TILLEY              SUSAN TILLEY           |
| Msg  30 of 120   Entered By: DOP      12-08-00   10:05       |
| For Case Note Category: ALL CASE NOTES                       |
```
------------------------------------------------------------

REC'D LETTER FROM ATTY MUCHINSKY ENCLOSING COPY OF AGREEMENT BETWEEN
PARTIES, NOT SIGNED BY JUDGE, ALONG W/COPY OF IWW, WHICH IS SIGNED OFF
AS JUDGE COHEN WHO PLACED ORDER ON 11/17/00. CS MODIFIED TO $321 PW EFF
11/17/00, NO ARRS MENTIONED. PER CCSES THERE WAS OVER $3,000 CREDIT, BUT
AGAIN NO ARRS OR CREDIT BALANCE MENTIONED. APPEARS ATTY INITIALLY REQ'D
NON IVD IWW, HOWEVER IPRU ADVISED CASE ALREADY IVD & TO FORWARD NEW ORDER
TO LOCAL OFFICE FOR UPDATE. ATTY REQ'D CONFIRMATION OF RECEIPT. TC TO
ATTY, LM ADVISING WE REC'D, UPDATED & WILL REFER FOR FOR INTERSTATE
PETITION TO REGISTER THIS NEW ORDER.

**CONFIDENTIAL**

--- Page 1 of 1 ---



```
| 356115*1     DAVID TILLEY              SUSAN TILLEY
| Msg  31 of 120  Entered By: RLB        12-07-00  09:29
| For Case Note Category: ALL CASE NOTES
---------------------------------------------------------------
```

TC FROM PL. ORDERS WERE MODIFIED 11-17-00. JMA HAS NEW ORDER AND WILL
ENTER MOD WHEN SYSTEM ALLOWS. PL WANTS DIRECT IW. WILL CLOSE OSA CASE
AND SET UP CT DISP AND ENF WITH DIRECT IW.

**CONFIDENTIAL**

--- Page 1 of 1 ---



```
356115*1    DAVID TILLEY                  SUSAN TILLEY
Msg  35 of 120  Entered By: GXF           10-04-00  11:17
For Case Note Category: ALL CASE NOTES
```
------------------------------------------------------------

T/C CP;CP COULD NOT BE REACHED;LEFT MESSAGE:CP WAS INFORMED SED T/C OSA
AND LEFT MESSAGE TO OSA,AFTER SED REC'D RESPONSE FROM OSA,CP WILL BE
INFORMED AND INFORMED CP TO SEND MTM REQUEST TO SED FOR R&A MOD REFER
BECAUSE THIS IS ST OF CT ORDER.



**CONFIDENTIAL**

--- Page 1 of 1 ---



```
356115*1     DAVID TILLEY              SUSAN TILLEY
Msg  38 of 120   Entered By: PSB       10-03-00  14:48
For Case Note Category: ALL CASE NOTES
```

**************CUSTOMER SERVICE REFERRAL*****************
C-SIDE REFERRAL - PETITIONER WANTS TO KNOW WHY CHECKS ARE BEING SENT IN
FOR A DIFFERENT AMOUNT EACH WEEK. SHE STATES SHE HAS BEEN TRYING TO GET HIM
INTO COURT FOR A MODIFICATION OF ORDER FOR OVER TWO YEARS. I TOLD HER WE
WOULD TRY CALLING OR SEND A LETTER TO OSA TO TRY AND DETERMINE WHY AMOUNTS
ARE SO DIFFERENT.

**CONFIDENTIAL**

--- Page 1 of 1 ---



```
| 356115*1    DAVID TILLEY              SUSAN TILLEY           |
| Msg  39 of 120  Entered By: MDM       09-11-00   10:32       |
| For Case Note Category: ALL CASE NOTES                       |
----------------------------------------------------------------
```

PL CALLED, SHE IS VERY UPSET THAT WE TERM ALIMONY, SHE STATES THAT SHE
HAS AN ATTY AND HAS BEEN TRYING TO GET DEFT INTO COURT FOR A MOD, SHE
STATES THAT THE DEFT HAS BEEN SERVED AND THE COURT KEEPS CONTINUING MATTER
FOR DEFT ATTY, SHE ASKED WHY, I ADV HER THAT I DID NOT WANT TO SPECULATE
WHY AS WE ARE NOT INVOLVED, PL ASKED FOR INFO ON STATE ASSISTANCE, GAVE HER
DSS NUMBER ALSO SUGGESTED SHE FILE PRO SE MTM, SHE STATES THAT SHE HAS
A COPY OF THE DEFT MOST RECENT FINANCIAL AND IT APPEARS THAT ORDER SHOULD
BE MODIFIED (PER PL)

**CONFIDENTIAL**

--- Page 1 of 1 ---



```
| 356115*1     DAVID TILLEY              SUSAN TILLEY           |
| Msg  45 of 120   Entered By: DOP       04-26-00   08:27       |
| For Case Note Category: ALL CASE NOTES                        |
```
------------------------------------------------------------

REC'D FAXED COPY OF AP'S FINANCIAL AFFIDAVIT FROM OSA NC PURSUANT TO OUR
REQUEST, ON BEHALF OF CP'S ATTY MUCHINSKY. WILL FAX HIM COPY OF FINANCIAL.

**CONFIDENTIAL**

--- Page 1 of 1 ---



```
356115*1    DAVID TILLEY              SUSAN TILLEY
Msg  47 of 120  Entered By: DOP      04-06-00  09:47
For Case Note Category: ALL CASE NOTES
```

REC'D FAX, FOLLOWED BY ATTY MUCHINSKY'S LETTER REQ COPY OF AP'S FIN AFFID FROM OSA FOR UPCOMING HEARING. WILL FOWARD COPY OF ATTY LETTER TO OSA REQ COPY OF FINANCIAL AFFIDAVIT.

**CONFIDENTIAL**

--- Page 1 of 1 ---

