```
| 356115*1    DAVID TILLEY           SUSAN TILLEY              |
| Msg  48 of 120  Entered By: GXF     03-16-00  14:15          |
| For Case Note Category: ALL CASE NOTES                       |
```

CP ATTY ROBERT MUCHINSKI 860-297-0037 MAY FILE MTM;CP ATTY TO FAX
REQUEST FOR AP FINANCIAL AFFID TO SED TO FORWARD TO OSA.SED FAX NO.
AND FILE NO.GIVEN TO CP ATTY.

CONFIDENTIAL

--- Page 1 of 1 ---



```
356115*1    DAVID TILLEY              SUSAN TILLEY
Msg  58 of 120  Entered By: RPT       12-01-98  08:49
For Case Note Category: ALL CASE NOTES
```

AS PER PET. RESP AND EMPLOYER (MIKE ROSA, CEO OF PACER 617-935-8330)
ARE CONSPIRING TO DIVERT INCOME BY PAYING RESP. CURRENT SPOUSE ETC. PET.
IS SEEKING A MODIFICATION IN THE OTHER STATE. OSA CONTACT: REBECCA (704)
736-8619. PET. PHONE NO. IS (860) 872-2764. SINCE ORIGINAL CONVERSATION
WE HAVE LEARNED THAT THE RESPONDENT HAS FILED FOR BANKRUPTCY (CHAPTER 7).
WE HAVE RECEIVED AN AUTOMATIC STAY.

CONFIDENTIAL

--- Page 1 of 1 ---



```
| 356115*1    DAVID TILLEY              SUSAN TILLEY                |
| Msg  63 of 120  Entered By: SHE       11-05-98  15:03            |
| For Case Note Category: ALL CASE NOTES                           |
```
-----------------------------------------------------------------------

TC FROM THE PLAINTIFF WHO WAS UPSET THAT THERE WERE NO PAYMENTS SINCE 10/21
THE R&A UNIT DID A REVIEW AND SHE NOW CALLS THE SEA FOR ASSISTANCE.  THE
SEA ASKED ME TO INTERCEED AS ALL SHE WAS DOING WAS COMPLAINING ABOUT
HOW SED DOES NOT DO ANYTHING FOR HER.  I EXPLAINED THE AE PROCESS AND
30 DAY DELIQUENCIES ETC.  TOLD HER IT APPEARED SED HAD SENT A REQUEST TO
REVIEW AND ENFORCE RECENTLY AND SHE MADE A STATEMENT THAT SED KEEPS
TELLING HER THE OTHER STATE HAS 90 DAYS TO RESPOND.  WE REFERRED HER BACK
TO SED TO THE ASST SUP/SUP.

CONFIDENTIAL

--- Page 1 of 1 ---



```
| 356115*1    DAVID TILLEY              SUSAN TILLEY              |
| Msg  73 of 120  Entered By: MDM       08-06-98  14:51          |
| For Case Note Category: ALL CASE NOTES                         |
```
------------------------------------------------------------------

