Total of pd in co-pay for 1995 = 160.00 → all highlighted ones.

**FRANK J. BUSH M.D., P.C.**
17 HAYNES STREET
MANCHESTER, CONNECTICUT 06040
TELEPHONE: 646-3903

STATEMENT

REDACTED  CONFIDENTIAL

Susan Tilley
1105 Main St
P.O. Box 582
Coventry, CT 06238

| DATE | PROFESSIONAL SERVICE | CAP | CHARGE | PAID | BALANCE |
|---|---|---|---|---|---|
| 3-3-95 | Office Visit | | 94 | 10 | |
| 5-12 | Ok Paid | | | 79 | 00 |
| 5-27-95 | Office visit + Xray | | 140 | 75 | |
| 9-16-95 | Not paid | | | pd | |
| 6-5-95 | Office visit + Urin + Cult | | 77 | 75 | |
| 6-4-95 | Ins pd 6-8 week | 62 | | | 9/15 |
| | Submitted slip 6-8 week | | | | |
| 7-7 | Office visit - paid | | 59 | 8/10 | |
| | Urinalysis Culture | | 20 | | |
| 9/28 | Ins did not pay yet - resub | | 41.00 | | 41.00 |
| 11-6 | Resubmitted as each visit | | | | |
| | as requested by parent | 38p20 | | -0- | |
| 5/25 | Ins paid 7-7 Queen | | 12 | | |
| 6-5 | O.V. | | 41.00 | 25 - | |
| 9-5 | EPD | | | | |
| 12-11-95 | O.V. O.ck. | 62 | | 25 - | |
| | pending - | | | | |
| 9/7 | Ins pd 9-5 | | | 24.00 | |

AL-ALLERGY
CF-CONFERENCE
CO-CONSULTATION
CU-CULTURE
... HE-HEMOGLOBIN
HO-HOSPITAL CARE
ICP-INITIAL COMPLETE PHYSICAL EXAM
IN-INJECTION
... OC-OFFICE CALL
PD-PAID
PDT-PERTUSSIS-DIPHTHERIA-TETANUS
PE-COMPLETE PHYSICAL EXAMINATION
PO-POLIO
SU-SURGERY
TB-TUBERCULIN TEST
MU-MUMPS VACCINE
RU-RUBELLA VACCINE

PAY LAST AMOUNT IN THIS COLUMN ⇩

*[Handwritten medical billing statements — two statements on one page, rotated sideways]*

**Statement 1:**

# FRANK J. BUSH M.D., P.C.
17 HAYNES STREET
MANCHESTER, CONNECTICUT 06040
TELEPHONE: 646-3903

**STATEMENT**

Susan Tilley
14 Pillsbury Hill
Vernon, CT 06066

| DATE | PROFESSIONAL SERVICE | CAP | CHARGE | PAID | BALANCE |
|---|---|---|---|---|---|
| 6/6 | office visit | | 75 | 75— | — |
| 7/30 | OPD | | | | |
| | Insurance did not cover | | | | 360 — |
| 7/ | Bill sent | | | | |
| 3/ | Mother called — she will call insurance Co. | | | | |

REDACTED

---

**Statement 2:**

# FRANK J. BUSH M.D., P.C.
17 HAYNES STREET
MANCHESTER, CONNECTICUT 06040
TELEPHONE: 646-3903

**STATEMENT**

Susan Tilley
1105 Main St.
Coventry, CT 06238

742-5504

| DATE | PROFESSIONAL SERVICE | CAP | CHARGE | PAID | BALANCE |
|---|---|---|---|---|---|
| 3-27-95 | office visit /TC | | 85 | 10— | |
| 8/9/95 | Ins. paid 3-27 visit | | | 68 | |
| 9-5 | O.V. Sick | | 75 | | |
| 9/82 | Ins. paid 9-5 visit | | | 59.30 | |
| | Balance will be billed | | | | 15.00 |

REDACTED CONFIDENTIAL

*[Handwritten at top: "#1760235 BC"]*
*[Handwritten: "#604235"]*



Frank J. Bush, M.D.
17 Haynes Street
Manchester, CT 06040
(860) 646-3903

Susan Tilley
14 Pillsbury Hill
Vernon, CT 06066

Page 1
Billing Date: 04/08/96
AMOUNT DUE $ 45.00

HOPE YOU WILL ENJOY OUR NEW COMPUTER SYSTEM.
YOU HAVE ANY QUESTIONS ABOUT YOUR BILL, PLEASE
LL US AT 646-3903.

