I will be more than happy to provide you with a financial affidavit as I am always in the negative on a monthly and weekly basis. I have shut off notices for my electric and am in collection for many medical bills etc.

I appreciate your attention in this matter.

Sincerely, Susan Lilly

CONFIDENTIAL

```
FTEST85                                                          356115*1 EXD
                        STATE OF CONNECTICUT
                     SUPPORT ENFORCEMENT DIVISION
                      REVIEW AND ADJUSTMENT UNIT
                          414A CHAPEL STREET
                            PO BOX 9691
                          NEW HAVEN, CT. 06536
06/25/98

                  INCOME STATEMENT ---SUSAN TILLEY
```

As part of the scheduled review of your child support order, we request that you fill out the following income statement. You may, in the future, be required to execute a formal financial affidavit to support the information you list here. Thank-you for your cooperation.

Please list all amounts as WEEKLY AMOUNTS

1. GROSS INCOME                               $ _8,930_  ⎫
2. NUMBER OF DEDUCTIONS FOR TAX PURPOSES        _0_      ⎬ see income
3. DO YOU HAVE A SPOUSE?                        _NO_     ⎪ Tax
4. NUMBER OF MINOR CHILDREN                     _3_     ⎪ statements
5. FEDERAL INCOME TAX DEDUCTION               $ _6,050_  ⎭
6. STATE INCOME TAX DEDUCTION                 $ _____
7. SOCIAL SECURITY TAX OR RETIREMENT          $ _____
8. DAY CARE COST                              $ _____
9. OTHER CHILD SUPPORT ORDERS                 $ _____
   (Include only those for which there is an order for support)
10. UNION DUES OR FEES                        $ _____
11. HEALTH INSURANCE PREMIUMS                 $ _0_
12. COST PER PERSON TO INSURE                 $ _I cannot afford medical insurance for my self_
13. NAMES OF INDIVIDUALS COVERED
    _____

SOURCES(S) OF INCOME: _Self-Employed_
COMMENTS: _I do not recieve weekly income - income varies depending on Business expenses, Sales volume - (commission checks) and client needs, there-for I do not have a steady weekly income_
SIGNATURE: _Susan C. Tilley_                DATE: _6-26-98_

**CONFIDENTIAL**

```
                       S T A T E M E N T

YANKEE OIL, INC.                                  STATEMENT DATE
537 STAFFORD ROAD                                    09/27/95
MANSFIELD, CT 06250
(203) 423-9111




SUSAN TILLEY                                      ACCOUNT # YO-1069
P.O.BOX 582                                       CUSTOMER# 001439
COVENTRY, CT   06238


================================================================================
           FUEL
DATE       TYPE    GALLON   PRICE
================================================================================
TILLEY
TRANSACTION # 1431226078
02/25/92   # 2     169.6  0.8790    OIL CHARGES        $      149.08
                                    SERVICE CHARGES              60.45
PAYMENTS:                           SERVICE TAX                   3.63
10/15/92            0.00            SALES TAX
                  188.19            STATE TAX
                                    FEDERAL TAX
                                    LATE CHARGES                16.96
                                    INTEREST                    20.16
                        10/15/92    PAYMENTS APPLIED           188.19
                                    BALANCE DUE                 62.09
LOCATION: 1105 MAIN STREET
COMMENTS:      SENT CK. FOR $200.00 APPL. TO LAST D
TILLEY
TRANSACTION # 1468027415
03/17/92   # 2     183.2  0.8590    OIL CHARGES        $      157.37
                                    SERVICE CHARGES              0.00
PAYMENTS:                           SERVICE TAX                  0.00
                    0.00            SALES TAX
                                    STATE TAX
                                    FEDERAL TAX
                                    LATE CHARGES                18.32
                                    INTEREST                    81.84
                                    PAYMENTS APPLIED             0.00
                                    BALANCE DUE                257.53
LOCATION: 1105 MAIN STREET
COMMENTS:
TILLEY
TRANSACTION # 1504017729
04/09/92   # 2     168.3  0.8590    OIL CHARGES        $      144.57
                                    SERVICE CHARGES              0.00
PAYMENTS:                           SERVICE TAX                  0.00
                    0.00            SALES TAX
                                    STATE TAX
                                    FEDERAL TAX
                                    LATE CHARGES                16.83
                                    INTEREST                    72.60
                                    PAYMENTS APPLIED             0.00
                                    BALANCE DUE                234.00
LOCATION: 1105 MAIN STREET
COMMENTS:
```

