July 9, 1998

Susan Tilley
14 Pillsbury Hill
Vernon, CT 06066

State of Connecticut
Support Enforcement Division
Review and Adjustment Unit
414A Chapel Street
PO Box 9691
New Haven, CT 06536



Dear Ellen,

Here is the information I said I would send. I have spent a great deal of time researching my file after I was divorced and found some shocking facts that my lawyer never saw or brought up in court when representing me.

My child support has been based on his fraudulent misrepresentation of his wages for the past 7 years through our separation, during and after the final divorce.

I only want what is fair for my children. I don't want to kill him in child support I only want the fair child support amount based on his real and true earnings.

He owes hundreds of dollars in medical for the children and I have not seen one of his income tax statements in 5 years as was ordered by the court.

Please read over these files and my notes. I tried to be as clear as possible.

I received a letter from Support Enforcement May 20, 1998, and they say I am receiving more than 40% of the child support guidelines according to his income now. What this is telling me is that he has NOT brought in ONE new account to Pacer in 5 years of working there. yet he states more than once that he is paid on business he brings into the company. Why would Pacer keep him on as Branch Manager if this is the case. This also means that Mike Rosa is still deducting $400.00 out of his gross pay per week to pay back the attorney fees incurred in the lawsuit between Pacer and his ex-employer 4 years ago. He was originally hired at $1212.00 per week then his pay was lowered to $500.00 per week and then raised to $800.00 per week, not including Bonuses and Commissions. Also Pacer won the law suite and David was able to contact his accounts that he had from IMS his previous employer. He was their TOP SALESMAN. There was only an injunction placed on 4 of his accounts and that was only for a short time period. All this

information is in the files enclosed.

Come October 3, 1999 he will no longer have to pay the court ordered $100.00 per week alimony because it will be 5 years. This will mean I will receive $100.00 less per week and only receive $260.00 per week for my three children. This will mean that I will have to give up the place I am living, move my children away from their friends and get low income housing somewhere. My rent is $677.00 per month now and I can hardly make ends meet as it is. The children have been through enough these past 5 years and I don't want to disturb what they are now comfortable and happy with. I am renting a home in a nice neighborhood where they have lots of friends and a good school.

Based on the facts in the folders and all the past fabrication of his wages I am begging someone to please take the time to review these facts and investigate his wages extensively. His employer is masking his income, I am positive of it. Seeing as he is now married to the women who took his income in the past to help him evade his child support obligations I am sure it's not to difficult to pay her part of his wages now.

What exactly did my ex-husband give support enforcement for wage information to make them believe that I am now and for the past 5 years been receiving more than 40% of the child support guidelines.

My children mean the world to me and I only want to do my best to make sure they are able to grow up in a happy and healthy environment during their childhood years.

I would gladly work 3 jobs to provide for them but that would only hurt them emotionally as I could not be there for them when they need me. I am the only parent they have with all the responsibility as he has not contacted them or seen them for over 6 years. Daycare is expensive and it would not be worth the impact it would have on my children. I am working two jobs out of my home now and it has allowed me to be there for them when they need me at school functions, baseball games, soccer games etc. A full time job out of the home would only mean outrageous daycare expenses and not allow me more income than I am making now when all is said and done.

He also is able to claim all three of the children on his income tax every year according to the court order, yet he barely provides for them with the $260.00 dollars per week in child support.

I know you won't be the one to go into court for me but I only hope that who ever does reads through the facts in my files. Every Affidavit he ever submitted to the court has been a lie and the proof is in these files. If the court accepts another fabricated affidavit from him with no questions then my children will suffer as a result.

001680

Thank you for reviewing my child support case and if you have any questions please contact me at home at 872-2764.

Sincerely,

Susan Tilley