DOCKET NO.  FA-92-0513362 S      :    SUPERIOR COURT

SUSAN C. TILLEY            :    J.D. OF HARTFORD

V.                             :    AT HARTFORD

DAVID G. TILLEY           :    APRIL 19, 1999

## MOTION FOR CONTEMPT AND ORDER TO SHOW CAUSE

The plaintiff in the above-captioned matter, hereby moves that this Court find the defendant, David Tilley, to be in contempt of court in the following ways:

1.  On October 18, 1994 the Court, Santos, J., issued a Memorandum of Decision in the above-captioned dissolution of marriage action.  These Orders included joint custody to the parties of three minor children with child support of $260 per week to be paid to plaintiff by defendant based upon his reported income at that time, and allowing defendant to claim all three children as dependents for IRS purposes.  The Court further ordered that defendant pay half of any unreimbursed medical expenses for said children and that he pay $100 per week to the plaintiff in alimony for five years.

2.  The defendant's actual income was and is considerably greater than that which he reported at the time of said orders;

3.  The defendant has committed fraud in the reporting of his income;

4.  The defendant has failed to pay his share of unreimbursed medical expenses of over a thousand dollars per court orders and also filed bankruptcy discharging said medical debts leaving the plaintiff fully liable on said debts.

WHEREFORE, the plaintiff hereby moves that this Court find the defendant to be in contempt of Court and enter orders for sanctions accordingly.





DEFENDANT'S EXHIBIT 15

PLAINTIFF, SUSAN TILLEY,

BY_____

Beth J. Rittenband
40 Grand Street
Hartford, CT  06106
(860) 527-5111
Fax (860) 527-5112
Juris No. 410159
Her Attorney

<u>ORDER</u>

The foregoing motion for contempt having been heard, it is hereby ORDERED:

GRANTED/DENIED and additionally:

1.

2.

3.

By the Court

_____
Judge/Clerk

ORDER TO SHOW CAUSE AND NOTICE

The foregoing motions having been presented to the Court, it is hereby ORDERED that a hearing be held thereon at the family relations session of this Court to be held within and for the Judicial District of Hartford at 95 Washington Street, Hartford, Connecticut on the 1st day of September, 1999 at 9:30 am/pm then and there for the defendant to show cause why the prior orders should not be modified as requested and why he should not be adjudged in contempt of this Court as requested in said motions and that the plaintiff give notice to the defendant of the pendency of said motions and this order and of the time and place where it will be heard by having a true and attested copy of the motions and this order served upon said defendant by some proper officer and summon him to appear at the time and place of the hearing for the purposes above stated in the manner prescribed by law on or before the 20th day of May, 1999.

Dated at Hartford, Connecticut this 21st day of April, 1999.

By The Court

Carol Lundquist
Judge/Clerk  DClc