

RECEIVED MAY 1 3 1999

| | | |
|---|---|---|
| DOCKET NO. FA92-0513362S | : | SUPERIOR COURT |
| SUSAN C. TILLEY | : | J.D. OF HARTFORD |
| V. | : | AT HARTFORD |
| DAVID G. TILLEY | : | MAY 11, 1999 |

## NOTICE OF DEPOSITION

TO:  MICHAEL ROSA
     Pacer Electronics
     112 Commerce Way
     Woburn, MA  01801

PLEASE TAKE NOTICE that pursuant to Section 1326 et. Seq. of the Practice Book, the plaintiff, SUSAN TILLEY., will take the deposition of MICHAEL ROSA on MONDAY, JUNE 14, 1999, AT 10:00 A.m., at the offices of Beth J. Rittenband, Esq., before NIZIANKIEWICZ & MILLER, Court Reporters, or any competent authority of the State of Connecticut.

The Deponent is required to bring with him at that time, the following documents:

1. All payroll, wage and benefits records for all years of employment of David Tilley by Pacer Electronics;

2. All payroll, wage and benefits records for the past five years of employment of Teresa Tilley by Pacer Electronics;

3. Any contract for employment with David Tilley and Pacer Electronics;



DEFENDANT'S EXHIBIT 48

THE PLAINTIFF,
SUSAN TILLEY

BY _____
Beth J. Rittenband
40 Grand Street
Hartford, CT 06106
(860)541-8930
Juris No. 410159
Their Attorney

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this date to the following parties: Michael Rosa, Pacer Electronics, 112 Commerce Way, Woburn, MA 01801; and Steven Ecker and James Cowdery, Cowdery & Ecker, 750 Main Street, Hartford, CT 06103; and Niziankiewicz & Miller, 972 Tolland Street, East Hartford, CT 06108.

_____
Beth J. Rittenband