## BETH J. RITTENBAND, ESQ.

(860) 527-5111  
(860) 541-8930  
(860) 527-5112 - fax  

40 Grand Street  
Hartford, CT 06106  

Admitted in  
CT & NY



June 11, 1999

Steve Ecker, Esq.  
Cowdery & Ecker, LLC  
750 Main Street  
Hartford, CT 06103-2703  

RE: Susan Tilley v. David Tilley

Dear Steve:

    In response to your letter dated June 4, 1999, I did leave a verbal message for you last week stating that I am seeking all wage records of both David and Teresa Tilley, including regular pay, commissions, bonuses, car allowances, benefit plans and anything else that can be considered "income" for the last five years. I do hope that I will be provided this information with some expediency as it is central to my case that is currently pending.

    I would like to correct you on one point, however. Pacer and its employees **are** subject to compulsory process in Connecticut by virtue of the fact that they do business and have an agent for service in Connecticut. If need be, I can subpoena the records I am seeking through the Connecticut office of Pacer, as well as any employee. Hopefully, I will not need to do this. As I said before, though, I am making no representations about whether or not I will subpoena Michael Rosa to court on September 1, 1999 for the hearing.

    I am sure that with you working on this matter for me that I can expect prompt delivery of the documents I have requested. If I do not have them by the end of this month, however, I will have no choice but to subpoena them. Thank you for your cooperation and its always a pleasure working with you! Have a good summer!

Very Truly Yours,

*Beth J. Rittenband*  
Beth J. Rittenband

