LAW OFFICES OF
COWDERY & ECKER, L.L.C.
750 MAIN STREET
HARTFORD, CONNECTICUT 06103-2703


FAXED 7/1/99

JAMES T. COWDERY
STEVEN D. ECKER
THOMAS J. MURPHY
LEIGH A. NEWMAN

TELEPHONE (860) 278-5555
FACSIMILE (860) 249-0012

July 1, 1999

**By Facsimile (527-5112)**

Beth J. Rittenband, Esq.
40 Grand Street
Hartford, CT 06106

    Re: <u>Susan Tilley vs. David Tilley</u>

Dear Beth:

    This will confirm that I am authorized to accept service of subpoenas for the wage records of employees of Pacer Electronics in connection with the above matter.

    The subpoenas should be issued in the following format:

        Custodian of Records
        Pacer Electronics, A Division of Anixter Inc.
        7A Capital Drive
        Wallingford, CT 06492

    I may be served at my address at 750 Main Street, 9th Floor.

    Finally, as I told you earlier this week, my understanding is that Attorney Ceil Gersten (231-7455) has been contacted by Mr. Tilley to represent him in this matter. Hopefully you and Ms. Gersten can streamline matters to the maximum extent possible.

    Please feel free to call me with any questions.

                      Very truly yours,

                      Steven D Ecker

SDE:jtn
cc: William J. Connolly III, Esq.
    Herbert I. Peck, Esq.


DEFENDANT'S EXHIBIT 51 10-20-04 EAS