**BETH J. RITTENBAND, ESQ.**

(860) 527-5111  
(860) 541-8930  
(860) 527-5112 - fax

40 Grand Street  
Hartford, CT 06106

RECEIVED  
Admitted in  
CT & NY  
AUG - 4 1999

August 2, 1999

Steven D. Ecker, Esq.  
Cowdery & Ecker, LLC  
750 Main Street  
Hartford, CT 06103-2703

    Re: Susan Tilley v. David Tilley

Dear Steve:

    Enclosed are the subpoena for wage records and the notice of deposition as we discussed. As we also discussed, the subpoena and notice will be satisfied by the production of the documents and the appearance by an actual representative of the Records Department at my office on August 18, 1999 is unnecessary. If you have any questions or concerns, please let me know as soon as possible as September 1, 1999 is fast approaching. Thank you once again for all of your cooperation and assistance.

Very Truly Yours,

*Beth Rittenband*  
Beth J. Rittenband



DEFENDANT'S EXHIBIT 17 10-6-04 EAS

SUBPOENA DUCES TECUM
JUDICIAL DISTRICT OF HARTFORD
DOCKET NO. FA92-0513362S

To:   CUSTODIAN OF RECORDS
      PACER ELECTRONICS, A DIVISION OF ANIXTER, INC.
      7A CAPITAL DRIVE
      WALLINGFORD, CT 06492

      C/o Cowdery & Ecker, LLC
      750 Main Street
      Hartford, CT 06103-2703

    BY AUTHORITY OF THE STATE OF CONNECTICUT, You are hereby commanded to appear before competent authority in accordance with the attached Notice of Deposition, to be held at 40 Grand Street, Hartford, CT 06106 on the 18th day of August, 1999 at 2:00 o'clock in the afternoon, then and there to testify what you know in a certain cause therein pending, wherein SUSAN TILLEY is Plaintiff and DAVID TILLEY is Defendant or to such day thereafter and within 60 days hereof on which said action is legally to be tried, AND YOU ARE FURTHER COMMANDED TO BRING WITH YOU AND PRODUCE at the same time and place:

    Any and all records, documents, papers and memoranda regarding DAVID TILLEY, ss#            and THERESA TILLEY, ss#            , including but not limited to salaries, wages, draws, bonuses, sick pay, pensions or retirement plans, 401K's, KEOGH's, savings plans, life insurance and any other benefits provided from date of employment to the present.

HEREOF FAIL NOT UNDER PENALTY OF THE LAW IN THAT CASE PROVIDED.

Dated at Hartford, CT this 2nd day of August, 1999. To any proper officer or indifferent person to serve and return, or service by mail.

_Beth J. Rittenband_ (signature)
Beth J. Rittenband
Commissioner of Superior Court

| | | |
|---|---|---|
| DOCKET NO. FA92-0513362S | : | SUPERIOR COURT |
| SUSAN TILLEY | : | J.D. OF HARTFORD |
| V. | : | AT HARTFORD |
| DAVID TILLEY | : | AUGUST 2, 1999 |

<u>NOTICE OF DEPOSITION</u>

TO: CUSTODIAN OF RECORDS
Pacer Electronics, A Division of Anixter, Inc.
7A Capital Drive
Wallingford, CT 06492
C/o Cowdery & Ecker, LLC
750 Main Street
Hartford, CT 06103-2703

PLEASE TAKE NOTICE that pursuant to Section 1326 et Seq. of the Practice Book, the plaintiff, SUSAN TILLEY, will take the deposition of the CUSTODIAN OF RECORDS on WEDNESDAY, AUGUST 18, 1999, AT 2:00 P.M. at the offices of Beth J. Rittenband, Esq., before competent authority of the State of Connecticut.

The Deponent is required to bring with him at that time, all documents listed in the attached Subpoena Duces Tecum included herein.

THE PLAINTIFF,
SUSAN TILLEY

BY _____
Beth J. Rittenband
40 Grand Street
Hartford, CT 06106
(860) 527-5111
Juris No. 410159
Her Attorney

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed this date to Steven Ecker, Cowdery & Ecker, LLC, 750 Main Street, Hartford, CT 06103; and David Tilley, 4230 Lakeshore Road South, Denver, NC 28037.

*Beth J. Rittenband*

Beth J. Rittenband