LAW OFFICES OF

COWDERY & ECKER. L.L.C.

750 MAIN STREET

HARTFORD. CONNECTICUT 06103-2703

JAMES T. COWDERY
STEVEN D. ECKER
THOMAS J. MURPHY
LEIGH A. NEWMAN

TELEPHONE (860) 278-5555
FACSIMILE (860) 249-0012

August 18, 1999

BY HAND

Beth J. Rittenband, Esq.
40 Grand Street
Hartford, CT 06106

        Re:  Susan Tilley/David Tilley

Dear Beth:

        Pursuant to your subpoena dated August 2, 1999, I enclose
the documents that Anixter, Inc. has identified from its payroll
records as being responsive.  These documents can be categorized
as follows:

        1.  W-2s and payroll records for David Tilley for the years
1994 through 1998.

        2.  W-2s and payroll records for Terri Tilley for the years
from 1994 through 1998.

        3.  Anixter's payroll records for David Tilley for the
period from January 1, 1999 through August 7, 1999.

        4.  Anixter's payroll records for Terri Tilley for the
period from January 1, 1999 through August 7, 1999.

        5.  Anixter's Employee Savings Plan statement of account for
David Tilley for the first two quarters of 1999.

        6.  Anixter's Employee Savings Plan statement of account for
Terri Tilley for the first two quarters of 1999.

        7.  Anixter's Benefits Booklet explaining various Anixter
benefit plans.

DEFENDANT'S
EXHIBIT
19
PENGAD 800-631-6989
10-6-04 ENS

COWDERY & ECKER. L.L.C.

Beth J. Rittenband, Esq.
August 18, 1999
Page 2

You or Attorney Gersten should feel free to call me if you have any questions.

Very truly yours,

Steven D Ecker

SDE:ctg
cc:  Ceil Gersten, Esq. (w/enclosures) (By Hand)
     William J. Connolly III, Esq. (w/enclosures)
     Herbert I. Peck, Esq. (w/o enclosures)