## BETH J. RITTENBAND, ESQ.

(860) 527-5111  
(860) 527-5112 fax  
December 6, 1999

40 Grand Street  
Hartford, CT 06106

Admitted in  
CT & NY

Sue Tilley  
14 Pillsbury Hill  
Vernon, CT 06066

Re:   Motion to Withdraw

Dear Ms. Tilley:

Pursuant to Connecticut Practice Book section 3-10, I am hereby notifying you that I have filed a motion to withdraw from your case. A copy of said motion is attached hereto. The reason for this motion is your request to me that I refund your money so that you may hire another attorney. I am also hereby notifying you that if you wish to be heard on this motion, in other words if you have any objections to this motion, you should contact the clerk's office to find out the date and time of the hearing should there be one. You may appear in court to address the court with your objections. If the motion to withdraw is granted, you should either obtain another attorney or file an appearance on your own behalf with the court and if you do not do either you will not receive ntoice of court proceedings in your case and a nonsuit may be rendered against you.

Very Truly Yours,

Beth J. Rittenband

DEFENDANT'S EXHIBIT 47 10-20-04 EAS

| | | |
|---|---|---|
| DOCKET NO: FA-92-0513362 S | : | SUPERIOR COURT |
| SUSAN C. TILLEY | : | J.D. OF HARTFORD |
| V. | : | AT HARTFORD |
| DAVID G. TILLEY | : | DECEMBER 6, 1999 |

## MOTION TO WITHDRAW

Pursuant to Practice Book sections 3-10(a) and 3-10(b), the undersigned moves that this Court permit said counsel to withdraw her appearance and states as follows:

1. The undersigned was retained by the plaintiff to represent her in a motion for modification and motion for contempt against the defendant.

2. Due to delays in court proceedings and negotiations with defense counsel, plaintiff is unsatisfied with the representation of the undersigned and desires to seek other counsel.

3. The undersigned has returned all documents to the plaintiff as well as requested refunded monies, even though they had actually been earned by the undersigned.

4. Pursuant to 3-10(b) a copy of said notification, mailed to plaintiff via certified mail this date is attached hereto.

WHEREFORE, the undersigned respectfully requests that this Court permit her to withdraw from the above captioned matter immediately.

ORAL ARGUMENT NOT REQUESTED
TESTIMONY NOT REQUIRED

*[Stamp: CLERK'S OFFICE, SUPERIOR COURT, J.D. OF HARTFORD, HARTFORD; Dec 7 3 18 PM '99]*

RESPECTFULLY SUBMITTED,
ATTORNEY BETH RITTENBAND

_____
Beth J. Rittenband
40 Grand Street
Hartford, CT 06106
(860) 527-5111
Fax (860) 527-5112
Juris No. 410159

ORDER

ORDER

The foregoing motion for contempt having been heard, it is hereby ORDERED:

GRANTED/DENIED

BY THE COURT

_____
Judge/Clerk

CERTIFICATION

I hereby certify that a copy of the foregoing motion was mailed this date to Attorney Ceil Gersten, 10 North Main Street, suite 204, West Hartford, CT 06107.

_____
Beth J. Rittenband