JD-CL-12
Pr. Bk. §§64, 65, 630

# STATE OF CONNECTICUT
## SUPERIOR COURT

*Kietenpoto 12/28*

## INSTRUCTIONS

1. **Judicial District Court Locations:** In any action returnable to a Judicial District court location, file only the original with the clerk. In criminal actions see instruction #3.
2. **Geographical Area or Juvenile Matters Court Locations:** In any action returnable to a Geographical Area or Juvenile Matters court location, except criminal actions, file original and sufficient copies for each party to the action with the clerk. In criminal actions see instruction #3.
3. **In Criminal Actions** (Pr. Bk. 630): Mail or deliver a copy of the appearance to the prosecuting authority, complete the certification at bottom and file original with the clerk.
4. **In Summary Process Actions:** In addition to instruction #1 and #2 above, mail a copy to the attorney for the plaintiff, or if there is no such attorney, to the plaintiff and complete the certification below.
5. **For "in-lieu-of" Appearances** (Pr. Bk. § 65): Complete the certification below.
6. Pursuant to Practice Book § 352, if a party who has been defaulted for failure to appear files an appearance prior to the entry of judgment after default, the default shall automatically be set aside by the clerk.

| | |
|---|---|
| DOCKET NO. | FA-92-0513362-S |
| RETURN DATE | |

## TO: The Superior Court

**NAME OF CASE** [FIRST-NAMED PLAINTIFF (last name, first name) VS. FIRST-NAMED DEFENDANT (last name, first name)]

Tilley, Susan C. v. Tilley David G.

| Judicial | Housing | | |
|---|---|---|---|
| X District | □ Session | □ G.A. No. | ADDRESS OF COURT (No., street, town and zip code) |
| | | | 95 Washington Street, Hartford, CT 06106 |

## ▼ PLEASE ENTER THE APPEARANCE OF ▼

**NAME OF OFFICIAL, FIRM, PROFESSIONAL CORP., INDIVIDUAL ATTY., OR PRO SE PARTY** (See "Notice to Pro Se Parties" at bottom)

Robert B. Muchinsky

**MAILING ADDRESS** (No., street, P.O. Box)

39 Russ Street

| CITY/TOWN | STATE | ZIP CODE | JURIS NO. (If applicable |
|---|---|---|---|
| Hartford | CT | 06106 | 101514 |
| | | | TELEPHONE NO. |
| | | | 860-297-0037 |

**in the above-entitled case for :** ("X" appropriate box)

- X The Plaintiff.
- □ All Plaintiffs.
- □ The following Plaintiff(s)
- □ The Defendant.
- □ All Defendants.
- □ The following Defendant(s)

**NOTE:** If other counsel have already appeared for the party or parties indicated above, state whether this appearance is:

- X In lieu of appearance of attorney or    Beth J. Rittenband    already on file (Pr. Bk. 65)    **OR**
- □ In addition to appearance already on    (Name)

| SIGNED (Individual attorney or pro se party) | PRINT OR TYPE NAME OF PERSON SIGNING AT LEFT | DATE SIGNED |
|---|---|---|
| *[signature]* | Robert B. Muchinsky | 12/20/99 |

## CERTIFICATION

| | FOR COURT USE ONLY |
|---|---|

This certification must be completed in summary process cases (Pr. Bk. §64(c)); for "in-lieu-of" appearances (Pr. Bk.§65); and in criminal cases (Pr. Bk. § 630).

**I hereby certify that a copy of the above was mailed/delivered to:**

- □ All counsel and pro se parties of record. *(For summary process and criminal actions)*
- X Counsel or the party whose appearance is to be replaced. *(For "in-lieu-of" appearances)*

| SIGNED (Individual attorney or pro se party) | DATE COPY(IES) MAILED/DELIVERED |
|---|---|
| *[signature]* | 12-23-99 |

**Notice to Pro Se Parties**
It is your responsibility to inform the Clerk's Office if you have a change of address.

CLERK'S OFFICE
SUPERIOR COURT
HARTFORD, CT
RECEIVED

DEC 27 2 12 PM '99

**APPEARANCE**