| | |
|---|---|
| DOCKET NO. FA-92-0513362-S : | SUPERIOR COURT |
| SUSAN C. TILLEY : | J.D. OF HARTFORD |
| v.  : | AT HARTFORD |
| DAVID G. TILLEY : | JUNE 21, 2000 |

## MOTION FOR CONTEMPT

The plaintiff in the above-captioned matter, hereby moves that this Court find the defendant David G. Tilley to be in contempt in the following ways:

1. On October 18, 1994 the Court, Santos, J., issued a Memorandum of Decision in the above-captioned dissolution of marriage action. These orders included joint custody to the parties of three minor children with child support of $260.00 per week to be paid to plaintiff by defendant based upon his reported income at that time, and allowing defendant to claim all three children as dependants for IRS purposes. The Court further ordered that defendant pay half of any unreimbursed medical expenses for said children that the pay $100.00 per week to the plaintiff in alimony for five years.

2. The defendant's actual income was and is considerably greater than that which he reported at the time of said orders and defendant has hidden over $300,000 in income since the time of said orders.

3. The defendant continued to under report his income to Support Enforcement in North Carolina, Lincoln County who were acting pursuant to a request from the State of Connecticut Support Enforcement Division.


DEFENDANT'S EXHIBIT 22
10 6 04 SAS

ROBERT B. MUCHINSKY • ATTORNEY AT LAW • JURIS 101514
39 RUSS STREET • HARTFORD, CT 06106 • 860-297-0037 • FAX 860-297-0040

Page 2

4. The defendant has failed to pay his share of unreimbursed medical expenses of over $1,000.00 per court orders and also filed bankruptcy discharging said medical debts leaving the plaintiff fully liable on said debts.

WHEREFORE, the plaintiff hereby moves that this Court find the defendant to be in contempt of the Court and enter orders for sanctions accordingly.

                              Plaintiff,
                              SUSAN C. TILLEY

By: _____
Robert Muchinsky
39 Russ Street
Hartford, CT 06001
Telephone (860) 297-0037

### Order

The foregoing Motion having been heard it is hereby ORDERED:

GRANTED/DENIED

                              BY THE COURT

                              _____
                              Judge/Clerk

## Certification

I hereby certify that a copy of the foregoing has been mailed, postage prepaid to the following counsel and pro se parties of record on __7-7-00__, 2000.

**The Defendant**

Ceil Gersten, Atty.
10 North Main Street - Suite 204
West Hartford, CT 06107

_____
Robert B. Muchinsky

ROBERT B. MUCHINSKY • ATTORNEY AT LAW • JURIS 101514
39 RUSS STREET • HARTFORD, CT 06106 • 860-297-0037 • FAX 860-297-0040