Docket No.: FA-92-0513362-S : Superior Court

Susan C. Tilley, :
   *Plaintiff,* : Judicial District of Hartford

vs. : at Hartford

David G. Tilley, :
   *Defendant.* : November 13, 2000

### Stipulation

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, as follows:

1. That the Defendant Husband shall pay the sum of $321.00 per week representing Child Support to the Plaintiff Wife by way of immediate wage execution effective as of November 17, 2000.

2. That the Plaintiff Wife shall use the health care providers listed on the Defendant Husband's medical plan, including but not limited to, medical providers, dentists, orthodontists and psychologists, unless the care required for the covered children is immediate emergency medical care.

3. That the Defendant Husband shall reimburse the Plaintiff Wife for 50% of unreimbursed health-related expenses, including medical, dental, psychological and orthodontia.

4. That the Defendant Husband shall pay to the Plaintiff Wife as additional Child Support, 18% of the net amount of his bonus or commission from his employer due on or about January 2001, said payment will be due and payable to Plaintiff Wife fourteen (14) days post receipt thereof. The Defendant Husband shall provide the Plaintiff Wife a copy of said bonus or commission check together with said payment.


DEFENDANT'S EXHIBIT 25
10-6-04 SAC

ROBERT B. MUCHINSKY, ATTORNEY AT LAW • 39 RUSS STREET
HARTFORD, CT 06106 • JURIS NO. 101514 • (860) 297-0037 • FAX (860) 297-0040

FILED
NOV 17 2000 #133.1

Page 2

5. That the Defendant Husband shall pay to the Plaintiff Wife as additional Child Support, 25% of the net amount of all future bonuses or commissions from his employer, said payment will be due and payable to the Plaintiff Wife fourteen (14) days post receipt thereof. The Defendant Husband shall provide the Plaintiff Wife a copy of said bonus or commission checks together with said payment.

6. That the Defendant Husband shall pay 50% of the day care expenses of the children that are necessary to allow the Plaintiff Wife to be gainfully employed. The Plaintiff Wife shall provide the Defendant Husband with proof of said day care expenses.

7. That upon execution of this Stipulation there are no unreimbursed medical expenses nor overpayment of alimony owed to either party.

_____
Susan C. Tilley, Plaintiff Wife
Dated: 11-16-00

_____
David G. Tilley, Defendant Husband
Dated: 11.14.00

_____
Robert B. Muchinsky
*Attorney for Plaintiff*
39 Russ Street
Hartford, CT 06106

_____
Ceil Gersten
*Attorney for Defendant*
10 North Main Street
West Hartford, CT 06107