Official Form 1) (9/97)

FORM B1 | **United States Bankruptcy Court**<br>**District of Connecticut** | **Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>TILLEY, SUSAN C. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br><br>00-21630 |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>REDACTED | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>14 Pillsbury Hill Road<br>Vernon, CT 06066 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: Tolland | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **DEFENDANT'S EXHIBIT 31** |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|
| ☒ Individual(s)      ☐ Railroad<br>☐ Corporation       ☐ Stockbroker<br>☐ Partnership       ☐ Commodity Broker<br>☐ Other_____ | ☒ Chapter 7       ☐ Chapter 11       ☐ Chapter 13<br>☐ Chapter 9       ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☒ Consumer/Non-Business    ☐ Business | **Filing Fee** (Check one box)<br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

| Statistical/Administrative Information (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | FILED CLERK OF THE DISTRICT COURT DISTRICT OF CT |

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over | | |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | | |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>TILLEY, SUSAN C. |
|---|---|

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Susan C. Tilley
Signature of Debtor SUSAN C. TILLEY

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

June 8, 2000
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of Attorney**

X /s/ Neal Ossen
Signature of Attorney for Debtor(s)
NEAL OSSEN
Printed Name of Attorney for Debtor(s)
NEAL OSSEN, ESQ.
Firm Name
OSSEN & MURPHY
21 OAK STREET, SUITE 201
HARTFORD, CT 06106
Address
860-728-6635
Telephone Number
June 8, 2000
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

**Exhibit A**

To be completed if debtor is required to file periodic reports (e.g., Forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X /s/ Neal Ossen         June 8, 2000
Signature of Attorney for Debtor(s)    Date
NEAL OSSEN

## United States Bankruptcy Court
### District of Connecticut

In re  SUSAN C. TILLEY
_____,
              Debtor

Case No. _____

Chapter _____ 7 _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 15,612.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 4,500.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 93,993.90 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,518.19 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 2,953.00 |
| Total Number of Sheets of ALL Schedules | | 22 | | | |
| | | Total Assets | 15,612.00 | | |
| | | | Total Liabilities | 98,493.90 | |

000001

In re  SUSAN C. TILLEY
_____,   Case No. _____
               Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

|  |  | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|---|
| ___ continuation sheets attached to the Schedule of Real Property | | Total > | 0.00 | |
| | | (Report also on Summary of Schedules) | | 000962 |

In re  SUSAN C. TILLEY
_____,                Case No. _____
                Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | On person | - | 10.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking - First Federal | - | 200.00 |
| | | checking - business - First Federal | - | 200.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | At premises | - | 4,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Decorative pictures, books | - | 500.00 |
| 6. Wearing apparel. | | At premises | - | 3,500.00 |
| 7. Furs and jewelry. | | Rings & costume jewelry | - | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

                                                     Sub-Total >    9,910.00
                                                  (Total of this page)

___ continuation sheets attached to the Schedule of Personal Property

000963

In re  SUSAN C. TILLEY
            Debtor

Case No. _____

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >  0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
the Schedule of Personal Property

In re SUSAN C. TILLEY  
_____,  
Debtor

Case No. _____

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Possible right to tax refund for 1999 | – | 1.00 |
| | | Claim against ex-husband and ex-husband's employer for back child support | | 1.00 |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1995 Grand Am | – | 5,500.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | Hair dressing chair, scissors & combs | – | 200.00 |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

000965

Sheet __2__ of __2__ continuation sheets attached
the Schedule of Personal Property

Sub-Total >    5,702.00  
(Total of this page)

Total >    15,612.00

(Report also on Summary of Schedules)

