Filene's
Collection Dept.
111 Boulder Industrial Dr.
Bridgeton, MO 63044

Firestone/Credit First Natl Assoc
P O Box 81315
Cleveland, OH 44181

Fleet Bank
One Constitution Plaza
Hartford, CT 06115

Gantos
Credit Services
P O Box 875
Grand Rapids, MI 49588

GECAF/Bernie's
P O BOx 105977
Atlanta, GA 30348

General Electric Capital Corp/MCCBG
P O Box 103012
Roswell, GA 30076

JC Penney
P O Box 27580
Albuquerque, NM 87125

John Deere Credit
P O Box 1225
Elk Grove Village, IL 60007

Kids Station Pediatrics
191 Main Street
Manchester, CT 06040

---

Law Offices of Howard Lee Schiff, PC
510 Tolland Street
P. O. Box 280245
East Hartford, CT 06128-0245

000951

Manchester Memorial Hospital
71 Haynes Street
Manchester, CT 06040


Manchester Radiologists, Inc.
71 Haynes Street
Manchester, CT 06040


Manchester Radiologists, Inc.
170 Flanders Road, Suite 2A
Niantic, CT 06357


McCoy, Reveley & McCoy, LLC
117 Hartford Turnpike
Tolland, CT 06084


MCI Worldcom
Consumer Markets
3470 Rider Trail South
Earth City, MO 63045


NCO Financial Systems, Inc.
Westgate Center
3446 Demetropolis Road
Mobile, AL 36693


Northeast Utilities
P O Box 2960
Hartford, CT 06104


OSI Collection Services, Inc.
P O Box 6666
Englewood, CO 80155


Payco-General American Credits Inc.
P O Box 3030
Edison, NJ 08818


Pediatric Dental Associates, PC
Attn: Credit Rating Dept.
192 Main Street
Manchester, CT 06040

Peninsula Primary Care
P O Box 451
Blue Hill, ME 04614


People's Bank
Bridgeport Center
850 Main Street
Bridgeport, CT 06604


Providian Financial
P O Box 9053
Pleasanton, CA 94566


Quest Diagnostics
43 W. Main Street
Vernon Rockville, CT 06066


Quest Diagnostics Inc.
353 Main Street
Manchester, CT 06040


Risk Management Alternatives, Inc.
2200 S. Busse Road
Mount Prospect, IL 60056


Robert D. Breer, MD, PC
17 Haynes Street
Manchester, CT 06040


Robert L. Cerciello, MD, PC
CMC Neurology Dept.
282 Washington Street
Hartford, CT 06106


Rockville General Hospital
31 Union Street
Vernon, CT 06066


Rockville Orthopaedic Associates PC
428 Hartford Turnpike
Vernon, CT 06066


Salvin & Salvin
P O Box 487
Wilton, CT 06897

000953

Shire Corporation
c/o National Revenue Corp.
2323 Lake Club Drive
Columbus, OH 43232


Silvester, Daly & Delaney
72 Russ Street
Hartford, CT 06106


Source One
27555 Farmington Road
Farmington Hills, MI 48334


Swerdloff & Swerdloff
433 South Main Street
W Hartford, CT 06110


Terminex
B-0219
152 Deming Street
South Windsor, CT 06074


Town of Coventry
Tax Collector
P O Box 189
Coventry, CT 06238


Transworld Systems, Inc.
Collection Division
2189 Silas Deane Highway, Suite 3
Rocky Hill, CT 06067


Tri City Chiropractic
15 Welles Road
Vernon, CT 06066


Vernon Fire Department
P O Box 503
East Berlin, CT 06023


Wilson Oil Company
61 Loomis Street
P O Box 1326
Manchester, CT 06045

000954

JLEY, SUSAN

Yankee Oil, Inc.
537 Stafford Road
Mansfield Center, CT 06250

020050

# UNITED STATES BANKRUPTCY COURT
### District of Connecticut (Hartford)

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 6/9/00.

You may be a creditor of the debtor. This notice lists important deadlines. You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

| Debtor(s) (name(s) and address): | |
|---|---|
| Susan C. Tilley<br>14 Pillsbury Hill Road<br>Vernon, CT 06066- | |
| Case Number:*<br>00-21630 - rlk | Social Security/Taxpayer ID Nos.:<br>REDACTED |
| Attorney for Debtor(s) (name and address):<br>Neal Ossen<br>Ossen & Murphy<br>21 Oak Street Suite 201<br>Hartford, CT 06106 | Bankruptcy Trustee (name and address):<br>John J. O'Neil, Jr.<br>255 Main Street<br>Hartford, CT 06106 |
| Telephone number: (860) 728-6635 | Telephone number: (860) 527-3271 |

### Meeting of Creditors:

Date: 07/17/00     Time: 9:30 am

Location: 450 Main Street, Room #742, Hartford, CT 06103

### Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:**
09/15/00

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

*THE BANKRUPTCY CASE NUMBER, INCLUDING THE INITIALS OF THE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED SHALL BE TYPED ON EACH SUBSEQUENT PLEADING PURSUANT TO DISTRICT COURT LOCAL RULE 6 AND BANKRUPTCY COURT LOCAL RULE 1001.1

### Please Do Not File A Proof of Claim Unless You Receive a Notice To Do So.

| | For the Court: |
|---|---|
| NOTE: VCIS 24 hour information: Toll Free 1-800-800-5113 | United States Bankruptcy Court:<br>*Bernardine A. Gordon*<br>Bernardine A. Gordon, Clerk of Court |
| Hours Open: 9:00 am to 4:00 pm | Date: 06/16/00 |

000955

# OSSEN & MURPHY
ATTORNEYS AT LAW

21 OAK STREET, SUITE 201, HARTFORD, CONNECTICUT 06106 • (860) 728-6635 · 728-6636

NEAL OSSEN
DONNA P. MURPHY

February 28, 2002

Susan (Tilley) Caldwell
14 Pillsbury Hill Road
Vernon, CT 06066

RE: Chapter 7/Case No. 00-21630-rlk

Dear Ms. Caldwell:

Enclosed please find a file stamped copy of your bankruptcy filing and a copy of your discharge for your records. Please keep these documents with your important papers. Once we have closed our file and if we have to retrieve the file from archives, there will be a charge.

Thank you for considering Ossen & Murphy.

Very truly yours,

OSSEN & MURPHY

Tina M. Guay
Paralegal

000056