**CLOSED**

## U.S. Bankruptcy Court
### District of Connecticut (Hartford)
### Bankruptcy Petition #: 00-21630

*Assigned to:* Robert L. Krechevsky
Chapter 7
Voluntary
No asset

*Date Filed:* 06/09/2000
*Date Terminated:* 10/11/2000
*Date Discharged:* 09/26/2000

**Susan C. Tilley**
14 Pillsbury Hill Road
Vernon, CT 06066
SSN: xxx-xx-5616
*Debtor*

represented by **Neal Ossen**
Ossen and Murphy
21 Oak Street, Suite 201
Hartford, CT 06106
(860) 728-6635

**John J. O'Neil**
255 Main Street
Hartford, CT 06106
(860)527-3271
*Trustee*

| Filing Date | Docket Text |
|---|---|
| 06/09/2000 | 1 Voluntary Petition all schedules and statements. ( Filing Fee $ 170.00 Receipt # 247982) (T. Steady) (Entered: 06/12/2000) |
| 06/09/2000 | Administrative Fee Paid ( Fee $ 30.00 Receipt # 247982) (T. Steady) (Entered: 06/12/2000) |
| 06/12/2000 | 2 First Meeting of Creditors Scheduled For 9:30 7/17/00 At 450 Main Street, Room 742 ; Last Day to Oppose Discharge 9/15/00 (T. Steady) (Entered: 06/12/2000) |
| 06/19/2000 | 3 BNC's Certificate of Service for 341 Meeting Notice (Admin) (Entered: 06/19/2000) |
| 07/17/2000 | First Meeting Held and Examination of Debtor. (E. Devino) (Entered: 07/20/2000) |
| 07/18/2000 | 4 Trustee's Report of No Distribution. (T. Steady) (Entered: 07/18/2000) |
| 09/26/2000 | 5 Order Discharging Debtor(s) (Admin) (Entered: 09/26/2000) |
| 09/29/2000 | 6 BNC's Certificate of Mailing for Discharge of Debtor (Admin) (Entered: 09/29/2000) |
| 10/11/2000 | Case Closed. (Admin) (Entered: 10/11/2000) |
| 10/11/2000 | 7 Final Decree (Admin) (Entered: 10/11/2000) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/07/2005 14:03:35 | | | |
| PACER Login: | cc0073 | Client Code: | 1210.00 |
| Description: | Docket Report | Search Criteria: | 00-21630 Fil or Ent: Fil Doc From: 0 Doc To: 99999999 Term: y Links: n Format: HTMLfmt |
| Billable Pages: | 1 | Cost: | 0.08 |