# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF CONNECTICUT

| In Re:<br>TILLEY, SUSAN C.<br><br><br>Debtor(s) | Case No. 00-21630      RLK |
|---|---|

## TRUSTEE'S REPORT OF NO DISTRIBUTION

I, JOHN J. O'NEIL JR., Trustee, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate except exempt property; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law.

Pursuant to FRBP 5009, I hereby certify that the estate of the above-named debtor(s) has/have been fully administered.

I request that this report be approved, and that I be discharged from further duties as trustee.

Date: 07/17/00

JOHN J. O'NEIL JR., TRUSTEE

