Form B18(Official Form 18)
(9/97)

## UNITED STATES BANKRUPTCY COURT
### District of Connecticut (Hartford)

In Re:
Susan C. Tilley
    14 Pillsbury Hill Road
    Vernon, CT  06066

Case Number: 00-21630 - rlk

Chapter: 7

Debtor

Social Security Number:
Debtor: 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

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 9/26/00

BY THE COURT

Deborah S. Hunt, Clerk of Court United States Bankruptcy Court

SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.


DEFENDANT'S EXHIBIT 32 10 6 04 EAS

000957