# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In Re:

Susan C. Tilley

                        Chapter 7

                        Case No. 00 - 21630
                        Judge: Robert L. Krechevsky

Debtor(s)

## FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

    John J. O'Neil Jr. is discharged as trustee of the estate of the above-named debtor and the bond is cancelled;

    the Chapter 7 case of the above named debtor is closed.

Dated: 10/11/00

                                          Deborah S. Hunt
                                          Clerk, U.S. Bankruptcy Court

#7