# 1-800-U.S. SEARCH *Reuniting America Two People at a Time* ™

800-U.S. SEARCH, Inc.
P.O. Box 3637
Beverly Hills, CA 90212-0637

Phone: (310) 734-0655
Fax: (310) 553-9750
E-Mail: cservice@1800ussearch.com
Website: www.1800ussearch.com

SUSAN TILLEY
14 PILLSBURY HILL
ADDRESS 2
vernon, CT 06066

Tuesday, October 20, 1998
**Search ID:** *9007535*

Background Check on : THERESA TILLEY

Dear SUSAN:

We have conducted a thorough Background Check on THERESA TILLEY. Our findings are attached on the following pages. The information is categorized under the following headings:

Other Records/Names linked by social security number: Frequently subjects will be linked to other names because two public records listed those individuals with that social security number (possible reasons include typographical errors, shared credit, or fraudulent use of number).

Known Addresses For Subject: Dates represent the approximate time period when the linked address appeared on a public record (these addresses could consist of residences, employers' addresses, P.O. Boxes, etc).

Possible Drivers License(s): This information is only available if not prohibited by law. When available, the Drivers License Numbers, issue and expiration dates, date of birth and description may be included.

Possible Liens, Judgments and Bankruptcies: Listing of possible judgements, liens or bankruptcy records involving the subject

Possible Property Ownership: Listings of any properties in the subjects' name and their value.

Possible Deed Transfers: Listings of possible deed transfers the subject may have on record.

Possible UCC Filings: Available records of possible Uniform Commercial Code Liens against the subject.

Possible DEA Controlled Substance License: Physicians, dentists, veterinarians and certain businesses are required to register under the Controlled Substance Act.

Possible Corporate Affiliations: Listings of corporations with which the subject may have an association.

Possible Relatives: Persons will qualify as a possible relative if he or she has the subject's last name and has been linked to one or more of the subject's addresses

Other People Who Have Used the Same Addresses of the Subject: Persons will qualify for this category if he or she has a last name different from the subject's last name and has been linked to one or more of subject's addresses.

Possible Vehicle Ownership: Listings of any vehicles owned by the subject including year, make, model, and value.

Possible Pilot Licenses, Aircraft and Documented Vessels: Listings of any vehicles owned by the subject including year, make, model, and value.

Possible Pilot Licenses, Aircraft and Documented Vessels: Current listings of possible FAA pilot licenses, aircraft or documented vessels (boats) the subject may have on record.

Thank you for using 1-800-U.S. SEARCH. We are committed to quality service and excellence.

Sincerely,

[signature]

Andrew Darkins
Vice President, Operations
1-800-U.S SEARCH

DEFENDANT'S EXHIBIT 14 10-6-04 EAS
PENGAD 800-631-6989

987-7327 310-734-0655

# 1-800-U.S. SEARCH

*Reuniting America Two People at a Time™*

800-U.S. SEARCH, Inc.
Post Office Box 3637
Beverly Hills, CA 90212-0637

Fax: 310-553-9750
E-Mail: cservice@1800ussearch.com

OCTOBER 20, 1998

## *Search Results* ID#: 9007535, SUSAN TILLEY

**Based on the criteria given, we have come up with the following information. Please contact customer service at Discovery - Social Security Number Search

Date: 10/20/98 Time: 8:46 AM
Reference: Requestor:
Search Criteria: TILLEY TERRI J

-----------------------------------------------------------------------

*** SOCIAL SECURITY NUMBER:

090-58-XXXX State: NEW YORK Year Issued: 1976 - 1977

=======================================================================

*** DEATH RECORDS ASSOCIATED WITH SOCIAL SECURITY NUMBER(S):

Data Available From 00/00/00 Through 06/30/98

=================================================================

*** THE FOLLOWING REAL PROPERTY OWNERSHIP INFORMATION WAS IDENTIFIED:

CT Real Property
Data Available From 00/00/00 Through 00/00/00

No records found.

NC Real Property
Data Available From 00/00/00 Through 00/00/00

Owner(s): STEVENSON, TERRI J
Mailing Address: 4230 LAKESHORE RD
DENVER NC 28037

Property Address: SR 1456

Owner(s) Phone No.:
Parcel No.: 461413240884
County: LINCOLN

Sale Information: Assessor Information:

| | | | |
|---|---|---|---|
| Sale Date: | 10/26/1994 | Exemption(s): | |
| Document No.: | 88400459 | Tax Amount: | |
| Sale Amount: | $215,000 | Assessed Value: | $222,924 |
| Sale Full/Part: | | Percent Improved: | 32.7 % |
| Loan Amount(1ST): | | Year Sold to State: | |
| Loan Amount(2ND): | | Map Grid Old: | |
| Loan Type: | CONVENTIONAL | | |
| Multi or Port: | | | |
| Transaction Type: | RESALE | | |

She purchased this home 23 days after our Divorce in her name.

