## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____
|                                        |                          |
| :--- | :--- |
| SUSAN C. TILLEY,          :           |                          |
|                           :           | No. 3:02CV1312 (JCH)     |
| **Plaintiff**,            :           |                          |
| v.                        :           |                          |
|                           :           |                          |
| ANIXTER INCORPORATED,     :           |                          |
| PACER/ANIXTER, INC. and   :           |                          |
| DAVID G. TILLEY,          :           | April 21, 2005           |
|                           :           |                          |
| **Defendants**.           :           |                          |
_____:

## MOTION TO JOIN IN THE CORPORATE DEFENDANTS'
## MOTION FOR SUMMARY JUDGMENT

The defendant David G. Tilley hereby moves to join in and adopt the motion for summary judgment filed on April 15, 2005, by his co-defendants Anixter Incorporated and Pace/Anixter, Inc., with the exception of the third ground raised by the Corporate Defendants regarding plaintiff's release.

THE DEFENDANT DAVID G. TILLEY

By _____
William M. Bloss
Federal Bar No. ct01008
Koskoff Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604
Tel:  203-336-4421
FAX: 203-368-3244
email: bbloss@koskoff.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on this 21st day of April, 2005, to:

James R. Smart, Esq.
Cowdery Ecker & Murphy
750 Main Street
Hartford, CT 06103

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT 06106

_____
William M. Bloss