# FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 APR 27  P 4: 33

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| Susan C. Tilley,<br>Plaintiff | : | Civil Action No.<br>3:02cv1312 (JCH) |
| | : | |
| v. | : | |
| | : | |
| Anixter Incorporated,<br>Pacer/Anixter, Inc., and<br>David G. Tilley,<br>Defendants. | : | |
| | : | April 27, 2005 |

## Motion for Enlargement of Time

Plaintiff, Susan C. Tilley, respectfully moves for a thirty (30) day extension of time to submit her Response to the Defendants' Motion for Summary Judgment up to and including June 6, 2005.

The reason for this request is that the undersigned has been required to spend considerable time over the last two weeks preparing for trial in the Superior Court for the State of Connecticut in the matter entitled *State of Connecticut v. Michael Tyson*, docket number CR04-096586-S.  Jury selection begins on Tuesday, May 3, 2005 and trial immediately thereafter.

The undersigned counsel for the plaintiff has obtained the consent from counsel for the Corporate Defendants, James R. Smart, with regard to this extension.

The undersigned counsel has attempted to contact defendant David Tilley's attorney, William Bloss, but was unable to speak with Attorney Bloss to obtain his consent.

This is the Plaintiff's first request for an extension of time in connection with the Motion for Summary Judgment.

ROBERT B. MUCHINSKY, ATTORNEY AT LAW ♦ FED BAR NO. CT12702
39 RUSS STREET ♦ HARTFORD CT 06106 ♦ TEL 860-297-0037 ♦ FAX 860-297-0040

WHEREFORE, Plaintiff respectfully moves for a thirty (30) day extension of time within which to submit her Response to Defendants' Motion for Summary Judgment, up to and including June 6, 2005.

Respectfully submitted,
**The Plaintiff,**

By: _____
    Robert B. Muchinsky
    *HER ATTORNEY*
    39 Russ Street
    Hartford, CT 06106
    Telephone: (860) 297-0037
    Federal Bar No. CT12702

## Certification

I hereby certify that a true and correct copy of the foregoing was mailed, postage pre-paid to

the parties and counsel of record on April 27, 2005.

**Defendant**
**Anixter Incorporated & Pacer/Anixter**

James R. Smart, Esq.
Cowdery, Ecker & Murphy, LLC
750 Main Street
Hartford, CT 06103
Federal Bar No. ct03762

**Defendant**
**David G. Tilley**

William M. Bloss, Atty.
Kosskoff, Kosskoff & Beider
PO Box 1661
Bridgeport, CT 06604

**Filing Location:**

U.S. District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604


ROBERT B. MUCHINSKY