1

DEFENDANT'S
EXHIBIT
53
11-4-04 EAS

STEPHEN T. SINATRA, M.D., F.A.C.C., P.C.
LAUREL GAY, P.A.-C.

*Cardiovascular Diseases*

483 West Middle Turnpike
Manchester, Connecticut 06040

Telephone: (203) 643-5101

September 16, 1992

Ronald L. Buckman, M.D.
P.O. Box 9547
921 Boston Turnpike
Bolton, CT. 06043

Re:   Tilley, Susan

Dear Dr. Buckman:

The patient is a 32 year old white female without any significant past
medical history.  She is being evaluated for left sided chest discomfort
that is brought on mostly at night.  Otherwise she denies nausea,
vomiting, diaphoresis, palpitations, presyncope episodes.

Medications include Motrin 800 mg three times a day.

On physical examination her blood pressure is 120/80.  Pulse 80 beats per
minute with slight irregularity at times.  Neck is supple.  No carotid
bruits.  Lungs are clear.  Heart revealed regular rhythm with increase in
PVCs at times. There is a mid systolic click with soft mid systolic
murmur.  Abdomen is benign.  Extremities reveal no clubbing, cyanosis, or
edema.

Electrocardiogram shows normal sinus rhythm, otherwise benign EKG.
Echocardiogram was performed and revealed good left ventricular function,
moderately thickened anterior leaflet over the mitral valve with evidence
of prolapse.  No mitral regurgitation is evident.

In summary, the patient presents with atypical chest discomfort most
likely related to increase in premature ventricular contractions and
mitral valve prolapse.  I started the patient on Inderal LA 80 mg once a
day and prn Xanax at nighttime for her stress at this point in her life.
I will see her again in two weeks.

Sincerely yours,


Sun King Wan, M.D./pem

cc: Dr. Wickersham



COPYRIGHT © 1980 THE BURDICK CORPORATION

Burdick

P/N 007944

** TOTAL PAGE.05 **

STEPHEN T. SINATRA, M.D., F.A.C.C., P.C.
Laurel Gay, P.A.-C.
Cardiovascular Diseases
483 West Middle Turnpike
Manchester, Connecticut 06040

Telephone (203) 643-5101




**SEE OVER**

ECHOCARDIOGRAPHIC REPORT          Re: Tilley, Susan        Date: 9-16-92

1. The right heart structures are within normal limits. Left ventricle is normal in size, wall thickness, and contractility.
2. The mitral valve leaflet appears to be thickened with evidence of prolapse. Aortic root is not dilated. Aortic valve is tricuspid without stenosis. The tricuspid valve is normal. Pulmonic valve is not well visualized.
3. There is no pericardial effusion appreciated.
4. Doppler interrogation does not reveal any regurgitation.

In summary, the echocardiogram reveals a thickened mitral valve leaflet with evidence of prolapse. Normal biventricular function.

Sun King Wan, M.D./pem                    cc: Dr. Buckman
                                              Dr. Wickersham

## CERTIFICATION

This is to certify that I caused a copy of the foregoing to be sent on June 20, 2005, via U.S. mail, first-class, postage pre-paid to all counsel of record as follows:

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT 06106

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604

Robert A. Nagy, Esq.
Assistant Attorney General
Office of the Attorney General
55 Elm Street
Hartford, CT 06106

_____
James R. Smart