**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| SUSAN TILLEY | : | |
|    Plaintiff | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:02-cv-1312 (JCH) |
| | : | |
| ANIXTER, INC., ET AL | : | |
|    Defendants | : | NOVEMBER 2, 2005 |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____   All purposes

\_\_\_\_\_   A ruling on all pretrial motions except dispositive motions

\_\_\_\_\_   To supervise discovery and resolve discovery disputes

_____   A ruling on the following motion(s) which are currently pending:

\_\_\_\_\_   A Rule 26(f) Conference [See Dkt. \_\_\_ ]

\_\_\_\_√\_\_\_   A settlement conference.  **The pursuit of settlement negotiations, and a referral to a magistrate judge for purposes of a settlement conference, does not relieve the parties of their obligation to adhere to scheduling deadlines absent a court order to that effect.**

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 2nd day of November, 2005.

                                            /s/ Janet C. Hall
                                            Janet C. Hall
                                            United States District Judge