UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN C. TILLEY, | : |
|         Plaintiff, | :    No. 3:02CV1312 (JCH) |
| v. | : |
| ANIXTER INCORPORATED, PACER/ANIXTER, INC. and DAVID G. TILLEY, | :    NOVEMBER 9, 2005 |
|         Defendants. | : |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw as counsel of record for Defendants Anixter, Inc. and Pacer/Anixter, Inc. The undersigned has accepted a position with the U.S. Attorney's Office, and will be starting there shortly. Steven D. Ecker of Cowdery, Ecker & Murphy, LLC has already filed an appearance for the plaintiffs, and no hardship will be occasioned by this withdrawal. A copy of this motion has been served on Anixter, Inc. and Pacer/Anixter, Inc. by certified mail on this date.

Respectfully submitted,

DEFENDANTS
ANIXTER INC. and PACER/ANIXTER, A
DIVISION OF ANIXTER INC.

By: _____
James R. Smart (ct20982)
Cowdery, Ecker & Murphy L.L.C.
750 Main Street
Hartford, CT 06103
(860) 278-5555
(860) 249-0012 Fax
E-mail: jsmart@cemlaw.com

## CERTIFICATE OF SERVICE

      This is to certify that on November 9, 2005, a copy of the foregoing Motion to Withdraw as Counsel was mailed, postage prepaid, to:

Robert B. Muchinsky, Esq.
39 Russ Street
Hartford, CT 06106;

William M. Bloss, Esq.
Koskoff, Koskoff & Bieder, P.C.
350 Fairfield Avenue
Bridgeport, CT 06604;

Robert A. Nagy, Esq.
Assistant Attorney General
Office of the Attorney General
55 Elm Street
Hartford, CT 06106;

and by certified mail to the party whose counsel seeks to withdraw:

Herbert I. Peck, Esq.
Anixter, Inc.
2301 Patriot Blvd.
Glenview, IL 60025-8020.

                                                                       _/s/ James R. Smart_
                                                                          James R. Smart