UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Susan C. Tilley,<br>    Plaintiff | : Civil Action Number<br>: 3:02cv1312(JCH)<br>: |
| v. | : |
| Anixter Incorporated,<br>Pacer/Anixter, Inc., and<br>David G. Tilley,<br>    Defendants. | :<br>:<br>: November 28, 2005<br>: |

FILED
2005 NOV 29  P 3: 43
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## NOTICE OF APPEAL

Notice is hereby given that Susan C. Tilley, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from a ruling granting Defendants' Motion for Summary Judgment entered in this action on the 2nd day of November, 2005.

Respectfully submitted,
The Plaintiff,
Susan C. Tilley

By: /s/ Robert B. Muchinsky
Robert B. Muchinsky
HER ATTORNEY
39 Russ Street
Hartford, CT 06106
Telephone: (860) 297-0037
Federal Bar No. CT12702