UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TILLEY

V.                                Case Number:  3:02cv1312JCH

ANIXTER

NOTICE TO COUNSEL
-------------------

The above-entitled case was reported to the Court on 1/31/06 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on March 2, 2006 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, January 31, 2006.

KEVIN F. ROWE, CLERK

By: __/s/Catherine Boroskey_____
    Catherine Boroskey
    Deputy Clerk