UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SUSAN C. TILLEY

v                                                                       3:02cv1312JCH

ANIXTER, INC.,
PACER/ANIXTER, INC.
DAVID G. TILLEY

## J U D G M E N T

Notice having been sent to counsel of record on January 31, 2006, pursuant to L.R. 41(b) indicating that the above-entitled case would be dismissed if closing papers were not filed on or before March 2, 2006. No closing papers having been filed,

It is hereby ORDERED that this action is dismissed, pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party thereto to move within thirty (30) days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut this 22nd day of March, 2006.

KEVIN F. ROWE, Clerk

By: /s/Catherine Boroskey
         Deputy Clerk

ENTERED ON DOCKET_____