PL SENT 14 FOLDERS OF INFORMATION INCLUDING THE FOLLOWING:
PITURES OF THE DEFT WEDDING TO CURRENT SPOUSE
AFFIDAVIT OF DEFT INCOME FROM 1994 AND HIS DEPOSITION RELATING TO A
LAWSUIT INITIATED X PL AGAINST DEFT CURRENT EMPLOYER IN REGARDS TO NONPAY
MENT OF WX FOR C/S (SED ALREADY PROVIDED WITH COPY OF JUDGEMENT)
DEFT PAYSTUBS FROM 1994 (NOT RELATIVE TO CASE AS THEY ARE NOT CURRENT)
JUDGEMENTS RE: CHILD SUPPORT ISSUES DATED 8-3-93 AND 6-9-94
INFOMATION ABOUT DEFT EMPLOYER (SPECS ON SALES FIGURES YEARLY GROSS INCOME
OF COMPANY, MANAGEMENT EMPLOYEES,ETC)
COPY OF DEPOSTION FROM PL LAWSUIT AGAINST DEFT EMP (NOT NEC AS WE HAVE ALL
PERTINANT INFO RE: THE JUDGMENT)
DEFT CURRENT SPOUSE W-2 FORMS
DEFT LETTER OF RESINATION FROM FORMER EMPLOYER AND COMMISION STATEMENTS
FROM THAT EMPLOYER (DATED 1993-1994
PICTURE OF DEFT APARTMENT BUILDING (RENTED X HIM, NOT OWNED)
DEFT AND CURRENT SPOUSE SSN (WE ALREADY HAVE DEFT AND HIS WIFE'S IS NOT
NECESSARY FOR US TO HAVE)
DEFT AND CURRENT WIFE'S INCOME STATEMENTS FROM 1992 TO 1994 (NOT CURRENT)
FINALLY, PL CURRENT INCOME STATEMENTS, WHICH I WILL FORWARD TO R AND A AS
SHE IS REQ R AND A. DEFT IS CURRENTLY PENDING A BANKRUPTCY ACTION.  I WILL
MAKE R AND AWARE OF THIS, AS SHORTLY WE WILL HAVE TO STAY ENFORCEMENT
PL WILL BE INFORMED OF THIS WHEN WE RECEIVE PAPERWORK FROM NC CSE RE:
THIS ISSUE.
ALL INFO RETUNRED TO PL AS IT IS NOT PERTINANT TO THIS CASE.  THE ONLY
ITEMS I KEPT WERE THE 2 CHILD SUPPORT ORDERS MENTIONED ON LINE 7 AND HER
CURRENT FINANCIAL INFO WHICH, AS PREVIOUSLY STATED WILL BE FORWARDED TO
THE REVIEW AND ADJ UNIT.

CONFIDENTIAL

--- Page 1 of 1 ---



```
| 356115*1    DAVID TILLEY              SUSAN TILLEY                    |
| Msg  75 of 120  Entered By: MDM       07-27-98  13:48                 |
| For Case Note Category: ALL CASE NOTES                               |
```
-------------------------------------------------------------------------

REC'D LETTER FROM PL ATTY, BETH RITTENBAND RE: LAWSUIT AGAINST PACER
ELECTRONICS. PL REC'D A TOTAL OF $10,000 FROM PACER. THEY WERE IN VIOLATION
OF COURT ORDERED WX.  THE ACTUAL AMOUNT OF WGAES THEY FAILED TO SEND IN
FOR CHILD SUPPORT IS $3931.74.  THE REMAINDER OF THE SETTLEMENT WAS
INTEREST, PUNITIVE DAMAGES, AND ATTY'S FEES.  DEFT ACCOUNT CREDITED $3931.
74.  OSA FAXED LETTER FROM ATTY AND A MEMO FROM MDM STATING AMOUNT OF CR.
OS FOR $3931.74.

CONFIDENTIAL

--- Page 1 of 1 ---



```
| 356115*1    DAVID TILLEY            SUSAN TILLEY            |
| Msg  83 of 120  Entered By: EXD     06-29-98  14:07         |
| For Case Note Category: ALL CASE NOTES                      |
```

RECEIVED TC FROM PL. DISCUSSED REVIEW PROCESS.  PL STATES DF RECEIVES
SALARY PLUS COMMISSIONS FROM PACER ELECTRONICS.  PL IS SELF EMPLOYED.



--- Page 1 of 1 ---



CONFIDENTIAL

```
356115*1    DAVID TILLEY              SUSAN TILLEY
Msg  87 of 120  Entered By: CPW         05-14-98  14:02
For Case Note Category: ALL CASE NOTES
```
------------------------------------------------------------------------

CORRECTION TO PREV NOTES-REQ R&A AS IT STATED PL WILL REQ ONE

CONFIDENTIAL

--- Page 1 of 1 ---



```
| 356115*1    DAVID TILLEY              SUSAN TILLEY                    |
| Msg  88 of 120  Entered By: CPW       05-14-98   14:00                |
| For Case Note Category: ALL CASE NOTES                                |
```
------------------------------------------------------------------------