| TE | PATIENT | DESCRIPTION | PROC CODE | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|---|
| '13/96 | Tilley REDACTED | 15.00 | | | | |
| | | Personal Balance 60.00 | | | | |
| 30/96 | | | ( ) | $ 75.00 | | $ 75.00 |
| | Tilley | Otitis Media | | | | |
| | | OV Intermediate | (99213) | $ 62.00 | | |
| | | Copayment due from Patient | | $ 15.00 | | |
| )8/96 | | TOS Check Payment #1011 | | | | $ 90.00 |
| | | today | | | $ 45.00 | 45.00 |

I pd

| RENT | 30 DAYS | 60 DAYS | 90 DAYS | 120+ DAYS | |
|---|---|---|---|---|---|
| 5.00 | $ 0.00 | $ 30.00 | $ 0.00 | $ 0.00 | AMOUNT DUE is $ 45.00 |

CONFIDENTIAL

Frank J. Bush, M.D.
17 Haynes Street
Manchester, CT 06040
(860) 646-3903

Susan Tilley
14 Pillsbury Hill
Vernon, CT 06066

Page 1
Billing Date: 05/15/96
AMOUNT DUE $ 60.00

WE HOPE YOU WILL ENJOY OUR NEW COMPUTER SYSTEM.
IF YOU HAVE ANY QUESTIONS ABOUT YOUR BILL, PLEASE
CALL US AT 646-3903.

| DATE / PATIENT | DESCRIPTION | PROC CODE | CHARGES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 1/13/96 Tilley | | | | | |
| | Personal Balance REDACTED | ( ) | $ 75.00 | | $ 75.00 |
| 3/30/96 Tilley | Otitis Media | | | | |
| | OV Intermediate | (99213) | $ 62.00 | | $ 90.00 |
| | Insurance Payment -- BCHP15 on 05/02/96 | | | $ 34.30 | |
| | Insurance Adjustment -- BCHP15 on 05/02/ | | | $ 12.70 | |
| | OV Evening Differential | (99050) | $ 20.00 | | $ 90.00 |
| | Insurance Payment -- BCHP15 on 05/02/96 | | | $ 20.00 | |
| 4/08/96 Tilley | Well Child Care REDACTED | | | | |
| | Well Child 5-11 yrs | (99393) | $ 68.00 | | $ 105.00 |
| | Additional Copay due on 05/09/96 | | | $ 52.00 | |
| | Insurance Adjustment -- BCHP15 on 05/09/ | | | $ 1.00 | |
| | Urinalysis without Microscopy | (81002) | $ 12.00 | | $ 105.00 |
| | Additional Copay due on 05/09/96 | | | $ 4.00 | |
| | Insurance Adjustment -- BCHP15 on 05/09/ | | | $ 8.00 | |
| | TOS Check Payment #1011 | | | $ 45.00 | $ 60.00 |

| CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | 120+ DAYS | AMOUNT DUE |
|---|---|---|---|---|---|
| 0.00 | $ 30.00 | $ 0.00 | $ 0.00 | $ 30.00 | $ 60.00 |

Still due

CONFIDENTIAL

15 Welles Road
Vernon, CT 06066
203-643-1668

SUSAN TILLEY

RE: TILLEY,SUSAN -Z 0592

Diagnosis:

1 000.0 MAINTENANCE VISIT

| Date | Doc | Description | | Charge | Receipt | Balance |
|---|---|---|---|---|---|---|
| 01/03/95 | 1 | 0000 | WELL MAINTENANCE TREATMENT | 0.00 | | 0.00 |
| 01/03/95 | 1 | PATIENT PAYMENT | | | 15.00 | -15.00 |
| 01/24/95 | 1 | 0000 | WELL MAINTENANCE TREATMENT | 0.00 | | -15.00 |
| 01/24/95 | 1 | PATIENT PAYMENT | | | 37.20 | -52.20 |
| 02/10/95 | 1 | 0000 | WELL SERVICE ADULT | 33.00 | | -19.20 |
| 02/10/95 | 1 | 0000 | WELL MAINTENANCE TREATMENT | 0.00 | | -19.20 |
| 02/10/95 | 1 | PATIENT PAYMENT | | | 20.00 | -39.20 |
| 04/07/95 | 1 | 0000 | WELL SERVICE ADULT | 33.00 | | -6.20 |
| 04/07/95 | 1 | 0000 | WELL MAINTENANCE TREATMENT | 0.00 | | -6.20 |
| 05/08/95 | 1 | 0000 | WELL SERVICE ADULT | 33.00 | | 26.80 |
| 05/08/95 | 1 | 0000 | WELL MAINTENANCE TREATMENT | 0.00 | | 26.80 |
| 05/08/95 | 1 | PATIENT PAYMENT | | | 33.00 | -6.20 |
| 05/23/95 | 1 | 0000 | WELL MAINTENANCE TREATMENT | 0.00 | | -6.20 |
| 05/26/95 | 1 | 0000 | ADDITIONAL WELL VISIT | 20.00 | | 13.80 |
| 05/26/95 | 1 | PATIENT PAYMENT | | | 33.00 | -19.20 |
| 06/09/95 | 1 | 0000 | WELL SERVICE ADULT | 33.00 | | 13.80 |
| 06/09/95 | 1 | 0000 | WELL MAINTENANCE TREATMENT | 0.00 | | 13.80 |
| 06/09/95 | 1 | PATIENT PAYMENT | | | 15.00 | -1.20 |
| 06/30/95 | 1 | 0000 | WELL MAINTENANCE TREATMENT | 0.00 | | -1.20 |
| 06/30/95 | 1 | 99070 | SUPPLEMENTATION, 25.00 PER B | 25.00 | | 23.80 |
| 06/30/95 | 1 | PATIENT PAYMENT | | | 50.00 | -26.20 |
| 07/10/95 | 1 | 0000 | WELL SERVICE ADULT | 33.00 | | 6.80 |
| 07/10/95 | 1 | 0000 | WELL MAINTENANCE TREATMENT | 0.00 | | 6.80 |
| 07/10/95 | 1 | PATIENT PAYMENT | | | 30.00 | -23.20 |
| 08/01/95 | 1 | 0000 | WELL SERVICE ADULT | 33.00 | | 9.80 |
| 08/01/95 | 1 | 0000 | WELL MAINTENANCE TREATMENT | 0.00 | | 9.80 |
| 08/01/95 | 1 | PATIENT PAYMENT | | | 20.00 | -10.20 |
| 12/13/95 | 1 | 0000 | WELL SERVICE ADULT | 33.00 | | 22.80 |
| 12/13/95 | 1 | 0000 | WELL MAINTENANCE TREATMENT | 0.00 | | 22.80 |

CONFIDENTIAL

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/13/95 | 1 | PATIENT PAYMENT | | | [illegible] | 7.80 |
| 12/27/95 | 1 | 0000 | WELL MAINTENANCE TREATMENT | 0.00 | | 7.80 |
| 01/22/96 | 1 | 0000 | WELL SERVICE ADULT | 33.00 | | 40.80 |
| 01/22/96 | 1 | 0000 | WELL MAINTENANCE TREATMENT | 0.00 | | 40.80 |
| 01/22/96 | 1 | PATIENT PAYMENT | | | 20.00 | 20.80 |
| 02/26/96 | 1 | 0000 | WELL SERVICE ADULT | 33.00 | | 53.80 |
| 02/26/96 | 1 | 0000 | WELL MAINTENANCE TREATMENT | 0.00 | | 53.80 |
| 03/15/96 | 1 | 0000 | WELL SERVICE ADULT | 33.00 | | 86.80 |
| 03/15/96 | 1 | 0000 | WELL MAINTENANCE TREATMENT | 0.00 | | 86.80 |
| 03/15/96 | 1 | PATIENT PAYMENT | | | 20.00 | 66.80 |
| 04/23/96 | 1 | 0000 | WELL SERVICE ADULT | 33.00 | | 99.80 |
| 04/23/96 | 1 | 0000 | WELL MAINTENANCE TREATMENT | 0.00 | | 99.80 |
| 05/15/96 | 1 | 0000 | WELL SERVICE ADULT | 33.00 | | 132.80 |
| 05/15/96 | 1 | 0000 | WELL MAINTENANCE TREATMENT | 0.00 | | 132.80 |
| 05/15/96 | 1 | PATIENT PAYMENT | | | 40.00 | 92.80 |
| | | | | 441.00 | 348.20 | 92.80 |

PROVIDER LIST
1=Evan Gold D.C.