CONFIDENTIAL

S T A T E M E N T

YANKEE OIL, INC.  
537 STAFFORD ROAD  
MANSFIELD, CT 06250  
(203) 423-9111

STATEMENT DATE  
09/27/95

TILLEY  
TRANSACTION # 1545916413  
05/30/92  # 2        155.5  0.8490        OIL CHARGES         $    132.02  
                                          SERVICE CHARGES           0.00  
PAYMENTS:                                 SERVICE TAX               0.00  
                    0.00                  SALES TAX  
                                          STATE TAX  
                                          FEDERAL TAX  
                                          LATE CHARGES             15.55  
                                          INTEREST                 66.30  
                                          PAYMENTS APPLIED          0.00  
                                          BALANCE DUE             213.87  
LOCATION: 1105 MAIN STREET  
COMMENTS:  
TILLEY  
TRANSACTION # 1643526053  
10/07/92  # 2        150.0  0.8490        OIL CHARGES         $    127.35  
                                          SERVICE CHARGES           0.00  
PAYMENTS:                                 SERVICE TAX               0.00  
                    0.00                  SALES TAX  
                                          STATE TAX  
                                          FEDERAL TAX  
                                          LATE CHARGES             15.00  
                                          INTEREST                 52.32  
                                          PAYMENTS APPLIED          0.00  
                                          BALANCE DUE             194.67  
LOCATION: 1105 MAIN STREET  
COMMENTS:  
                                          BALANCE...              962.16  

----- ----- ----- ----- ----- ----- ----- ----- ----- ----- ----- ----- -----  
PRICE OF DELIVERIES ARE BASED ON C.O.D. TERMS, .10 CENTS PER GALLON IS ADDED  
TO DELIVERIES OUTSTANDING OVER 10 DAYS.  
INTEREST IS CHARGED AT 1.5% COMPOUNDED MONTHLY.  
PLEASE REFERENCE ALL DELIVERY DATES ON YOUR PAYMENT  
PLEASE SEND YOUR PAYMENT TO:  
                    YANKEE OIL, INC.  
                    537 STAFFORD ROAD  
                    MANSFIELD, CT 06250

CONFIDENTIAL

```
WILSON OIL COMPANY
61 LOOMIS ST.   P.O. BOX 1326                              FINAL NOTICE!
MANCHESTER, CT. 06045
                                                              06/03/96

    SUSAN TILLEY            6425*    SUSAN TILLEY
    14 PILLSBURY HILL                14 PILLSBURY HILL
    VERNON, CT. 06066                VERNON, CT. 06066

                                     Full payment is enclosed: [ ]
                                     Partial payment enclosed: _____
Balance Due: 165.79                  Payment was made on: _____ Ck#____

   Aged Charges:   $2.45 is current   $2.41 is over 30   $2.38 is over 60   $158.55 is over 90
```

ATTENTION: YOUR ACCOUNT IS NOW SERIOUSLY OVERDUE!

Our repeated requests for payment have apparently been ignored. Unless payment is received within the next 10 days we will be forced to take immediate action.

Avoid trouble and expense by mailing the upper portion of this form along with your check at once!

**CALL NOW TO SCHEDULE YOUR ANNUAL TUNE-UP!**

WILSON OIL COMPANY  645-8393 OR 872-2140

CONFIDENTIAL

```
WILSON OIL COMPANY
61 LOOMIS ST.  P.O. BOX 1326
MANCHESTER, CT. 06045
645-8393 OR 872-2140
                                                              STATEMENT
                                                              05/31/96
   MAIL TO:                          DELIVER TO:              PAGE   1
   SUSAN TILLEY          6425*       SUSAN TILLEY
   14 PILLSBURY HILL                 14 PILLSBURY HILL
   VERNON, CT. 06066                 VERNON, CT. 06066

   Return this portion with your payment           Amount Enclosed_____

   Date    Ref#     Description      Comments                    Regular

   *******  Balance due prior to: 05/01/96                       $163.34
   05/31/96          FIN CHARGE   163.34 @   .015                   2.45
```

```
                                                  PLEASE PAY ==>   $165.79
Regular charges:   $2.45 is current   $2.41 is over 30   $2.38 is over 60   $158.55 is over 90
After 30 days a FIN CHARGE with a PERIODIC RATE of 1.5% on the overdue balance (ANNUAL PERCENTAGE RATE = 19.56%) will be charged
                **CALL NOW TO SCHEDULE YOUR ANNUAL TUNE-UP!**
WILSON OIL COMPANY  645-8393 OR 872-2140
```