In re  SUSAN C. TILLEY
_____,          Case No. _____
                Debtor

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
[Check one box]
☒ 11 U.S.C. §522(b)(1):  Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
☐ 11 U.S.C. §522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| Cash on Hand | | | |
| On person | 11 U.S.C. § 522(d)(5) | 10.00 | 10.00 |
| Checking, Savings, or Other Financial Accounts, Certificates of Deposit | | | |
| Checking - First Federal | 11 U.S.C. § 522(d)(5) | 200.00 | 200.00 |
| Checking - business - First Federal | 11 U.S.C. § 522(d)(5) | 200.00 | 200.00 |
| Household Goods and Furnishings | | | |
| At premises | 11 U.S.C. § 522(d)(3) | 4,500.00 | 4,500.00 |
| Books, Pictures and Other Art Objects; Collectibles | | | |
| Decorative pictures, books | 11 U.S.C. § 522(d)(3) | 500.00 | 500.00 |
| Wearing Apparel | | | |
| At premises | 11 U.S.C. § 522(d)(3) | 3,500.00 | 3,500.00 |
| Furs and Jewelry | | | |
| Rings & costume jewelry | 11 U.S.C. § 522(d)(4) | 1,000.00 | 1,000.00 |
| Other Contingent and Unliquidated Claims of Every Nature | | | |
| Possible right to tax refund for 1999 | 11 U.S.C. § 522(d)(5) | 1.00 | 1.00 |
| Claim against ex-husband and ex-husband's employer for back child support | 11 U.S.C. § 522(d)(10)(D) | 1.00 | 1.00 |
| Automobiles, Trucks, Trailers, and Other Vehicles | | | |
| '95 Grand Am | 11 U.S.C. § 522(d)(2) | 1,000.00 | 5,500.00 |
| Machinery, Fixtures, Equipment and Supplies Used in Business | | | |
| Hair dressing chair, scissors & combs | 11 U.S.C. § 522(d)(6) | 200.00 | 200.00 |

~~*Debtor reserves the right to apply unused portion of~~ homestead exemption to any property deemed an asset of the estate.

0 continuation sheets attached to Schedule of Property Claimed as Exempt

000966

In re   SUSAN C. TILLEY
_____,   Case No. _____
                Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS, INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. Berkshire Bank 24 North Street Pittsfield, MA 01201 | | | 1996 1995 Grand Am  Value $  5,500.00 | | | | 4,500.00 | 0.00 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

___ continuation sheets attached

Subtotal (Total of this page)   4,500.00

Total (Report on Summary of Schedules)   4,500.00

000967

In re  SUSAN C. TILLEY
_____,   Case No. _____
                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of this petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☒ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,300* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,300* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $1,950* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the captial of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_0_ continuation sheets attached

000968

In re   SUSAN C. TILLEY                                         Case No. _____
                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing-address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ccount No. 31233 ssociates Urologists, PC 16 East Center Street anchester, CT 06040 | | - | Medical bills | | | | 145.00 |
| ccount No. 860-872-2764 :&T O Box 8212 .rora, IL 60572 | | - | Utility bill | | | | 209.83 |
| count No. 000073675 C M C Faculty Practice Plan O Box 40000 Dept. 803 rtford, CT 06151 | | - | 11/18/97 Medical bill | | | | 181.00 |
| count No. REDACTED .pitol One ) Box 85015 :hmond, VA 23285 | | - | Credit card purchases | | | | 717.68 |
| ___ continuation sheets attached | | | Subtotal (Total of this page) | | | | 1,253.51 |

000000

In re  SUSAN C. TILLEY                                            Case No. _____
                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. REDACTED<br><br>Citibank<br>PO Box 6705<br>Sioux Falls, SD 57188 | | - | Ex-husband's debt | X | | | 1.00 |
| Account No.<br><br>Cohen, Auger, Burns & Hard<br>Grand Street<br>Hartford, CT 06106 | | - | 10/12/92<br>Legal Fees | | | | 3,062.20 |
| Account No. 005498692<br><br>Corning Clinical Laboratories<br>PO Box 5053<br>Sterling Drive<br>Wallingford, CT 06492 | | - | 1996<br>Medical bills | | | | 33.87 |
| Account No. 005603221<br><br>Corning Clinical Laboratories<br>PO Box 5053<br>Sterling Drive<br>Wallingford, CT 06492 | | - | 1996<br>Medical bills | | | | 33.87 |
| Account No. 005247046<br><br>Corning Clinical Laboratories<br>PO Box 5053<br>Sterling Drive<br>Wallingford, CT 06492 | | - | 1995<br>Medical bills | | | | 46.21 |