Because of the sealing laws of NC I could not get information on the two vehicles she owns and a yacht that they own. All cars are in her name.

---

Property Characteristics

---

| | | | |
|---|---|---|---|
| Land Use: | SINGLE FAMILY RESIDENCE | Number of Units: | 1 |
| Lot Width: | | Number of Stories: | 1 |
| Lot Depth: | | Square Feet: | 1134 |
| Legal Description: | WEST 3W HOMESITE | Number of Spaces: | |

---

NY Real Property
Data Available From 00/00/00 Through 00/00/00

No records found.

| | |
|---|---|
| TILLEY, TERRI J | SS# 090-58-XXXX |
| AKA: SLIWOSKI TERRI J | Credit Header 1 |
| AKA: STEVENSON TERRI J | Credit Header 1 |
| 4230 LAKE SHORE RD S, DENVER, NC 28037 | Credit Header 1 (12/97) |
| 67 OAK RIDGE DR, WINDSOR LOCKS, CT 06096 | Credit Header 1 (12/97) |
| 7724 ROME RD, PULASKI, NY 13142 | Credit Header 1 (12/97) |
| Date of Birth: 03/62 | Credit Header 1 |
| Phone: 483-2727 | Credit Header 1 |
| File Creation Date: 12/85 | Credit Header 1 |

*** POSSIBLE RELATIVES AND THEIR CURRENT ADDRESSES:

Name: SLIWOSKI, RAYMOND W
Social Security# :074-68-XXXXX
Date of Birth: 09/70

1 MAY ST, GLENS FALLS, NY 12801

Name: SLIWOSKI, JOAN B

Social Security# :062-34-XXXX
Date of Birth: 09/42

Name: SLIWOSKI, RAYMOND W
Social Security# :111-30-XXXX
Date of Birth: 10/38

3693 STATE ROUTE 13, PULASKI, NY 13142

---

Name: STEVENSON, BRAIN P
Social Security# :092-56-XXXX
Date of Birth: 08/63

Name: STEVENSON, BRIAN P

Name: TILLEY, DAVID G
Social Security# :047-60-XXXX

67 OAK RIDGE DR, WINDSOR LOCKS, CT 06096

---

Name: SLIWOSKI, RAYMOND W
Social Security# :074-68-XXXX
Date of Birth: 09/28/1970
Social Security# :111-30-XXXX

No records found.

================================================================================

*** THE FOLLOWING SUBJECTS MATCH ON SOCIAL SECURITY NUMBER AND HAVE A SIMILAR NAME:

| | | |
|---|---|---|
| SLIWOSKI, TERRI J | 090-58-XXXX | Credit Header 1 |
| STEVENSON, TERRI J | 090-58-XXXX | Credit Header 1 |
| TILLEY, TERRI J | 090-58-XXXX | Credit Header 1 |

================================================================================

*** SUBJECT'S ADDRESS HISTORY(* INDICATES RECORDS WITH THE MOST CURRENT DATE) PUBLIC RECORDS WILL ONLY BE SEARCHED FOR THESE INDIVIDUALS:

STEVENSON, TERRI J SS# 090-58-XXXXX

| | |
|---|---|
| *67 OAK RIDGE DR, WINDSOR LOCKS, CT 06096 | Credit Header 1 (02/98) |
| 4230 LAKE SHORE RD S, DENVER, NC 28037 | Credit Header 1 (01/98) |
| 6817 FISHERS FARM LN, CHARLOTTE, NC 28277 | Composite Info (06/94) |

| | | |
|---|---|---|
| Date of Birth: | 03/15/1962 | Composite Info |
| Gender: | FEMALE | Composite Info |
| File Creation Date: | 02/98 | Credit Header 1 |

000815

Date of Birth: 10/1938

7724 ROME RD, PULASKI, NY

================================================================

*** THE FOLLOWING BANKRUPTCIES, LIENS AND JUDGMENTS WERE IDENTIFIED:

CT Bankruptcies
Data Available From 00/00/00 Through 00/00/00

No records found.

NC Bankruptcies, Liens, Judgments
Data Available From 00/00/00 Through 00/00/00

No records found.

NY Bankruptcies
Data Available From 00/00/00 Through 00/00/00

No records found.