RCVD LETTER FR PL REQ MOD, WANTS WAGE VERIFICATION OF DF'S INCOME-SHE STATE
SHE REQ THIS INFO FOR 3 YRS W/NO RESPONSE.  WANTS COPY OF DF'S INCOME TAX
STATEMENT AS PER DIVORCE ORDER SHE IS TO RCVD, QUESTIONS WHAT WILL BE DONE
TO COLLECT ON ARREARS-SENT RESPONSE, PER PREV NOTES R&A REQUESTED ALREADY

CONFIDENTIAL

--- Page 1 of 1 ---



```
| 356115*1    DAVID TILLEY              SUSAN TILLEY                    |
| Msg  89 of 120  Entered By: DJR       05-12-98  13:09                 |
| For Case Note Category: ALL CASE NOTES                                |
```
------------------------------------------------------------------------

PL CALLED PRU 11:40 A.M. AND R & A SERVICES ALSO.

--- Page 1 of 1 ---

CONFIDENTIAL



```
| 356115*1    DAVID TILLEY              SUSAN TILLEY            |
| Msg  90 of 120  Entered By: MDM       05-12-98  12:20         |
| For Case Note Category: ALL CASE NOTES                        |
```

PL WILL REQ R AND A.

--- Page 1 of 1 ---

CONFIDENTIAL



```
356115*1    DAVID TILLEY           SUSAN TILLEY
Msg  94 of 120  Entered By: JEA     11-03-97  16:23
For Case Note Category: ALL CASE NOTES
```
---------------------------------------------------------------------

S/R CALLED; PAYMENTS ARE NOT BEING RECEIVED IN A TIMELY MANNER.  SHE CALLED
N.C. AND THEY SENT $520.00 ON 10/20/97, $200.00 ON 10/24/97 AND $360.00 ON
10/30/97.  I INFORMED HER THAT PAYMENTS ARE PROBABLY NOT LOST, THEY ARE
IN TRANSIT FROM NC AND TO WAIT TO THE END OF THE WEEK BECAUSE I COULDN'T
GET THROUGH TO NC BY TELEPHONE TO FIND OUT IF 10/20/97 PAYMENT WAS CASHED.
ALSO, SHE WANTS TO KNOW IF SHE SHOULD REQUEST MTM.  I INFORMED HER THAT
I WILL SEND WAGE VER. AND THEN WE WILL INFORM HER IF SHE SHOULD REQUEST
R&A MTM.  I ALSO LEFT A MESSAGE FOR J. DOLGE RE; IRS INTERCEPT 7-24-97.
(DMH).

CONFIDENTIAL

--- Page 1 of 1 ---



```
356115*1    DAVID TILLEY              SUSAN TILLEY
Msg  99 of 120  Entered By: DOP       06-10-97  15:15
For Case Note Category: ALL CASE NOTES
```
----------------------------------------------------------------

TC FROM CP, STATES SHE HAS UNREIM MED BILLS, WHICH OSA WAS NOTIFIED OF
ON 1/17/97, HOWEVER NO RESPONSE. CP ALSO STATES AP WAS TO SEND HER A COPY
OF HIS TAX RETURN, HOWEVER SHE HASN'T REC'D YET. ADVISED CP I WOULD REFER
CASE TO GAP SINCE NO RESPONSE TO ANY RECENT LETTERS.



CONFIDENTIAL



--- Page 1 of 1 ---

```
356115*1    DAVID TILLEY              SUSAN TILLEY
Msg 106 of 120  Entered By: CPW        01-17-97   13:28
For Case Note Category: ALL CASE NOTES
```
------------------------------------------------------------