CONFIDENTIAL

Tri City Chiropractic
15 Welles Road
Vernon, CT 06066
203-643-1668

TILLEY

REDACTED

RE: TILLEY, -Z 1827

Diagnosis:

1 000.0 MAINTENANCE VISIT

| Date | Doc | | Description | Charge | Receipt | Balance |
|---|---|---|---|---|---|---|
| 02/26/96 | 1 | 0000 | WELL SERVICE CHILD | 10.00 | | 10.00 |
| 02/26/96 | 1 | 0000 | WELL MAINTENANCE TREATMENT | 0.00 | | 10.00 |
| 03/15/96 | 1 | 0000 | WELL SERVICE CHILD | 10.00 | | 20.00 |
| 03/15/96 | 1 | 0000 | WELL MAINTENANCE TREATMENT | 0.00 | | 20.00 |
| 03/15/96 | 1 | PATIENT PAYMENT | | | 20.00 | 0.00 |
| 04/23/96 | 1 | 0000 | WELL SERVICE CHILD | 10.00 | | 10.00 |
| 04/23/96 | 1 | 0000 | WELL MAINTENANCE TREATMENT | 0.00 | | 10.00 |
| 05/15/96 | 1 | 0000 | WELL SERVICE CHILD | 10.00 | | 20.00 |
| 05/15/96 | 1 | 0000 | WELL MAINTENANCE TREATMENT | 0.00 | | 20.00 |
| | | | | 40.00 | 20.00 | 20.00 |

PROVIDER LIST
1=Evan Gold D.C.

CONFIDENTIAL

Tri City Chiropractic
15 Welles Road
Vernon, CT 06066
203-643-1668

TILLEY
REDACTED

RE: TILLEY, -Z 1827

Diagnosis:

1 723.2 CERVICO-CRANIAL SYNDROM

| Date | Doc | Description | Charge | Receipt | Balance |
|---|---|---|---|---|---|
| 11/27/95 | 1 | 99203 NEW PATIENT INTERMEDIATE EXA | 65.00 | | 65.00 |
| 11/29/95 | 1 | Transfer To Ins. 50.00-ins. will pay | | | 65.00 |
| 12/01/95 | 1 | 97260 SPINAL MANIPULATION | 37.00 | | 102.00 |
| 12/06/95 | 1 | 97260 SPINAL MANIPULATION | 37.00 | | 139.00 |
| 12/08/95 | 1 | 97260 SPINAL MANIPULATION | 37.00 | | 176.00 |
| 12/08/95 | 1 | PATIENT PAYMENT | | 60.00 | 116.00 |
| 12/27/95 | 1 | 97260 SPINAL MANIPULATION | 37.00 | | 153.00 |
| 01/22/96 | 1 | 97260 SPINAL MANIPULATION | 37.00 | | 190.00 |
| 01/31/96 | 1 | INS PAY BCMA-BC BS | | 22.00 | 168.00 |
| 02/01/96 | 1 | INS PAY BCMA-BC BS | | 94.00 | 74.00 |
| 02/14/96 | 1 | INS PAY BCMA-BC BS | | 22.00 | 52.00 |
| 02/21/96 | 1 | INS PAY BCMA-BC BS | | 22.00 | 30.00 |
| | | | 250.00 | 220.00 | 30.00 |

PROVIDER LIST
1=Evan Gold D.C.

CONFIDENTIAL

Docket # FA92 051 33 62

Tilley

vs.

Tilley

SUPERIOR COURT

JUDICIAL DISTRICT OF HARTFORD/NEW BRITAIN

AT HARTFORD

DATED June 9, 1994

ORDER/MODIFICATION (Circle one) (119/120)

The court finds there is a substantial change in [illegible] circumstances and grants the Motion for Modification (#119) in that he is ordered to pay an amount [illegible] of child support and alimony in the amount of $300. [illegible] is temporarily reduced. During the period while the salary is [illegible] $100 of that payment shall accrue as arrearage. Upon reinstatement to full salary, the arrearage shall be paid at a rate of $50 per week. Defendant shall immediately inform the court, through counsel, of said reinstatement. The court [illegible] plaintiff, [illegible] orders an immediate wage execution.

The court further finds an arrearage of $3897 [illegible] on the August 3, 1993 orders. Said arrearage shall be paid within sixty days with a compliance date of Aug. 9, 1994. Motion for Contempt (#114) is denied.

Defendant's Motion for Contempt are denied.

Plaintiff's Motion for Bond & for Contempt are denied.

reduced his earnings because of ATTORNEY FEES VS. PACER IMS. I never recieved ANY ARREARAGE

ED STEPHENS DAVID X EMPLOYER AT IMS TESTIFIED to DIVERTING DAVIDS COMMISSIONS to his girlfriend Terri Stevenson on A 1099 TO help him evade higher Child Support payments. JUDGE ordered he pay me.