CONFIDENTIAL

TCI Cablevision of  
Central Connecticut  
P.O. Box 4222  
Kensington, CT 06037

Past Due: $17.73  
Total Due: $102.44  
Date:       06/06/96

# MAILGUARD
## PRIORITY DISPATCH

**REMINDER NOTICE**

5408-02-7  
MTI  
SUE TILLEY  
14 PILLSBURY HL  
VERNON ROCKVL CT 06066-351714

**PRIORITY DISPATCH**
**URGENT**

*The only reason I have Cable T.V. is for the children so they can watch their favorite shows.*

**PLEASE DISREGARD THIS NOTICE IF YOU HAVE ALREADY PAID YOUR CABLE BILL**

According to our records we have not received your last monthly payment. You have a past due balance of $17.73. If you have not made payment, we must receive your payment by JUNE 20, 1996.

If our records are incorrect, please call us at 677-9599 in the Hartford/Plainville area or 649-3457 in the Vernon area. Our customer service representatives are available to service you 24 hours a day, 7 days a week. For your convenience you may pay your bill by Visa or MasterCard. If you prefer to pay in person, we have 3 conveniently located payment centers. They are located at:

| | | |
|---|---|---|
| 132 Shield Street, West Hartford | Mon-Sat<br>Sun | 7:30am-8pm<br>12pm-6pm |
| 17 Farmington Ave., Plainville | Mon-Sat<br>Sun | 7:30am-8pm<br>12pm-6pm |
| 200 Boston Turnpike, Bolton | Mon-Sat<br>Sun | 7:30am-8pm<br>12pm-6pm |

Please help us avoid any service interruption. If payment is not received by the due date listed above your service may be discontinued. If your service is discontinued you will be responsible for paying a restart fee and paying your balance in full.

We value you as a customer and appreciate your business. Please call us if you have any questions.

**Para Nuestros Clientes En Español**

CONFIDENTIAL




 **Connecticut Light & Power**

SHUTOFF NOTICE — AVISO DE DESCONTINUACION
Please Read Message Below-Por Favor Léa El Mensaje Impreso Abajo

DATE: 06/07/96
ACCOUNT NUMBER: 876426141

SUSAN TILLEY
14 PILLSBURY HL
VERNON       CT 06066

Delinquent Service Balance:      $255.92
**SHUTOFF NOTICE - AVISO DE DESCONTINUACION**

Service may be shut off after the due date below if you fail to pay or make arrangements to pay your **DELINQUENT SERVICE BALANCE**. If you dispute your bill and follow the process described in the enclosed notice of customer rights, service will not be shut off for nonpayment during the dispute. You must pay current and undisputed bill amounts during the dispute.

DUE DATE → JUN 20, 1996 ← FECHA A PAGAR

El servicio puede ser desconectado después de la fecha a pagar indicada arriba si usted falla en pagar o en efectuar arreglos para pagar **SU BALANCE DELINCUENTE POR SERVICIO**. Por favor léa "Cuenta Disputada" al reverso.

Should it become necessary for us to disconnect your service, full payment of the past-due amount in addition to a reconnection fee may be required before service can be restored. If you are a nonresidential customer, payment of a security deposit may also be required before service can be restored.

Please call 1-800-286-2828 to make arrangements regarding this account. The Credit and Collection Center is open from 8:00 a.m. to 8:00 p.m., Monday through Thursday; 8:00 a.m. to 4:30 p.m., Friday; and 9:00 a.m. to 1:00 p.m., Saturday for your convenience.

AMOUNT NOW DUE

$413.30

Very truly yours,

THE CONNECTICUT LIGHT & POWER COMPANY
CREDIT AND COLLECTION CENTER

---

THE CONNECTICUT LIGHT AND POWER COMPANY

*This must be paid by 6-28*

AMOUNT PAID: 200

AMOUNT NOW DUE: $413.30

87642614139 0000413301 0000154561

CONFIDENTIAL

SUSAN TILLEY
14 PILLSBURY HL
VERNON       CT 06066

NORTHEAST UTILITIES
PO BOX 2919
HARTFORD CT
06104-2919