Sheet no. __1__ of __10__ sheets attached to Schedule of                          Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)   3,177.15

In re   SUSAN C. TILLEY _____,   Case No. _____
                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>& L Stores<br>O Box 1310<br>ew Britain, CT 06050 | - | | Ex-husband's debt | | X | | 1.00 |
| Account No.<br><br>ıvid Badger, PA<br>i60 Carillon<br>:7 W. Trade Street<br>.arlotte, NC 28202 | - | | Ex-husband's debt | | X | | 1.00 |
| Account No.<br><br>ıvid G. Tilley<br>30 Lake Shore Road South<br>nver, NC 28037 | - | | Ex-husband | | X | | 1.00 |
| Account No.<br><br>ına Carter, MD<br>Haynes Street<br>ıchester, CT 06040 | - | | Ex-husband's debt | | X | | 1.00 |
| Account No. 287400<br><br>Daniel R. Woolwich<br>Harold Hutensky<br>Merline Road<br>non, CT 06066 | - | | 2/24/95<br>Medical bills | | | | 27.53 |

t no. __2__ of __10__ sheets attached to Schedule of
itors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  31.53

In re  SUSAN C. TILLEY
_____,  Case No. _____
                Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>r. Maltz<br>4 North Street<br>illimantic, CT 06226 | | | Medical Bills | | | | 446.00 |
| ccount No. 5344<br><br>raghi & Parris, LLP<br>3 Main Street<br>. O. Box 90<br>llington, CT 06029 | | | Legal fees | | | | 1,624.08 |
| ccount No.<br><br>stein & Rapoport, PC<br>5 North Main Street<br>Hartford, CT 06117 | | | Ex-husband's debt | | | X | 1.00 |
| count No.<br><br>deral Home Loan Mortgage<br>31 Crystal Drive<br>ite 900<br>lington, VA | | | 1995<br>Deficiency Judgment | | | | 54,000.00 |
| ount No. REDACTED<br><br>lene's<br>n: Bankruptcy Dept<br>BOx 94868<br>veland, OH 44101 | | | Credit card purchases | | | | 485.36 |

et no. _3_ of _10_ sheets attached to Schedule of
itors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  56,556.44

000972

In re   SUSAN C. TILLEY
_____
                Debtor

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. REDACTED  Firestone/Credit First Natl Assoc  P O Box 81315  Cleveland, OH 44181 | | - | Credit card purchases | | | | 636.98 |
| Account No.  Fleet Bank  One Constitution Plaza  Hartford, CT 06115 | | - | loan | | | | 366.53 |
| Account No. 009 478 975  Santos  Credit Services  P O Box 875  Grand Rapids, MI 49588 | | - | Credit card purchases | | | | 384.97 |
| Account No. REDACTED  CAF/Bernie's  P O Box 105977  Atlanta, GA 30348 | | - | Credit card purchases | | | | 688.55 |
| Account No.  General Electric Capital Corp/MCCBG  P O Box 103012  Roswell, GA 30076 | | - | Credit card purchases | | | | 797.72 |