T.C FR PL RE PYMNTS-INFORMED HER THAT ENF REQ SENT TO FJ 1-10-97.  PL
FRUSTRATED, TOLD HER THAT WE HAVE TO RELY ON THE ENF OF NC.  PER PL DF
WAS ORDERED TO COVER MEDICALS & PAY UNREIMBURSED MEDICALS-PER PL DF CHANGED
/CANCELLED THE MEDICAL PLAN PREVIOUSLY HAD FOR THE DPTS & OBTAINED A HMO
IN WHICH LESS COVERAGE AVAILABLE FOR DPTS & HE CANCELLED THE DENTAL COVERAG
E THE DF OWES 670.00 IN DENTAL BILLS & 500.00 IN MEDICAL UNREIMB.  TOLD PL
WILL SEND REQ TO FJ TO ENFORCE MEDICALS(PER HER SHE SENT DF THE BILLS)
PL WANTS TO MODIFY ORDERS. TOLD TWO WAYS SINCE ORIG CT ORDERS. PL REQ MTM
PACKET

CONFIDENTIAL

--- Page 1 of 1 ---



```
356115*1    DAVID TILLEY              SUSAN TILLEY
Msg 109 of 120  Entered By: GXF       12-18-96   13:39
For Case Note Category: ALL CASE NOTES
```

12/18/96 - CP TO SEND OPINIONS IN WRITING RE MTM TO SED AND CP REQUESTED
PHOTOCOPIES OF MED EXP PYMT RECORDS SENT TO SED PREVIOUSLY.REF TO SEO,GS.



CONFIDENTIAL

--- Page 1 of 1 ---



```
356115*1    DAVID TILLEY              SUSAN TILLEY
Msg 117 of 120  Entered By: MXM       06-25-96  16:03
For Case Note Category: ALL CASE NOTES
```
---

PETITIONER CALLED VERY ANGRY.   SHE CALLED THE RESPONDENTS EMPLOYER AND SPOKE
WITH MIKE ROSA (617)935-8330.   HE TOLD HER THEY ARE SENDING THE $360.00 TO
NC CHILD SUPPORT EACH WEEK.   SHE IS NOT GETTING THE FULL AMOUNT FROM NC,
BY HER ESTIMATITION SHE IS MISSING $360.00 A MONTH.   SHE WOULD LIKE THIS
OFFICE TO INVESTIGATE A.S.A.P.

I AM ATTEMPTING TO CALL NC, I WILL ALSO SEND A LETTER.

I'M ALSO REQUESTING A WAGE VERIFICATION FROM THE EMPLOYER.

CONFIDENTIAL

--- Page 1 of 1 ---



```
| 356115*1    DAVID TILLEY          SUSAN TILLEY                        |
| Msg 118 of 120  Entered By: DOP      05-21-96  12:37                  |
| For Case Note Category: ALL CASE NOTES                               |
```
-------------------------------------------------------------------

TC FROM PET, WANTS TO KNOW WHY LAST PAYMNT IS NOT FOR FULL ORDER. ALSO IS UPSET
THAT DEFT HASN'T PROVIDED HER W/94 & 95 TAX RETURN, AND IS NOT PAYING MEDICALS.
I EXPLAINED TO PET, WHEN I SPOKE W/HER A FEW WEEKS AGO, I NEEDED HER MEDICAL
BILLS COPIES, AND I WOULD FORWARD THEM TO NC, ALONG W/REQUEST FOR IRS INFO.
PET STATES IT IS TAKING SOME TIME TO GATHER ALL THE MEDICAL BILLS & SHE WILL
FORWARD THEM SOON. I ADVISED PET, ONCE I RECEIVE THIS INFO, WE WILL REQUEST
94 &95 IRS INFO, AND WHY LAST PAYMT IS FOR INCORRECT AMOUNT.