Santos

JUDGE/~~CLERK~~

( ) Support order approximates Child Support Guidelines

( ) Order is outside Guidelines. Rationale:

RECEIVED JUN 1994 SIEGELAUFF & SHEEHOFF

CONFIDENTIAL

CONFIDENTIAL

This amount back based on a $15,000 dollar Check payed to Terri Stevanson that was infact David Tilley's income.

5

| | | |
|---|---|---|
| NO. FA-92 0513362 S | : | SUPERIOR COURT OF |
| SUSAN C. TILLEY | : | HARTFORD/NEW BRITAIN J.D. |
| V | : | AT HARTFORD |
| DAVID G. TILLEY | : | AUGUST 3, 1993 |

B E F O R E

THE HONORABLE RAYMOND R. NORKO

JUDGE

D E C I S I O N S

A P P E A R A N C E S

For the Plaintiff
Cynthia D. Houck, Esq.
Attorney at Law

For the Defendant
Douglas Barall, Esq.
Attorney at Law

Margaret C. Gentry
Transcriptionist

* This is the court order when David took me to court to lower Child support because he said he was no longer getting Bonuses or Commissions. They wrote off my arrearage and lowered my support. He never recieved a pay cut see folder #6

CONFIDENTIAL

D E C I S I O N S

THE COURT: Good Morning - Tilley

************

Restraining Order

Order that she's not to have any direct or indirect contact with Mr. Tilley at his place of employoment.

Extension of Time - Interrogatories

The motion to extend time will be granted by The Court, as written.

Child Support

The Court will set child support within the guidelines at four 0 eight.

Mortgage Payment

The Defendant will pay two twenty-five towards the mortgage.

*********

The Court will make a finding that there's a substantial change of circumstances.

The record should note The Court has found credible the fact that there are no commissions or no bonuses, as testified to by the Defendant. However, the record should note that if there are any bonuses for '93, that The Court should adjust the present orders, retroactive, until the time of an agreement, of June 23rd, 1993.

MR. BARALL: Are these orders now retroactive

CONFIDENTIAL

also, Your Honor?

THE COURT: Yes, they are. That was your agreement. You guys agreed to that.

MR. BARALL: Yes. Yes, it was.

MS. HOUCK: Your Honor, then, would that be applied to the-- There is an arrearage currently of five hundred forty--

THE COURT: The arrearage will be paid at the-

What do you suggest on the arrearage?

MS. HOUCK: Well, we've got a retroactivity; we can work that out.

We'd like a wage execution.

THE COURT: All right. The Court will issue the wage execution, under those circumstances. It'll solve one problem.

MR. BARALL: Would that be for the four 0 eight, only, Your Honor? I think, based on the way he's paid--

THE COURT: What's your position on that?

MS. HOUCK: Well, these people have difficulty agreeing on anything, and--

THE COURT: Be for the full amount.

MS. HOUCK: Thank you.

THE COURT: Thank you.

MR. BARALL: Thank you, Your Honor.

***********

CONFIDENTIAL

No. FA-92 0513362 S

SUSAN C. TILLEY

V

DAVID G. TILLEY

CERTIFICATION

I hereby certify that the foregoing is a true and correct transcription of the tape of the above-mentioned matter (DECISIONS), heard before The Honorable Raymond R. Norko, Judge of the Superior Court of the Hartford/New Britain Judicial District, on the 3rd day of August, 1993, at Hartford, Connecticut.

Dated this 9th day of August, 1993, at Hartford, Connecticut.

Margaret C. Gentry
Margaret C. Gentry
Transcriptionist

CONFIDENTIAL

Susan Tilley
14 Pillsbury Hill
Vernon, CT.06066

FILE # 10142683

ATTENTION: Cathy Mariandi

Support Enforcement Division
999 Asylum Avenue
P.O. Box 320650
Hartford, CT. 06132

Dear Cathy:

Here is a copy of my child support arrearages from the date of our divorce to currant.

Since the judges order on 10-18-1994 I received $311.45 per week instead of the $360 court ordered amount. I was also missing an additional $360 in the month of December - 1995. David was also in contempt on the order of June 9, 1994, for an arrearage amount of $1,897.00

I have included all of the amounts on the enclosed form.

Please mail this along with the other correspondence I left you with when we met.

* Medical amounts David owes to me for when I had the children medically treated over the last year and a half or so. This is very important because I owe their dentist a large balance and I am unable to take them to the dentist until the balance is paid in full. They are all past due for their checkups.