Sheet no. __4__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   2,874.75

In re SUSAN C. TILLEY  
Debtor

Case No. _____

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. REDACTED<br><br>JC Penney<br>PO Box 27580<br>Albuquerque, NM 87125 | | - | Credit card purchases | | | | 970.66 |
| Account No. REDACTED<br><br>John Deere Credit<br>PO Box 1225<br>Elk Grove Village, IL 60007 | | - | Ex-husband's debt | | X | | 1.00 |
| Account No. 5417-4950-NE<br><br>Kids Station Pediatrics<br>91 Main Street<br>Manchester, CT 06040 | | - | Medical bills | | | | 95.00 |
| Account No. various bills<br><br>Manchester Memorial Hospital<br>. Haynes Street<br>Manchester, CT 06040 | | - | 1990 - 1991<br>Medical bills | | | | 3,269.71 |
| Account No. 45023530701<br><br>Manchester Radiologists, Inc.<br>Haynes Street<br>Manchester, CT 06040 | | - | 4/27/93 | | | | 29.00 |

Sheet no. 5 of 10 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 4,365.37

In re  SUSAN C. TILLEY
_____,  Case No. _____
         Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 450-203529 <br><br> Manchester Radiologists, Inc. <br> 70 Flanders Road, Suite 2A <br> [Niantic], CT 06357 | - | | 1995 & 1996 <br> Medical bills | | | | 150.00 |
| Account No. <br><br> CI Worldcom <br> [C]onsumer Markets <br> 470 Rider Trail South <br> [E]arth City, MO 63045 | - | | Utility bill | | | | 26.33 |
| Account No. 1304121 <br><br> [N]ortheast Utilities <br> [P]O Box 2960 <br> [H]artford, CT 06104 | - | | Ex-husband's bill | X | | | 1.00 |
| Account No. 15411 0000004003 <br><br> [Pe]diatric Dental Associates, PC <br> [At]tn: Credit Rating Dept. <br> [#] Main Street <br> [Ma]nchester, CT 06040 | - | | 1995-1997 <br> Medical Bills | | | | 57.82 |
| Account No. 36067 <br><br> [Pe]ninsula Primary Care <br> [P]O Box 451 <br> [Bl]ue Hill, ME 04614 | - | | 8/3/99 <br> Medical bill | | | | 64.00 |

Sheet no. __6__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  299.15

000927

In re   SUSAN C. TILLEY                              Case No. _____
                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>People's Bank<br>Bridgeport Center<br>850 Main Street<br>Bridgeport, CT 06604 | - | | Deficiency | | | | 17,248.84 |
| Account No.<br>People's Bank<br>Bridgeport Center<br>850 Main Street<br>Bridgeport, CT 06604 | - | | Credit card purchases | | | | 4,168.00 |
| Account No.<br>Providian Financial<br>PO Box 9053<br>Pleasanton, CA 94566 | - | | Credit card purchases | | | | 931.31 |
| Account No. 7AFR896705<br>Quest Diagnostics Inc.<br>3 Main Street<br>Manchester, CT 06040 | - | | 1/17/97<br>Medical bills | | | | 83.50 |
| Account No.<br>Robert D. Breer, MD, PC<br>Haynes Street<br>Manchester, CT 06040 | - | | Medical bills | | | | 550.00 |

Sheet no. __7__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   22,981.65

000928

In re   SUSAN C. TILLEY                              , Case No. _____
                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>obert L. Cerciello, MD, PC<br>MC Neurology Dept.<br>32 Washington Street<br>artford, CT 06106 | | - | 4/3/98<br>Medical bills | | | | 199.75 |
| Account No. Misc. accounts<br><br>ckville General Hospital<br>. Union Street<br>rnon, CT 06066 | | - | 9/98<br>Medical bills | | | | 200.00 |
| Account No. 575597<br><br>ckville Orthopaedic Associates PC<br>8 Hartford Turnpike<br>rnon, CT 06066 | | - | 12/98<br>Medical bills | | | | 211.00 |
| Account No.<br><br>ire Corporation<br>National Revenue Corp.<br>23 Lake Club Drive<br>lumbus, OH 43232 | | - | | | X | | 1.00 |
| Account No.<br><br>rdloff & Swerdloff<br>South Main Street<br>artford, CT 06110 | | - | 1994?<br>Legal Fees | | | | 50.00 |

et no. __8__ of __10__ sheets attached to Schedule of
itors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   661.75

000929