CONFIDENTIAL

--- Page 1 of 1 ---



12:13:37 Wed Feb 09, 2005

```
EN0500                    CCSES REVIEW AND ADJUSTMENT        356115*1  1  314/641
     AU   STATUS: ACTIVE ME            REVIEW  DATE: 05-26-98
     MED   INS : NO                    REC WKLY AMT:
     GRANT  AMT : 0.00                 REC CALC  DT:
1) RVW  REQ BY: SED-CP              3) RVW STATUS: DOWNWARD MODIFICATION
2) RVW  REQ DT: 05-26-98           4) STATUS  DT: 01-16-96
-----------------------------------------------------------------------------
5) WG VER RCVD:                    9) AP  EMPLYR: ANIXTER, INC.
6) GRSS WEEKLY:                   10) TERM  DATE:
7) COURT  DATE:                        DC LEVEL: INTERSTATE ACTION PENDING
*  WW  STATUS :                        DC  DATE: 02-06-01
8)    COMMENTS: ~
-----------------------------------------------------------------------------
  DATE    STATUS                       DATE     STATUS


-----------------------------------------------------------------------------
FILE NO: 10142683-1    ST CYCLE/TYPE  BALANCE  LAST PD  PMT AMT TYPE  ORD DT
  PL NONDISS CURRENT   CL  408.00 WK      0.00 NO RECPTS ON FILE       08-03-93
  PL DISS CURRENT      IN  360.00 WK      0.00 NO RECPTS ON FILE       10-18-94
  PL DISS ARREARS      CL    0.00 LS      0.00 NO RECPTS ON FILE       10-18-94
SUSAN TILLEY / DAVID TILLEY            *** 1 of 3 ***
ENTER LINE TO MODIFY (1-10); (P)AGE; OR <ENTER> TO END
                              *** TFB 12:12pm 02-09-05 *NT*CSENET UNAPPL
```

CONFIDENTIAL



12:13:34 Wed Feb 09, 2005

```
EN0500                    CCSES REVIEW AND ADJUSTMENT       356115*1  2  314/641
     AU  STATUS: ACTIVE ME              REVIEW  DATE: 08-26-02
     MED   INS : NO                     REC WKLY AMT:
     GRANT  AMT : 0.00                  REC CALC  DT:
1) RVW   REQ BY: SED-CP            3) RVW STATUS: REVIEW CANCELLED-UNABL
2) RVW   REQ DT: 08-26-02          4) STATUS  DT: 03-14-03
-----------------------------------------------------------------------------
5) WG VER RCVD:                    9) AP  EMPLYR: ANIXTER, INC.
6) GRSS WEEKLY:                   10) TERM  DATE:
7) COURT  DATE:                       DC LEVEL: INTERSTATE ACTION PENDING
*  WW  STATUS :                       DC  DATE: 02-06-01
8)    COMMENTS:
-----------------------------------------------------------------------------
  DATE    STATUS                     DATE    STATUS


-----------------------------------------------------------------------------
FILE NO: 10142683-1   ST CYCLE/TYPE  BALANCE  LAST PD  PMT AMT TYPE  ORD DT
 PL NONDISS CURRENT   CL  408.00 WK     0.00 NO RECPTS ON FILE      08-03-93
 PL DISS CURRENT      IN  360.00 WK     0.00 NO RECPTS ON FILE      10-18-94
 PL DISS ARREARS      CL    0.00 LS     0.00 NO RECPTS ON FILE      10-18-94
SUSAN TILLEY / DAVID TILLEY          *** 1 of 3 ***
ENTER LINE TO MODIFY (1-10); (P)AGE; OR <ENTER> TO END
                                  *** TFB 12:12pm 02-09-05 *NT*CSENET UNAPPL
```

CONFIDENTIAL





RICHARD BLUMENTHAL
ATTORNEY GENERAL

55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Office of The Attorney General          (860) 808-5150

## State of Connecticut

May 1, 2002          *C side*

Diane Harvey, SES Supervisor
Support Enforcement Services
999 Asylum Avenue, 4th Fl
Hartford, CT  06106

RE: SUE TILLY V̶̶̶̶̶̶
     Docket No. FA90-0513362
     *10142683-1*

Dear Ms. Harvey:

    Sue Tilly, in the above captioned case, has informed this office that she has made several attempts to SES to request from Mr. David Tilly his 2001 Federal tax return. She made this request because she has ceased receiving from Mr. Tilly a percentage of his commission checks as was court ordered. Could your office please expedite her request and communicate with Mr. Tilly.

                        Sincerely,

                        Ronald Blanchette
                        Assistant Attorney General

RB/lb
cc: Sue Tilly
    14 Pillsbury Hill
    Vernon, CT  06066

**CONFIDENTIAL**