* I requested a copy of his 1994 and 1995 income tax statements, which I have not received. This was a court order also.

CONFIDENTIAL

* I requested a statement of his wages, bonuses and commissions for 1995 and 1996. I was told that you did receive this from his employer in June. Please send me a copy.

Thank you for your attention in this case. If you have any questions as to the arrearage amounts please call me at 872-2764.

Sincerely,

Susan Tilley



CONFIDENTIAL



April 24, 1996
Susan Tilley
14 Pillsbury Hill
Vernon, Ct. 06066

RECEIVED
MAY 02

BUREAU OF SUPPORT

Attention: Donna Pedrolini

Dear Donna,

This is an update of child support payments I have received since 1-27-96, as you requested. This does not include any medical owed on the children's medical bills. I would also like a copy of his 1995 and 1996 income tax statement as stated in the divorce settlement. I am currently getting together copies of the medical bills to submit to the North Carolina Support Enforcement office. I will send them to you as soon as possible.

| DATE DUE | DATE OF CHECKS RECEIVED | AMOUNT PAID | AMOUNT OWED |
|---|---|---|---|
| 1-22-96 | 1-27 | $311.46 | $7,144.62 |
| 1-29-96 | 2-02 | $311.46 | $ 48.54 |
| 2-05-96 | 2-08 | $311.46 | $ 48.54 |
| 2-12-96 | 0 | $ 0 | $ 360.00 |
| 2-19-96 | 2-22 | $360.00 | $ 0 |
| 2-26-96 | 2-29 | $360.00 | $ 0 |
| 3-04-96 | 3-04 | $360.00 | $ 0 |
| 3-11-96 | 3-14 | $360.00 | $ 0 |
| 3-18-96 | 3-21 | $360.00 | $ 0 |
| 3-25-96 | 3-28 | $360.00 | $ 0 |
| 4-01-96 | 4-02 | $360.00 | $ 0 |
| 4-08-96 | 0 | $ 0 | $ 360.00 |
| 4-15-96 | 4-15 | $720.00 | $ - 360.00(4-8 pymt)? |
| 4-22-96 | 0 | $ 0 | $ 0 |
| | | $4,174.38 | |
| | | | $7,961.70 |

CONFIDENTIAL

If you have any questions please call me at (860)872-2764. Thankyou for your attention in this matter. File # 10142683.

Sincerely,

Susan C. Tilley

CONFIDENTIAL

FTES59 356115*1 EXD

STATE OF CONNECTICUT
SUPPORT ENFORCEMENT DIVISION
REVIEW AND ADJUSTMENT UNIT
414A CHAPEL STREET
PO BOX 9691
NEW HAVEN, CT. 06536

TO: SUSAN TILLEY
14 PILLSBURY HILL

VERNON, CT 06066

DATE: 06/25/98
FILE #: 10142683
ABSENT PARENT: DAVID TILLEY

PRE-REVIEW NOTICE

A review of your child support order will begin thirty days from the date of this notice. The review is to determine if the order should be modified based on Connecticut's Child Support Guidelines, or modified to include an order for medical insurance coverage.

After we complete the review, you will be notified in writing of the result, and of your right to challenge the result.

Please fill out the enclosed financial statement (if you are receiving public assistance from the State of Connecticut, it is not necessary for you to provide verification of your income or to respond to this notice). If we determine that a request to modify your order should be made, you will have the opportunity to present other information to the court about your situation. Please return this form to us within the next ten days, along with PROOF of the itmes listed below.

YOUR_INCOME : From wages and all other sources. If you are self-employed, or if your pay changes weekly or seasonally, send us a copy of your most recent federal income tax return.
DEDUCTIONS : Amounts taken from your pay before you get it.
DAYCARE_EXPENSE : Amounts you are responsible for.

You can help to secure the appropriate amount of child support by returning this form to us at the above address with any information you may have about the absent parent's address, employment or assets. All information is kept confidential, and will be used only to help with child support.

[YOUR COMMENTS] I can barely make ends meet now. The children are older and financially more expensive. Daycare exceeds what I could possibly earn outside of the home that is why I started a home based business. IT is not yet a steady income but and it is increasing slowly year by year. My children are out of school for the summer and I will have a need for summer daycare for the 3 children. I am in the process of finding a licensed daycare facility for the children to continue earing an income. Sales calls on a part time basis when I need to make and attend meetings that are necessary

over →

Thank you for your cooperation,

Review and Adjustment Unit
Tel: 789-6505

CONFIDENTIAL